AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| SHARON WEINSTOCK, et al. | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. 1:17-cv-23202-RNS |
| MOUSA MOHAMMED ABU MARZOOK | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* MOUSA MOHAMMED ABU MARZOOK
c/o Hamas - The Islamic Resistance Movement
Office of Chairman Ismail Haniyeh
Al-Shati, Gaza City,
Gaza Strip

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Asher Perlin, Esq.
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: _____10/03/2017_____

Steven M. Larimore
Clerk of Court

s/ J. Adams
Deputy Clerk
U.S. District Courts