United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sharon Weinstock, individually, as the legal guardian of Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Rabbi Simon Dolgin, and Shirley Dolgin, and others, Plaintiffs, <br><br> v. <br><br> Mousa Mohammed Abu Marzook, Defendant. | Civil Action No. 17-23202-Civ-Scola |

**Notice Of Upcoming Deadline To Serve
Under Federal Rule Of Civil Procedure 4(m)**

A plaintiff must serve the defendant with a summons and a copy of the complaint within 90 days after filing the complaint. Fed. R. Civ. P. 4(c)(1) & 4(m). In this case, the Plaintiffs filed their Complaint on August 24, 2017, and service is required by November 22, 2017. From a review of the record, it does not appear that the Plaintiffs have served the Defendant yet. *See* Fed. R. Civ. P. 4(l)(1) ("Unless service is waived, proof of service must be made to the court."). "If a defendant is not served within 90 days after the complaint is filed, the court . . . must dismiss the action without prejudice against that defendant." Fed. R. Civ. P. 4(m).

The Plaintiffs are notified, in keeping with Rule 4(m), that the Court will dismiss this case without prejudice unless the Plaintiffs timely serve the Defendant by **November 22, 2017**, or establish with the Court—before this deadline—that good cause exists for the failure.

**Done and Ordered** in chambers, at Miami, Florida, on October 30, 2017.

_____
Robert N. Scola, Jr.
United States District Judge