UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                      Plaintiffs,

vs.                                       Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                      Defendant.

_____/

**PLAINTIFFS' SUPPLEMENTAL RESPONSE TO NOTICE OF UPCOMING
DEADLINE TO SERVE UNDER FEDERAL RULE OF CIVIL PROCEDURE 4(m)**

In their original Response to the Court's Notice of Upcoming Deadline, filed on November 22, 2017 (DE 9), plaintiffs stated that they intended to move pursuant to Rule 4(f)(3) for leave to serve the defendant by alternate means, that their motion would be supported by an expert declaration, that the filing of the motion had been delayed by a death in the immediate family of the attorney coordinating with the expert and leading the drafting of the motion, and that plaintiffs anticipated filing their motion by November 30, 2017. DE 9 at 2-3.

In the event, unfortunately, plaintiffs were too optimistic regarding their ability to file their motion by November 30. This is due in part to the continued limited availability of the attorney who suffered the family loss. It is also due to the fact that the undersigned will be arguing before the United States Supreme Court on Monday, December 4, 2017, in the matter of *Rubin v. Islamic Republic of Iran*, No. 16-534, and is fully immersed in preparations therefor.

Plaintiffs therefore respectfully request that they be allowed until December 5, 2017, to file their Rule 4(f)(3) motion, and that the Court defer resolution of any outstanding matters relating to service of process until after, and in light of, its disposition of that motion.

1

November 30, 2017

        By:    _/s/ Asher Perlin_____
               Asher Perlin, Esq.
               Florida Bar No. 0979112
               4600 Sheridan Street, Suite 303
               Hollywood, Florida 33021
               Tel. 954-284-0900 ext. 102
               Fax. 954-284-0747
               Email: asherperlin@gmail.com
               *Counsel for Plaintiffs*