UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                    Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

## PLAINTIFFS' MOTION PURSUANT TO RULE 4(f)(3) FOR LEAVE TO EFFECT SERVICE BY ALTERNATE MEANS

For the reasons set forth in the attached Memorandum and Declaration of Arieh Dan Spitzen, plaintiffs hereby respectfully move for an **ORDER**,

1)       Pursuant to Fed.R.Civ.P 4(f)(3), authorizing service of process in this matter on defendant Mousa Mohammed Abu Marzook by the means proposed and detailed in the attached Memorandum and Declaration; and

2)       Granting any other relief the Court finds just, necessary or appropriate.

December 5, 2017

                                              Plaintiffs, by their attorneys,

                                  By:     /s/ Asher Perlin_____
                                                  Asher Perlin, Esq.
                                                  Florida Bar No. 0979112
                                                  4600 Sheridan Street, Suite 303
                                                  Hollywood, Florida 33021
                                                  Tel. 954-284-0900 ext. 102
                                                  Fax. 954-284-0747
                                                  Email: asherperlin@gmail.com
                                                  *Counsel for Plaintiffs*