# Palestinian National Internet Naming Authority (PNINA)

[Search]

- English
- العربية

- Home
- Domains
    - Registration Policy
    - Registration Procedures
    - Dispute Resolution
    - 2015 Statistics
    - Whois
    - FAQs
- Registrars
    - Registrars List
    - Certification Process
    - Certification Documents
    - Domain Registration System
- Support
    - DNS Tools
    - Knowledge Base
    - Contact Us
- PNINA
    - The Organization
    - Events
    - Initiatives
    - Reports
    - PNINA in the news
    - Media Kit
- .Falasteen
    - Procedures
    - Policies
    - DRP (Dispute Resolution Policy)
    - Pricing

## Whois

Is the name you want available? Enter the name to find out.

○ •ps    ○ •فلسطين

[domain-name]  [Check]

## News

- 09
  Jul U.N. resolution affirming that human rights in the digital realm must be protected.
- 17
  Jan .Falasteen Domain Name Registration has been launched
- 31
  Dec The launch of the new registration system and the open period for .Felasteen registration will be postponed
- 22
  Dec New rules for the .PS/Felasteen ccTLD
- 14
  Oct PNINA held a specialized workshop for certified registrars
- 30
  Sep PNINA launched its official website in new design
- 24
  Aug .Falasteen, the Palestinian Arabic Domain Name has been delegated and Alive
- 02
  May e-Camps and Technokids programs
- 02
  May New Registration System (OTE)
- 02
  May Google Inc, launches Google.PS Officially to serve Internet Users in Palestine

Older News

## Mission Statement

" To realize the Palestinian presence in the information age through the formulation of necessary registration policies for the PS domain and to set appropriate policies for enhancing Internet usage in Palestine.



Palestinian Nati…
1K likes

# WHOIS » hamas.ps

**Domain Information**

| | |
|---:|:---|
| Domain: | **hamas.ps** |
| Creation Date: | **2011-01-07** |
| Expiration Date: | **2019-01-07** |
| Status: | **ok** |
| Name Servers: | **lady.ns.cloudflare.com** |
| | **max.ns.cloudflare.com** |

**Registrant**

| | |
|---:|:---|
| Name: | **hamas movement** |

|         |                                      |
|---------|--------------------------------------|
| Address: | **gaza - palestine building 3th floor** |
|         | **gaza, 2343, PS**                   |
| Tel.:   | **+970.595228809**                   |
| Fax:    | **+970.595228809**                   |

**Administrative Contact**

|         |                                      |
|---------|--------------------------------------|
| Name:   | **hamas movement**                   |
| Address: | **gaza - palestine building 3th floor** |
|         | **gaza, 2343, PS**                   |
| Tel.:   | **+970.595228809**                   |

**Technical Contact**

|         |                                      |
|---------|--------------------------------------|
| Name:   | **hamas movement**                   |
| Address: | **gaza - palestine building 3th floor** |
|         | **gaza, 2343, PS**                   |
| Tel.:   | **+970.595228809**                   |

**Registrar**

|         |                                      |          |                                              |
|---------|--------------------------------------|----------|----------------------------------------------|
| Name:   | **maktab**                           |          |                                              |
| URL:    |                                      | Address: | **El Wehda St., El Amal Building - Gaza**    |
| Tel.:   | **+970.82861617**                    |          |                                              |
| Fax:    | **+970.82861618**                    |          |                                              |

- PNINA
  - The Organization
  - Events
  - Initiatives
  - Reports
  - PNINA in the news
  - Media Kit
- Domains
  - Registration Policy
  - Registration Procedures
  - Dispute Resolution
  - 2015 Statistics
  - Whois
  - FAQs
- Registrars
  - Registrars List
  - Certification Process
  - Certification Documents
  - Domain Registration System
- .Falasteen
  - Policies
  - Procedures
  - DRP (Dispute Resolution Policy)
- Support

- DNS Tools
- Knowledge Base
- Contact Us

Disclaimer | RSS | Back to top

2017 © **Palestinian National Internet Naming Authority (PNINA)**. All rights reserved.

