UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                            Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

**DECLARATION OF ARIEH DAN SPITZEN**

I, Arieh Dan Spitzen, of Jerusalem, Israel, declare pursuant to 28 U.S.C. § 1746, as follows, subject to the penalties for perjury:

**A. Professional Background**

1. I am an expert in Palestinian affairs and society, including the political, social and economic aspects of Palestinian society, and the structure, leadership, personnel, and activities of various Palestinian Islamic terror groups, including Hamas, which I have researched (and continue to research) over the course of many years.

2. I have been researching Palestinian issues in Israel and the West Bank and Gaza Strip for approximately 40 years. I hold academic degrees in the History of Islamic Countries and the History of the Jewish People from the Hebrew University of Jerusalem, where I graduated with honors.

3. From 1976 to 2009, I served in various positions, mostly within the Israel Defense Forces ("IDF"), focused on researching Palestinian affairs.

4. From 1981 to 1993, I served as Head of the Research Section in the IDF's Office

for the Advisor for Arab Affairs in the West Bank, and as Deputy Advisor. In these capacities, I was involved in researching the socio-economic and political situation of the Palestinian population. I supervised a team of approximately ten researchers. During this period, I prepared and supervised the preparation of hundreds of research papers, staff papers, articles, anthologies and studies in Palestinian matters, which were used and relied upon by high level officials in the Israeli government and military.

5. From 1993 to 1996, I participated in the negotiations between Israel and the Palestinians of the Oslo Accords, and was a member of the team that negotiated the transfer of authority from the IDF Civil Administration to the Palestinian Authority.

6. From 1998 to 2000, I served in the IDF Civil Administration as Department Head for Palestinian Affairs in the West Bank at the rank of Colonel.

7. From 2001 to 2009, I served as Department Head for Palestinian Affairs in the West Bank and Gaza and as the Advisor to the Coordinator of Government Activities in the Territories (COGAT) at the rank of Colonel. I reported to the Head of COGAT, above whom were only two people – the Minister of Defense and the Chief of Staff. In these capacities, I was responsible (among other things) for supervising the work of IDF research and assessment personnel in various fields relating to Palestinian affairs, drafting and presenting research and policy papers concerning Palestinian affairs, and appearing before and providing briefings to senior governmental and military forums regarding Palestinian affairs. I supervised approximately 50 people. As part of my position I also provided numerous briefings about Palestinian affairs in Israel to foreign officials. During this time, I became the top authority on the socio-economic civilian situation in the West Bank and Gaza, and was responsible for writing or supervising the writing of hundreds of surveys and studies about political and social

trends, the economic atmosphere and its influence, and other diverse issues connected to the Palestinian realm. Naturally, this research included the activities of terror organizations like Hamas and others. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas organization.

8. Since my retirement from the IDF, I have continued to serve in the IDF Reserves as an emergency Department Head for Palestinian Affairs in in COGAT. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian realm, including in all matters relevant to terrorist organizations, including Hamas.

9. I am currently an independent consultant on the Middle East, particularly Palestinian Affairs, to government agencies, research institutes and private parties. I currently provide advice regarding the socio-economic and political situation in the Palestinian Authority-controlled territories to the IDF's Coordinator of Activities in the Administered Territories and the Research Division of the IDF Intelligence Department. During the last ten years of my IDF service, I also provided advice to Israel's National Defense Council, and to various Israel security and intelligence agencies, including the Mossad.

10. Additionally, I have served as an expert witness in the area of Palestinian affairs in dozens of court cases in Israel, including in the Israeli Supreme Court.

11. During my last ten years in the IDF, I was a frequent participant and lecturer on the issue of Palestinian affairs at symposia, conferences, seminars and other academic meetings sponsored by Israeli universities and research institutes. I continue to lecture in academic settings on occasion.

12. I am a popular media commentator for the Israeli press, which considers me an expert in Palestinian affairs and I am often interviewed on Arabic television stations. In addition,

during the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists and foreign correspondents of the international media in Israel that deal in Palestinian and military issues.

13. I have previously been qualified by U.S. federal courts as an expert witness on issues related to Palestinian affairs and Hamas, including in: *Linde v. Arab Bank*, Civ. No. 04-02766 (E.D.N.Y.); *Strauss v. Credit Lyonnais*, Civ. No. 06-702 (E.D.N.Y.) and *Gill v. Arab Bank*, Civ. No. 11-3706 (E.D.N.Y.). I also served as an expert consultant to the plaintiffs' trial team in *Sokolow v. Palestine Liberation Organization, et al.* Civ. No. 04- 0397 (S.D.N.Y.).

14. I am fluent in Hebrew and Arabic, and I read and understand English fluently.

15. A copy of my CV is attached hereto as Exhibit A.

B. **There Is No Apparent Way to Deliver Papers Personally to Mousa Abu Marzook**

16. I was asked by counsel for the plaintiffs in the above-captioned case to locate or identify a residence or other locale (such as an office) at which it would be possible to deliver the summons and complaint in this case to the defendant, Mousa Abu Marzook.

17. Mousa Abu Marzook is a founding leader of Hamas. Between 1997 and late September 2017, he served as the Deputy Chief of Hamas' main Political Bureau, and he remains a member of this important Hamas body.[1]

18. The focus of Abu Marzook's activities on behalf of Hamas throughout his career

---

[1] Hamas actually has three "Political Bureaus." The main Political Bureau is the central executive and decision-making organ of Hamas, and numbers less than a dozen people. In internal communications Hamas sometimes refers to this Political Bureau as its "Executive Committee." In addition, Hamas has two regional political bureaus, one for the West Bank and another for the Gaza Strip. Abu Marzook served for decades as Deputy Chief, and currently serves as a member, of the main Political Bureau.

4

has always been on Hamas' "foreign relations" – i.e. on building and maintaining relationships between Hamas and various governments in the Middle East, and between Hamas and Islamic/pro-Palestinian organizations located outside the West Bank and Gaza Strip. The purpose of these activities is to obtain political and financial support for Hamas and its activities.

19. As a result, in order to fulfill this role, Abu Marzook travels frequently, almost incessantly, between various countries in the Middle East (including Lebanon, Syria, Qatar, Iran and Egypt). Abu Marzook has a high public and media profile, he is interviewed frequently, and his travels are widely reported in the Arabic-language news media.

20. But despite, or because of, his almost non-stop travels, Abu Marzook appears to lack any permanent home or office. I could find no evidence or mention of such in the Arabic-language news media. And Hamas' official Arabic-language website confirms that Abu Marzook is compelled to travel between various Middle Eastern locales due to the large number of portfolios (i.e. duties) he handles for Hamas.[2]

21. Additionally, while Abu Marzook's travels are covered quite thoroughly by the Arabic-language press, his movements do not seem to be reported in advance, he does not appear to remain anywhere for significant periods (only days or a few weeks), and the locations of his sleeping and working accommodations in the various cities he visits are not identified in the news coverage that I have examined. Delivering papers to him while he is "on the road"

---

[2] *See* http://hamas.ps/ar/politicalofficemember/4. This website is well known and recognized as an official Hamas website – i.e. as a website controlled and published by the Hamas organization and its leadership – by those who study and monitor Hamas professionally both in the academic and the military/intelligence worlds. In fact, the site is formally registered as owned by Hamas, in the Palestinian National Internet Naming Authority (www.pnina.ps), which is the official domain registry for the Palestinian Authority.

therefore is not a realistic possibility.

22. I am aware of the dangers of "affirming a negative" and I cannot of course say with complete certainty that Abu Marzook does not own a home or have a formal office somewhere.[3] However, even if he does have a formal home or office, it would be effectively impossible, because of the frequency and unpredictability of his travels, to know in advance when he might be at home or in the office, in order to deliver the court papers to him.[4]

23. In light of all the above, I informed the plaintiffs' counsel that delivering the court papers to Abu Marzook personally is not feasible, because there is no apparent address at which that could be done.[5]

C. **Proposal for Alternative Service on Abu Marzook**

24. After I informed them that there appears to be no address at which Abu Marzook can be served with the complaint and summons, the plaintiffs' attorneys then requested that I formulate an alternative plan for serving the summons and complaint, that would be both feasible ("doable") and very likely to ensure that Abu Marzook would receive the papers.

25. I agreed to that request and, following some additional research, I developed the

---

[3] There is ancient Hebrew expression in common use today: "'I haven't seen it' is not a proof."

[4] There would also be the question of security and bodyguards: i.e., whether the person delivering the papers could actually approach Abu Marzook (or the door of a hypothetical home or office), and safely leave. I cannot opine on this specifically because I have not identified any location where the papers could be delivered to Abu Marzook; however, even if such a place could be identified, there would certainly be a risk that the courier could not approach Abu Marzook and/or would be detained or harmed.

[5] I do not doubt that the intelligence agency of a sovereign government, which has the ability to monitor electronic communications or recruit informants within Hamas, could track Abu Marzook's travels in advance and deliver papers to him. But obviously, non-governmental parties such as the plaintiffs and their attorneys, and the undersigned, lack such resources.

6

proposed plans for service of the papers on Abu Marzook that are detailed below.

                        *i.*        *Service by Delivery to Abu Marzook's Longtime Hamas Colleague, Muhammad Sawalha*

26.     I suggest that the plaintiffs send the summons and complaint in this case to Abu Marzook's close and long-time Hamas colleague, Mohammed Sawalha of London, along with a brief note explaining the nature of the papers and the legal ramifications for Abu Marzook if he does not respond, and requesting that Sawalha forward them to Abu Marzook.

27.     Mohammed Sawalha has been an operative and senior leader in Hamas for about as long as Abu Marzook. Sawalha was one of the founders and architects of Hamas' terrorist infrastructure in the West Bank, beginning in the late 1980s. In late 1990, after he became wanted by Israeli authorities for his Hamas terrorist activities, he fled to Jordan. From Jordan he moved to London, where he has lived ever since.

28.     Sawalha continued his Hamas activities in the UK. The U.S. federal indictment against Abu Marzook (attached hereto as Exhibit B) named Sawalha as one of Abu Marzook's co-conspirators, and described the Hamas-related activities Sawalha carried out with Abu Marzook as follows:

> In approximately August 1992, defendant SALAH met and conferred with defendant ABU MARZOOK and co-conspirator Mohammed Qassem Sawalha regarding the need to revitalize Hamas terrorist operations in the West Bank. During the meeting, Sawalha, who had previously been in charge of Hamas terrorist operations within the West Bank, identified specific Hamas members still residing in the West Bank who could be used to revitalize Hamas's terrorist activities.

Exhibit B at p. 17. [6]

---

[6] *See also* at pp. 6, 10, 21 and 23 of the indictment. I am well aware of these proceedings from my former government positions in Israel. The activities of Abu Marzook, Sawalha and their co-conspirators, and the

29. Sawalha also served for years (and until late September 2017) as a member of Hamas' main Political Bureau, along with Abu Marzook.

30. Most recently, Sawalha and Abu Marzook traveled to Russia together in late September 2017, as part of a top-level Hamas delegation. Photographs of the Hamas delegation's meetings with Russian officials show Sawalha and Abu Marzook literally sitting side by side. [7]

31. In light of the above, in my professional opinion and experience, and on the basis of my familiarity with the operations of Hamas and the mutual responsibilities and relationships prevailing between members of Hamas' senior leadership, Sawalha definitely has the ability to forward the court papers to Abu Marzook without difficulty (e.g. by email or fax), and it is virtually certain that he would do so – particularly if he is informed that Abu Marzook could face legal ramifications. Given their decades-long association and collaboration as part of the Hamas "cause," and Abu Marzook's very senior, and respected status in the organization, it is simply not believable that Sawalha would refrain from conveying the papers to Abu Marzook or notifying him about them. Sawalha would harm his own relationship with Abu Marzook, and likely with other top Hamas leaders, if he concealed the papers from Abu Marzook, and thereby placed him at legal risk.

### ii.   Service by Email Delivery to Hamas and to Multiple Hamas Spokesmen

32. Despite my strong confidence that delivering the papers to Sawalha in London would result in their receipt by Abu Marzook, the plaintiffs' attorneys informed me that they want to be "extra-cautious" and asked me to propose additional alternate means of getting the

---

U.S. criminal proceedings against them, were followed closely by Israeli authorities at the time.

[7] *See* http://www.terrorism-info.org.il/app/uploads/2017/10/E_203_17.pdf

complaint and the summons to Abu Marzook. My additional proposal is as below:

33. Hamas maintains an official website at www.hamas.ps.[8] The site is divided into Arabic and English sections (www.hamas.ps/ar/ and www.hamas.ps/en/, respectively), and is very active and updated daily or even more frequently, with Hamas press releases, Hamas-related news, and official Hamas proclamations, in both languages. The site also provides, in Arabic and English, historical and organizational information about Hamas and its leaders and operatives, as well as Hamas-related feature articles, photographs, and audio-visual content.

34. The Arabic-language section of the Hamas website provides contact information both for Hamas itself and for several Hamas officials. For those interesting in contacting Hamas, the website provides a regular telephone number (in the Gaza Strip), a cellphone number, a WhatsApp number, and an email address: Media@hamas.ps.[9] Additionally, on a page titled "Media Spokesmen," the website provides the names, photographs, brief biographies, and email addresses of four well-known Hamas officials.[10] These are:

a) Dr. Sami Abu Zuhri        samy@hamas.ps
b) Dr. Salah al-Bardawil      salah@hamas.ps
c) Fawzi Barhoum              fawzy@hamas.ps
d) Hossam Badran              husam@hamas.ps

---

[8] As discussed above (footnote 2) this website is well-known as an official Hamas-operated site by experts who track Hamas professionally, and is formally registered to Hamas in the domain registry in the Palestinian Authority.

[9] See http://hamas.ps/ar/contact.

[10] See http://hamas.ps/ar/spokesmen/%D8%A7%D9%84%D9%86%D8%A7%D8%B7%D9%82%D9%88%D9%86-%D8%A7%D9%84%D8%A5%D8%B9%D9%84%D8%A7%D9%85%D9%8A%D9%88%D9%86

9

35. All four of these men for whom emails are provided—Messrs. Abu Zuhri, al-Bardawil, Barhoum, and Badran – appear and speak frequently (some almost daily) in the media on behalf of Hamas, and are very well known to those, like myself, who study and monitor Hamas' activities professionally.

36. Furthermore, these four individuals are more than mere spokesmen for Hamas—they are senior Hamas officials. For example, Hossam Badran is a member of Hamas' main Political Bureau, was a member of the September 2017 Hamas delegation to Russia along with Abu Marzouk and Mohammed Sawalha, and currently serves as Hamas' coordinator of the on-going reconciliation talks with the Palestinian Authority.[11] Likewise, Dr. Sami Abu Zuhri was a member of a Hamas delegation which visited Iran in October 2017.[12] Dr. Salah al-Bardawil serves as a member of the local Hamas Political Bureau for the Gaza Strip.[13] And Fawzi Barhoum frequently travels with and appears publicly at the side of Hamas' supreme leaders.[14]

---

[11] See https://www.al-monitor.com/pulse/originals/2017/09/hamas-visit-russia-influence-middle-east-palestine.html ("The delegation was headed by the deputy head of Hamas' political bureau, Mousa Abu Marzouk, and included Hamas political bureau members Saleh al-Arouri, Hossam Badran, Sami Khater and Mohammad Sawalha."); http://english.alarabiya.net/en/features/2017/10/28/Hamas-we-shall-strive-to-achieve-reconciliation-even-if-unilaterally.html (Hossam Badran is "the official handling the issue of reconciliation within Hamas.").

[12] See https://aawsat.com/english/home/article/1059346/hamas-delegation-arrives-tehran-meet-iranian-officials ("Sami Abu Zuhri and Khaled Ghodomi, head of the Hamas office in Tehran were among the delegation, a statement issued by Hamas movement said.")

[13] This fact about al-Bardawil was provided to me "on background" by an official professionally responsible for tracking such information.

[14] See https://www.thenational.ae/world/mena/hamas-rejects-disarmament-talk-ahead-of-reconciliation-deadline-1.679384 (Barhoum at a November 2017 press conference seated next to Hamas politburo member Khalil al-Haya) https://www.timesofisrael.com/hamas-says-it-accepts-abbass-reconciliation-demands/ (Barhoum at a September 2017 rally standing next to Hamas chief Ismail Haniyeh).

37. Therefore, I suggest that the summons and complaint be sent by email to these four Hamas officials, at the email addresses provided for them on the Hamas website, listed above. In light of their seniority and their positions of responsibility and authority in Hamas, in my professional judgment it is certain that these men have the ability to promptly forward to Abu Marzook court papers addressed to him, and it is extremely likely that they would do so. Given Abu Marzook's very senior status and iconic role in Hamas, it is almost impossible to imagine that Messrs. Abu Zuhri, al-Bardawil, Barhoum, or Badran would risk Abu Marzook's displeasure (or worse) by failing to forward to him important legal papers.

38. In order to ensure that these four recipients understand the nature of the materials, and the importance of forwarding them to Abu Marzook, I suggest that the email contain a brief statement, in both English and Arabic, that the materials attached are important legal documents from a U.S. court that are addressed to Abu Marzook and should be forwarded to him without delay, and that failure to do so could have serious legal ramifications for Abu Marzook.

39. Likewise, I suggest that an email conveying the summons and complaint, and containing the English and Arabic statement described in the previous paragraph, be sent to the email for media inquiries provided on the Hamas website (Media@hamas.ps). While there is no way to know who in Hamas receives emails sent to that address, in light of Abu Marzook's seniority and status in Hamas, discussed above, it is highly likely, in my professional opinion, that the papers would be delivered to Abu Marzook.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 5, 2017

Arieh Dan Spitzen