# Curriculum Vitae

## Arieh Dan Spitzen

### PROFESSIONAL BACKGROUND

1.	My name is Arieh Dan Spitzen. My areas of expertise are: The Palestinian Authority; Palestinian society – political, social and economic research of Palestinian society; the methods of operation of the Palestinian Authority and the various powerbrokers within the Palestinian Authority; the methods of operation and modes of conduct of Palestinian Islamic terror groups, such as Hamas and the Palestine Islamic Jihad, with emphasis on their civilian infrastructures which I have researched (and continue to research) over many years. I have 40 years of professional, practical, theoretical and academic experience in these areas.

2.	Until January 1, 2009, I served as the Department Head for Palestinian Affairs and as Advisor for Palestinian Affairs at the office of the Coordinator of Government Activities in the Territories at a rank and position of Colonel.

At the present time I work as a consultant on the Middle East, with an emphasis on Palestinian issues, for private and institutional organizations and research institutes (including academic institutes).

3.	In 1976 I graduated with honors from the Department of the History of Islamic Countries and the Department of the History of the Jewish People, both within Jerusalem's Hebrew University.

4.	Also in 1976 I established the Research Section of the Advisor for Arab Issues in the Military Government in the West Bank (later to be known as the Civil Administration). I served as head of the Research Section for two years. I was chosen for this position based on my academic achievements by Professors Amnon Cohen and Menahem Milson, both of whom served at one time or another as Arab Affairs Advisor in the West Bank.

5.	From 1978 to 1981 I served as assistant to Professor Menahem Milson of the Department for Arab Language and Literature and was employed as a research-assistant in the Van Leer Jerusalem Institute. At Van Leer I dealt with issues concerning the integration of the Arab population into all levels of Israeli society. At the same time I prepared a scientific research paper about Jerusalem's economy in the 18th century which was based on original documents in Turkish and Arabic that were discovered in the archives of Jerusalem's Muslim Court. In a related effort, I also completed a scientific article - published in the prestigious "Cathedra" magazine - about Jewish endowments in Jerusalem at the end of the 18th Century.

6. From 1981 to 1993 I was Head of the Research Section in the office of the Advisor for Arab Affairs in the West Bank, as well as Deputy Advisor. In these capacities I was involved in researching the socio-economic and political situation of the Palestinian population, while focusing on political and social trends and the prevailing atmosphere. In addition, I prepared – and assisted my subordinates in preparing - hundreds of research papers, staff papers, articles, anthologies, and studies in civilian matters. These were used by the decision-making echelons at the Ministry of Defense, the office of the Coordinator of Government Activities in the Territories, and at the field level of the Central Command.

Almost all of the papers from that period, as well as hundreds of papers written at a later time, were given a security classification. Therefore, they could not be publicly published.

7. Between the years 1993-1996 I participated in the negotiations for the Oslo Accords and was a member of the teams that negotiated the transfer of civilian powers and responsibilities from the Civil Administration to the Palestinian Authority.

8. From 1996 to 1998 I served as Supervisor for civilian coordination and liaison in the West Bank vis-à-vis the Palestinian Authority's Ministry of Civil Affairs, and other civilian offices.

9. In 1998 I was appointed by the former Chief of Staff of the Israel Defense Forces, Shaul Mofaz, and the Minster of Defense, Yitzhak Mordechai, to serve as Department Head for Palestinian Affairs in the West Bank. I continued in this position until the year 2000, at a rank of Colonel.

10. From 2001-2009 I served as Department Head for Palestinian Affairs in the Administered Territories, and as the Advisor to the Coordinator of Government Activities in the Territories. By virtue of these positions I became the top authority on the socio-economic civilian situation in the West Bank and Gaza and was responsible for writing hundreds of surveys and studies about civilian conditions, political and social trends, the economic atmosphere and its influence, and other diverse civilian issues connected to the civilian Palestinian realm. Naturally, there was some overlap into the military sphere, and to activities connected with terror organizations like Hamas, the Islamic Jihad, the Democratic Front for the Liberation of Palestine, and Global Jihad. In addition, each year I was responsible for writing and updating a comprehensive survey regarding the civilian infrastructure of the Hamas – the *Da'wa*.

11. From January 2009-present, I continue to serve in the Israel Defense Forces reserves where I function from time to time as the emergency Department Head for Palestinian Affairs in the Administered Territories for the Coordinator of Government Activities in the Territories. In that capacity, I continue to be fully up to date in all that occurs in the Palestinian

realm, including in all matters relevant to the current terror wave, its different characteristics, the profile of the terrorists who are carrying out attacks and the influence of the Palestinian powerbrokers on this terror wave.

## MEDIA

Because of my unique knowledge of the Palestinian realm, and as a respected authority on the subject, I am frequently asked to provide background information to the media. During the last ten years of my IDF service, around once or twice per week, I gave both background and in-depth talks to senior Israeli journalists that deal in Palestinian and military issues, along with foreign correspondents of the international media in Israel. In addition, I am a popular commentator for the Israeli Press, which considers me an expert on everything regarding Palestinian affairs, and am often interviewed on Arabic television stations.  Last year I appeared on Israel's Channel 1's "A Second Look" on a program titled "The Color of Terror Money," available at the following link: http://www.iba.org.il/program.aspx?scode=1930171

## ACADEMIC COUNSEL

During my last ten years in the IDF, I was frequently invited to lecture or participate in panels at symposiums, conferences, seminars, and scientific meetings that take place on behalf of universities and research institutes in Israel. I continue to lecture in academic settings on occasion.

## APPEARANCE AS AN EXPERT WITNESS IN U.S. COURTS

I have been admitted as an expert witness regarding Hamas in four civil terrorism cases in the United States Federal District Court for the Eastern District of New York.

- *Linde et al v. Arab Bank, PLC*, 1:04-cv-02799 (Judge Nina Gershon)

    "Mr. Spitzen's professional experience and independent research qualify him to offer the opinions he provides in this case…. Plaintiffs have established Mr. Spitzen's expertise in all of the areas on which he proposes to testify."

- *Strauss et al v. Credit Lyonnais*, S.A., 1:06-cv-00702 (Judge Dora Irizarry)

    "While there may be legitimate questions as to whether Spitzen's 18–point test demonstrates definitively that the 13 Charities are alter egos under the standard previously discussed (*see supra* § III.B), his methodology is supported sufficiently to be admissible. Spitzen testified that the factors he used in his test are based upon those used

3

by law enforcement authorities and other experts in determining whether an entity is controlled by Hamas, and that his methodology was approved by the Israel Security Agency ("ISA")…" 2013 WL 751283 (E.D.N.Y.) *23.

- *Weiss et al v. National Westminster Bank PLC*, 05-cv-4622 (Judge Dora Irizarry) (see above quote for *Strauss et al v. Credit Lyonnais*, *S.A.*)
- *Gill v. Arab Bank PLC*, 1:11-cv-03706 (Judge Jack Weinstein)

"Mr. Spitzen's eighteen-factor analysis encompasses categories of information generally considered by experts who analyze entities believed to act for terrorist entities. His methodology passes muster under Daubert and Rule 702." *Gill II*, 2012 WL 5177592, at *6.

I also served as an expert consultant to the plaintiffs' trial team in *Sokolow, et al. v. Palestine Liberation Organization, et al.*, Case No. 04-0397 (S.D.N.Y.) in which the plaintiffs received a jury award of over $655 million in February 2015.

### APPEARANCE AS AN EXPERT WITNESS IN ISRAELI COURTS

Over the years I have appeared dozens of times in Israeli military and civilian courts, including appearances and/or giving statements to the Supreme Court in a variety of matters that relate to the Palestinian realm. It should be noted that I was a key expert witness in the "Islamic Movement" case in Israel before the District Court in Haifa, in which I gave my opinion regarding the transfer of funds to civilian infrastructures and charitable organizations of the Hamas on behalf of radical foundations abroad, the Al Aqsa Foundation, Interpal, and the Charity Coalition. The Northern District Advocacy believes my testimony to have been crucial to the case.

### COUNSEL TO INSTITUTIONAL ORGANIZATIONS

By virtue of my position at the time of my service and today as a private citizen, I advised – and continue to advise - the Operation Coordinator in the Administered Territorie and the Research Division of the Intelligence Department. During the last ten years of my service in the IDF, I also advised the National Defense Council, Israel security agencies, the Mossad, and others regarding the socio-economic political civilian situation in the territories controlled by the Palestinian Authority.

## **LANGUAGES**

I am fluent in Hebrew and Arabic and in English reading and comprehension. I also have an intermediate-level (or better) knowledge of Italian and Turkish.

## **PUBLICATIONS**

Spitzen, Arieh, "The Legal Entity" and Jewish Endowments in Jerusalem at the end of the 19th Century, Cathedra, Volume 19, April 1981, pp. 73-82.