# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

### [Proposed]
### ORDER

For the reasons set forth in Plaintiffs' Motion Pursuant to Rule 4(f)(3) for Leave to Effect Service by Alternate Means, and the Memorandum and Declaration of Arieh Dan Spitzen attached thereto, it is hereby

**ORDERED**, pursuant to Fed.R.Civ.P 4(f)(3), that plaintiffs shall be and are granted leave to effect service of process in this action on defendant Mousa Mohammed Abu Marzook by the means proposed and detailed in the Memorandum and Declaration attached to their Motion; and it is further

**ORDERED**, that within 10 days of this Order plaintiffs' counsel shall docket an affidavit or declaration confirming that such service of process has been initiated.

      **SO ORDERED**

Date:

                                                      _____
                                                      United States District Judge