UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                  Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

**PLAINTIFFS' NOTICE OF INITIATION OF SERVICE
PURSUANT TO ORDER OF DECEMBER 7, 2017**

Plaintiffs file this Notice of Initiation of Service Pursuant to Order of December 7, 2017 (ECF No. 13), and state as follows:

1. On December 5, 2017, Plaintiffs filed their Motion Pursuant to Rule 4(f)(3) for Leave to Effect Service by Alternate Means. ECF No. 12.

2. On December 7, 2017, the Court granted that Motion and directed the Plaintiffs to serve the Summons and Complaint upon Defendant Mousa Mohammed Abu Marzook through several alternative means. ECF No. 13.

3. The Court's December 7, 2017 Order further directed Plaintiffs to "notify the Court by December 18, 2017 that service of process has been initiated." *Id*. at 2.

4. Plaintiffs respectfully notify the Court that they have initiated service of process pursuant to the Court's Order by taking the following steps:

    a. Plaintiffs' counsel has sent emails conveying the summons and complaint, accompanied by English and Arabic language cover notes, to Hamas and four senior Hamas officials, at the addresses identified in the Declaration of Arieh Dan Spitzen, as

1

directed in the Court's Order. ECF No. 13 at 2, (2). Copies of those emails, and a declaration of accuracy from the translator, are attached hereto as a composite exhibit. There were no "bounce-backs."

    b.    For the purpose of delivery of the summons and complaint to Mohammed Sawalha, per ¶ (1) of the Court's Order, Plaintiffs' counsel retained a firm of UK solicitors, W Legal Limited of London, which in turn retained a UK process server to deliver the papers to Sawalha. On December 15, 2017, Plaintiff's counsel sent to UK counsel a copy of the summons and complaint in this action, along with a cover letter addressed to Mr. Sawalha in both English and Arabic. See Composite Exhibit, attached. Plaintiffs' counsel is informed that the UK process server will personally attempt to deliver the papers to Sawalha early this week.

    c.    In respect to service of process by publication, Plaintiffs' counsel has drafted and sent for translation to Arabic a notice of suit that will be submitted for publication as directed in the Court's Order.

5.    Pursuant to the Court's December 7, 2017 Order, plaintiffs will file the proof of service regarding all the avenues of service, on or before January 22, 2018.

December 18, 2017

                              By:    /s/ Asher Perlin
                                         Asher Perlin, Esq.
                                         Florida Bar No. 0979112
                                         4600 Sheridan Street, Suite 303
                                         Hollywood, Florida 33021
                                         Tel. 954-284-0900 ext. 102
                                         Fax. 954-284-0747
                                         Email: asherperlin@gmail.com
                                         *Counsel for Plaintiffs*