UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                              Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

**DECLARATION OF YANIV BERMAN**

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.     I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.     The Arabic text appearing in the attached letter addressed to Mohammed Sawalha, and the Arabic text appearing in the attached emails addressed to Fawzi Barhoum, Dr. Salah al-Bardawil, Hossam Badran, Dr. Sami Abu Zuhri, and Hamas, are full and accurate translations of the English-language text appearing in that letter and those emails.

3.     The Arabic text in the "Subject" line of the attached emails says "Lawsuit against Mousa Abu Marzook."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

December 18, 2017

                                                    _____
                                                          Yaniv Berman

# Asher Perlin, Attorney at Law

4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Telephone 954.284.0900 ext. 102

---

December 15, 2017

Mr. Mohammed Sawalha
London

    Re:    *Lawsuit against Mousa Abu Marzook.*

To Mr. Mohammed Sawalha:

    Enclosed herein are extremely important legal documents addressed to Mousa Abu Marzook, from the United States federal district court in Miami, Florida, USA. You are requested to inform Mousa Abu Marzook about these court documents, and to forward the documents to him, immediately. You are hereby advised that if you fail to inform Mousa Abu Marzook about the documents, and fail to forward the documents to him, Mousa Abu Marzook may face extremely serious legal consequences.

Sincerely,

Asher Perlin, Esq.

الموضوع: دعوى قضائية ضد موسى أبو مرزوق
السيد محمد صوالحة
لندن

مرفق بهذه الرسالة وثائق قانونية في غاية الأهمية موجهة إلى موسى أبو مرزوق من محكمة الولايات المتحدة الإقليمية في ميامي بولاية فلوريدا. يرجى منك إعلام موسى أبو مرزوق بوثائق المحكمة هذه وإعادة إرسال الوثائق إليه حالاً، ونشعرك بأنك في حال عدم قيامك بإعلام موسى أبو مرزوق بوجود هذه الوثائق وعدم قيامك بإعادة إرسال الوثائق إليه، فإن موسى أبو مرزوق قد يواجه عواقب قانونية وخيمة.

وتقبل احترامي

المحامي آشر بيرلين

**Asher Perlin**

| | |
|---|---|
| **From:** | Asher Perlin <asher@asherperlin.com> |
| **Sent:** | Sunday, December 17, 2017 1:59 PM |
| **To:** | 'fawzy@hamas.ps' |
| **Subject:** | دعوى قضائية ضد موسى أبو مرزوق |
| **Attachments:** | 2017-12-10 summons signed.pdf; 2017-08-24 Complaint Abu Marzook.pdf |

Mr. Fawzi Barhoum:

Attached hereto are extremely important legal documents addressed to Mousa Abu Marzook, from the United States federal district court in Miami, Florida, USA. You are requested to inform Mousa Abu Marzook about these court documents, and to forward the documents to him, immediately. You are hereby advised that if you fail to inform Mousa Abu Marzook about the documents, and fail to forward the documents to him, Mousa Abu Marzook may face extremely serious legal consequences.

Sincerely,

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

السيد فوزي برهوم

مرفق طيه وثائق قانونية في غاية الأهمية موجهة إلى موسى أبو مرزوق من محكمة الولايات المتحدة الإقليمية في ميامي بولاية فلوريدا. نرجوك إعلام موسى أبو مرزوق بوثائق المحكمة هذه وإعادة إرسال الوثائق إليه حالا، ونشعرك بأنك في حال عدم قيامك بإعلام موسى أبو مرزوق بوجود هذه الوثائق وعدم قيامك بإعادة إرسال الوثائق إليه، فإن موسى أبو مرزوق قد يواجه عواقب قانونية وخيمة .

وتقبل احترامي

المحامي آشر بيرلين

4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

**Asher Perlin**

| | |
|---|---|
| **From:** | Asher Perlin <asher@asherperlin.com> |
| **Sent:** | Sunday, December 17, 2017 1:55 PM |
| **To:** | 'salah@hamas.ps' |
| **Subject:** | دعوى قضائية ضد موسى أبو مرزوق |
| **Attachments:** | 2017-12-10 summons signed.pdf; 2017-08-24 Complaint Abu Marzook.pdf |

Dr. Salah al-Bardawil:

Attached hereto are extremely important legal documents addressed to Mousa Abu Marzook, from the United States federal district court in Miami, Florida, USA. You are requested to inform Mousa Abu Marzook about these court documents, and to forward the documents to him, immediately. You are hereby advised that if you fail to inform Mousa Abu Marzook about the documents, and fail to forward the documents to him, Mousa Abu Marzook may face extremely serious legal consequences.

Sincerely,

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

السيد د. صلاح البردويل

مرفق طيه وثائق قانونية في غاية الأهمية موجهة إلى موسى أبو مرزوق من محكمة الولايات المتحدة الإقليمية في ميامي بولاية فلوريدا. نرجوك إعلام موسى أبو مرزوق بوثائق المحكمة هذه وإعادة إرسال الوثائق إليه حالا، ونشعرك بأنك في حال عدم قيامك بإعلام موسى أبو مرزوق بوجود هذه الوثائق وعدم قيامك بإعادة إرسال الوثائق إليه، فإن موسى أبو مرزوق قد يواجه عواقب قانونية وخيمة.

وتقبل احترامي

المحامي آشر بيرلين

4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

# Asher Perlin

| | |
|---|---|
| **From:** | Asher Perlin <asher@asherperlin.com> |
| **Sent:** | Sunday, December 17, 2017 1:54 PM |
| **To:** | 'husam@hamas.ps' |
| **Subject:** | دعوى قضائية ضد موسى أبو مرزوق |
| **Attachments:** | 2017-12-10 summons signed.pdf; 2017-08-24 Complaint Abu Marzook.pdf |

Mr. Hossam Badran:

Attached hereto are extremely important legal documents addressed to Mousa Abu Marzook, from the United States federal district court in Miami, Florida, USA. You are requested to inform Mousa Abu Marzook about these court documents, and to forward the documents to him, immediately. You are hereby advised that if you fail to inform Mousa Abu Marzook about the documents, and fail to forward the documents to him, Mousa Abu Marzook may face extremely serious legal consequences.

Sincerely,

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

السيد حسام بدران:

مرفق طيه وثائق قانونية في غاية الأهمية موجهة إلى موسى أبو مرزوق من محكمة الولايات المتحدة الإقليمية في ميامي بولاية فلوريدا. نرجوك إعلام موسى أبو مرزوق بوثائق المحكمة هذه وإعادة إرسال الوثائق إليه حالا، ونشعرك بأنك في حال عدم قيامك بإعلام موسى أبو مرزوق بوجود هذه الوثائق وعدم قيامك بإعادة إرسال الوثائق إليه، فإن موسى أبو مرزوق قد يواجه عواقب قانونية وخيمة.

وتقبل احترامي

المحامي آشر بيرلين

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

# Asher Perlin

| | |
|---|---|
| **From:** | Asher Perlin <asher@asherperlin.com> |
| **Sent:** | Sunday, December 17, 2017 1:50 PM |
| **To:** | 'samy@hamas.ps' |
| **Subject:** | دعوى قضائية ضد موسى أبو مرزوق |
| **Attachments:** | 2017-08-24 Complaint Abu Marzook.pdf; 2017-12-10 summons signed.pdf |

Dr. Sami Abu Zuhri:

Attached hereto are extremely important legal documents addressed to Mousa Abu Marzook, from the United States federal district court in Miami, Florida, USA. You are requested to inform Mousa Abu Marzook about these court documents, and to forward the documents to him, immediately. You are hereby advised that if you fail to inform Mousa Abu Marzook about the documents, and fail to forward the documents to him, Mousa Abu Marzook may face extremely serious legal consequences.

Sincerely,

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

السيد د. سامي أبو زهري

مرفق طيه وثائق قانونية في غاية الأهمية موجهة إلى موسى أبو مرزوق من محكمة الولايات المتحدة الإقليمية في ميامي بولاية فلوريدا. نرجوك إعلام موسى أبو مرزوق بوثائق المحكمة هذه وإعادة إرسال الوثائق إليه حالا، ونشعرك بأنك في حال عدم قيامك بإعلام موسى أبو مرزوق بوجود هذه الوثائق وعدم قيامك بإعادة إرسال الوثائق إليه، فإن موسى أبو مرزوق قد يواجه عواقب قانونية وخيمة .

وتقبل احترامي

المحامي آشر بيرلين

4600 Sheridan Street Suite 303
Hollywood, Florida 33021
954-284-0900 ext. 102

1

# Asher Perlin

| | |
|---|---|
| **From:** | Asher Perlin <asher@asherperlin.com> |
| **Sent:** | Friday, December 15, 2017 2:59 PM |
| **To:** | 'media@hamas.ps' |
| **Subject:** | دعوى قضائية ضد موسى أبو مرزوق |
| **Attachments:** | 2017-08-24 Complaint Abu Marzook.pdf; 2017-12-10 summons signed.pdf |

To officials of **Hamas** (the Islamic Resistance Movement):

Attached hereto are extremely important legal documents addressed to Mousa Abu Marzook, from the United States federal district court in Miami, Florida, USA. You are requested to inform Mousa Abu Marzook about these court documents, and to forward the documents to him, immediately.

You are hereby advised that if you fail to inform Mousa Abu Marzook about the documents, and fail to forward the documents to him, Mousa Abu Marzook may face extremely serious legal consequences.

 Sincerely,

Asher Perlin, Esq.

4600 Sheridan Street

Suite 303

Hollywood, Florida 33021

954-284-0900 ext. 102

إلى مسؤولي **حماس** (حركة المقاومة الإسلامية):

مرفق طيه وثائق قانونية في غاية الأهمية موجهة إلى موسى أبو مرزوق من محكمة الولايات المتحدة الإقليمية في ميامي بولاية فلوريدا. نرجوك إعلام موسى أبو مرزوق بوثائق المحكمة هذه وإعادة إرسال الوثائق إليه حالا، ونشعرك بأنك في حال عدم قيامك بإعلام موسى أبو مرزوق بوجود هذه الوثائق وعدم قيامك بإعادة إرسال الوثائق إليه، فإن موسى أبو مرزوق قد يواجه عواقب قانونية وخيمة.

وتقبل احترامي

المحامي آشر بيرلين

4600 Sheridan Street

Suite 303

Hollywood, Florida 33021

1

954-284-0900 ext. 102

2