UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                     Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

**PLAINTIFFS' MOTION FOR A 30-DAY EXTENSION OF TIME TO FILE PROOF OF SERVICE PURSUANT TO ORDER OF DECEMBER 7, 2017**

Plaintiffs respectfully move for a 30-day extension of time to comply with the Court's December 7, 2017 Order Granting Motion for Leave to Effect Service by Alternative Means (ECF No. 13) (the "Order"), and state as follows:

1. On December 5, 2017, Plaintiffs filed their Motion Pursuant to Rule 4(f)(3) Fed. R. Civ. P. for Leave to Effect Service by Alternate Means. ECF No. 12.

2. On December 7, 2017, the Court granted that Motion with certain modifications, and directed the Plaintiffs to serve the Summons and Complaint upon Defendant Mousa Mohammed Abu Marzook by three alternative methods. ECF No. 13.

3. First, the Order directed the Plaintiffs to deliver a copy of the Summons and Complaint to Mohammed Sawalha, a close associate and collaborator of the Defendant, who resides in London.

4. This service has been accomplished. Plaintiffs retained Steven Loble, an English Solicitor and his law firm, W Legal Ltd., to arrange for delivery of the Summons and Complaint upon Mr. Sawalha. Mr. Loble has informed us that on December 28, 2018, a licensed process

1

server retained by him served Mr. Sawalha personally in hand with the Summons, Complaint and an explanatory cover letter from the Plaintiffs' undersigned counsel. However, Mr. Loble has informed undersigned counsel that he is unsure whether he will be able to have the proof of service affidavits executed and returned in time for the January 22, 2018 deadline; he may require some additional time to finalize and execute the affidavits.

5. The second method through which the Court directed the Plaintiffs to serve the Defendant required the Plaintiffs to send the Summons and Complaint by email to Hamas and to four senior Hamas officials at the email addresses provided on Hamas' website and identified in the Declaration of Arieh Dan Spitzen. ECF No. 12-3.

6. As previously stated in Plaintiffs' Notice of Initiation of Service (ECF No. 16), the undersigned personally sent emails conveying the summons and complaint, accompanied by English and Arabic language cover notes, to Hamas and the four senior Hamas officials, at the addresses as directed in the Court's Order. Copies of those emails, and a declaration of accuracy from the translator were previously filed as an Exhibit to the Notice of Initiation of Service. ECF 16-1. There were no "bounce-backs."

7. Third, and finally, the Court directed the Plaintiffs to publish notice of this suit in both Arabic and English language general-subject newspapers with wide circulation in a geographic area in which it is likely that the Defendant will see it.

8. Plaintiffs have arranged for an English-language notice of this suit to be published on Monday January 22, 2018 in the international print edition of the Financial Times, which enjoys a wide circulation in several Middle Eastern countries, including Egypt, Qatar, Bahrain, Lebanon, Morocco, Oman, and the United Arab Emirates.

9. In respect to publication of a notice in an Arabic-language newspaper, Plaintiffs' counsel had the English-language notice of suit translated into Arabic, and then contacted the two Arabic-language print newspapers with the widest distribution across the Middle East to request that they publish an Arabic-language notice of suit.

10. The first newspaper, ASharq AlAwsat ("Asharq"), at first responded with interest to my request that they publish a legal notice. After numerous exchanges spanning more than two weeks, during which we clarified and finalized the size and price of the notice, I sent Asharq's representative the text of the notice.

11. Unfortunately, following receipt of the text of the notice (prior to which the Asharq representative did not know the identity of the defendant or the nature of the suit) the Asharq representative informed the undersigned on January 9, 2018 that: "I regret to inform you that we don't publish this type of adverts in Asharq AlAwsat."[1]

12. Counsel also contacted the Arabic-language newspaper, AlHayat, which has a wide print distribution across the Middle East. Unfortunately, AlHayat has been exceedingly slow in responding to communications, and despite the passage of nearly a month since counsel first contacted AlHayat about publishing the notice, we have not received a final response from AlHayat.

13. In sum:

    a. Plaintiffs have complied with two of the three required methods of service, and reasonably anticipate that the third method will be complied with, in part, by

---

[1] The undersigned requested that the ASharq representative explain why the advertisement was rejected and to provide guidelines, but received no response. It appears that notice was rejected due to the nature of the case and/or the identity of the defendant.

the January 22, 2018 deadline, when the English-language notice of suit is scheduled to be published in the Financial Times.

b. Plaintiffs have made diligent and significant efforts to identify an appropriate Arabic-language newspaper that will agree to publish the notice of suit, and those efforts are on-going.

c. The Plaintiffs need additional time to attempt to publish the notice of suit in an Arabic-language newspaper as per the Court's Order; or, if that proves impossible, to move for an appropriate modification of the Court's Order.

For the reasons stated above, the Plaintiffs respectfully request that the Court enter an Order extending by thirty days their time to file proof of service of process in accordance with the Court's December 7, 2017 Order.

Respectfully submitted,

January 19, 2018

By:    /s/ Asher Perlin
Asher Perlin, Esq.
Florida Bar No. 0979112
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel. 954-284-0900 ext. 102
Fax. 954-284-0747
Email: asherperlin@gmail.com
*Counsel for Plaintiffs*