F.A. [Author, pro se copy]
4600 Sheridan Street Suite 303
Hollywood, Florida, USA 33021

US District Court for the Southern District
of Florida,
400 N Miami Ave.,
Miami, FL 33128

Mousa Mohammed Abu Marzook (Dy)
c/o Administrative authority of Palestine

[Right side:]
5? Geoffrey Avenue,
Durham City,
DH1 4PF

England
24th January 2018

FILED by PG D.C.
FEB 07 2018
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – FT. LAUD.

re: CASE NO: 1:17-cv-23202-RNS
Sharon Weinstock et al., v Mousa Mohammed Abu Marzook

Dear Sirs,

Re: notice (copy attached), Financial Times, London, 22nd January 2018.

This statement of claim is invalid as it makes no attempt to assert or prove in any way a link between the Defendant and Plaintiff i.e. as to how Mr. Mousa Mohammed Abu Marzook is responsible for the alleged shooting of Mr. Weinstock.

What the advertisement demonstrates is the skillful extraction of trust and finances from Sharon Weinstock et al. by the said lawyer Asher Perlin esq.

May I suggest the greatest financially culpable person in this case be Asher Perlin esq. for taking out an expensive advertisement in the London Financial Times without the suggestion of any clear evidence,

Yours Sincerely,

Miss Elizabeth Anne Glen

24th January 2018

22/9/18 London Financial Times

## Member...

The nomination committee of the Supervisory Board of Gorenje, d.d., one of Europe's leading manufacturers of home appliances, invites all interested candidates to submit their application for the position of member of the Supervisory Board of Gorenje, d.d.

Successful candidates, confirmed by the General Assembly, will assume their four-year term of office on July 21, 2018. Applications, including all required documentation, should be submitted to jure.marjanovic@gorenje.com no later than February 7, 2018, inclusive.

All requirements and details as well as required application forms are available at www.gorenjegroup.com

## Legal Notices

IN THE HIGH COURT OF
THE HONG KONG SPECIAL ADMINISTRATIVE REGION
COURT OF FIRST INSTANCE
MISCELLANEOUS PROCEEDINGS NO. 1982 OF 2017

IN THE MATTER OF THE
SCHEME OF ARRANGEMENT
("THE SCHEME")

OF

ASIA TELEVISION LIMITED
("THE COMPANY")

AND

IN THE MATTER OF SECTIONS 670, 671, 673
AND 674 OF THE COMPANIES ORDINANCE
(CAP. 622 OF THE LAWS OF HONG KONG)

NOTICE TO CREDITORS OF
INTENTION TO DECLARE DIVIDEND

NOTICE IS HEREBY GIVEN that the administrators of the Scheme (the "Scheme Administrators"), Mr. Man Chun So and Mr. Yat Kit Jong of PricewaterhouseCoopers, intend to make a distribution (the "Distribution") to the Scheme Creditors by way of a dividend (the "Dividend") to the Scheme Creditors.

All Scheme Creditors of the Company must prove their debts by returning the Notice of Claim for Dividend Purposes and such other documents or other evidence necessary for the purpose of substantiating their claims on or before 4:00 p.m. (Hong Kong time) on 19 March 2018 (the "Cut-Off Date") in order to be entitled to participate in the Distribution.

A duly completed Notice of Claim for Dividend Purposes is to be returned to the office of PricewaterhouseCoopers at 22/F, Prince's Building, Central, Hong Kong by personal delivery, or by email to hk.atv.scheme@hk.pwc.com or by facsimile to +852 2289 5300 or by post, for the attention of Mr. Yat Kit Jong, Scheme Administrator.

Once the Notice of Claim for Dividend Purposes have been submitted, they cannot be revised or further information by the Scheme Administrators. Mr. Man Chun So, the Scheme Administrators.

Scheme Creditors are encouraged to lodge their proofs of debt at the earliest possible opportunity. Notice of Claim for Dividend Purpose not delivered to the Scheme Administrator on or before the Cut-Off Date will not be considered by the Scheme Administrators and the relevant Scheme Creditor will be deemed to have waived his right to receive a dividend.

Dated 22 January 2018

Mr Man Chun So and Mr Yat Kit Jong
Scheme Administrators

---

SHARON WEINSTOCK, et al.,
Plaintiffs, Case No. 1:17-cv-23202-RNS,
v.
MOUSA MOHAMMED ABU MARZOOK, (a/k/a "Musa Abu Marzook," "Mousa Abu Marzouk," "Musa Abu Marzouk," "Abu Omar" or "Abu Umar")
Defendant.

NOTICE OF LAW SUIT
IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

TO: MOUSA MOHAMMED ABU MARZOOK

YOU ARE HEREBY NOTIFIED that the above-captioned law suit has been filed against you under Section 2333 of Title 18 of the United States Code, seeking money damages for wrongful death, personal injury and related torts arising out of a shooting on December 1, 1993, near Jerusalem, in which U.S. citizen Yitzchak Weinstock, was killed. The plaintiffs seek a judgment against you for compensatory damages in an amount to be determined at trial which are not less than $180,000,000; treble damages; and the plaintiffs' costs, expenses, and attorneys' fees.

Within 21 days after publication of this notice you must serve on the plaintiffs an answer to the complaint or a motion under Rule 12 of the United States Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorney, Asher Perlin, whose address is 4600 Sheridan Street, Suite 303, Hollywood, Florida, 33021, USA. You must file your answer or motion with the court.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida, USA 33021

---

## BHARAT HEAVY ELECTRICALS L
(A Govt. of India Undertaking)

PPX-F&HE, HEEP, BHEL, RANIPUR, HARIDWAR-249
Ph: +91-1334-281478, Fax: +91-1334-226462, E-mail: harjes

Tender (NIT) No. – F(T237/2017/5146)/K(1 (36559)

Bids are invited in two parts, from original manufacturers for following item.

| | Description of Item | Size (TK x W | | Opening Date: 01 February 2018 |
|---|---|---|---|---|
| | Titanium Clad Plate (Spec: HES707/1, Rev: 00) | 18 x 2500 x 700 | | |
| | Titanium Clad Plate (Spec: HES707/1, Rev: 00) | 12 x 2500 x 700 | | |
| | Titanium Clad Test Plate (Spec: HES707/1, Rev: 00) | 8 x 2500 x 700 | | |

Last date to download: 31 January 2018, Opening Date: 01 February 2018
For details & downloading of tender document, time extensions, clarificat
bidding/tenders.gov.in. All corrigenda, addenda, amendments, etc. will be available on our websites www.b
websites. Note: Registration process for items required by BHEL is always co
Prospective suppliers may visit this site and apply for registration in the respective unit.

## Notice to Advertisers

Calls to the Financial Times Advertising Department may be monitored.

Acceptance of any advertisement for publication will be subject to the then current te of advertisements in FT publications.

A copy of the terms and conditions of insertion of advertisements in FT publications
+44 (0)20 7873 3000, or viewed at www.FT.com/advertising

---

| | Invitation of... | Dt. 23/01/2018 at 12:00 |
|---|---|---|
| 1 | Last date for receiving queries for pre-bid | Dt. 27/01/2018 |
| 2 | Pre-Bid meeting. | Dt. 31/01/2018 at 17:4 |
| 3 | Authority response to queries for pre-bid meeting. | At any of the following P.W.<br>1. Chief Engineer, PW<br>2. Superintending Eng<br>3. Executive Engine<br>4. Executive Engineer |
| 4 | Bid Lock. | |
| 5 | Physical submission of Bid Security / POA etc.<br>(as per clause 2.11.2 of RFP) | On Dt. 05/02/2018 at<br>Pune (Maharashtra). |
| 6 | | |
| 7 | Opening of Technical Bids. | Dt. 08/02/2018. |
| 8 | Declaration of Eligible / Qualified Bidders. | Dt. 08/02/2018 from |
| 9 | Opening of Financial Bids. | |

NOTE:-
a) Bid submitted through any other mode shall not be entertained. However, Bid Securi bidding agreement etc. as specified in Clause 2.11.2 of the RFP shall be submitted by that the Public Works Department reserves the right to accept or reject all or any of th
b) Other terms and conditions are detailed in online e-tender form. Right to reject any Department.

Outward No/AB/TC/225 for 2017-18 Dated 10/01/2018.
Office of the Executive Engineer, Public Works (North) Division, Pune
DGIPR/2017-2018/5447.

Mssr F. A. Glew, 39 Regency Avenue, Durham City DH1 4PF England.

US District Court for the Southern District of Florida,
400 N. Miami Ave.,
Miami, FL 33188
33128