UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                      Plaintiffs,
     vs.                                    Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                      Defendant.
_____/

**DECLARATION OF ASHER PERLIN**

I, Asher Perlin, declare pursuant to 28 U.S.C. §1746, as follows:

      1.      I am counsel of record for the plaintiffs in the above-captioned matter.

      2.      I am more than 18 years of age.

      3.      I personally sent emails conveying the summons and complaint filed in this matter, accompanied by English and Arabic language cover notes, to Hamas and the four senior Hamas officials, at the email addresses indicated in the Court's December 7, 2017 Order granting the plaintiffs' motion to effect service by alternative means.

      4.      Copies of those emails, and a declaration of accuracy from the translator were previously filed as an Exhibit to the Notice of Initiation of Service. ECF 16-1. There were no "bounce-backs."

      5.      On January 22, 2018, Plaintiffs published an English-language Notice of Suit in the Financial Times, which is distributed internationally. According to the Financial Times representative with whom I corresponded the Notice of Suit appeared in the following editions: United States, United Kingdom, Asia, and EMEA (Europe, Middle East, Africa). The EMEA

1

edition is distributed in Egypt, Qatar, Bahrain, Lebanon, Morocco, Oman, and the United Arab Emirates, among other countries.

      6.      The Financial Times sent me copies of the pages from each of the various editions that contained the Notice of Suit. Copies of each of the pages containing the Notice of Suit from the EMEA, United Kingdom, United States, and Asia editions are attached.

      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on

February 21, 2018

          /s/ Asher Perlin
          **Asher Perlin**