## COMPANIES

### Oil & gas

# Carlyle's $2.5bn fund to cast net across the globe

**Private equity group ready to tap desire for energy investment outside US**

**ANDREW WARD AND JAVIER ESPINOZA**
LONDON

Carlyle, the US private equity group, is preparing to tap resurgent investor appetite for the oil industry by raising $2.5bn to buy oil and gas assets outside North America.

Most private equity investment in oil and gas is concentrated in the US but Carlyle has a London-based team hunting alternative opportunities from the North Sea to Southeast Asia.

The group launched its Carlyle International Energy Partners fund in 2013 with $2.5bn of investment, much of it from global pension funds. It is aiming to exceed that figure when it starts raising a follow-on fund this summer, according to people with knowledge of the plans.

Carlyle is close to completing the dispersal of its initial fund after acquisitions ranging from Royal Dutch Shell's onshore production assets in Gabon to Varo Energy, a Swiss refining and distribution business co-owned with Vitol, the oil trader. It also teamed up last year with CVC Capital Partners, a rival private equity group, to buy the oil and gas assets of Engie, the French utility.

Further assets will be targeted across the sector, from exploration and production and oil services to refining and marketing, in Europe, Asia, Africa and South America.

"About 80 per cent of [private equity] investment in oil and gas is in the US but only about 20 per cent of the opportunity is there," said one person familiar with Carlyle's plans. "There's a lot more to do in the rest of the world."

Other private equity groups have also been moving into non-US oil and gas, especially since the 2014 crash in crude prices put oil companies under pressure to sell assets to cut debts. EIG, the energy-focused US private equity group, was the main backer of last year's $3.8bn acquisition of North Sea assets from Shell by Chrysaor of the UK.

The recovery in oil prices to almost $70 per barrel has revived wider investor interest in oil. This should help Carlyle raise funds but could also make it harder to pick up bargain assets.

Carlyle declined to comment.

Renewed fundraising by Carlyle's energy fund comes against a backdrop

> **Funds closed in the first five months of 2017 were in the market for just 12 months and raised $625m**

of strong demand for private equity from investors looking for yields in an environment of low interest rates.

Last year private equity groups closed the largest funds on record — from CVC's €16bn fund in Europe to Apollo's $25bn fund in the US. Raising funds is getting quicker and easier, according to industry figures. Funds closed in the first five months of last year were in the market for just 12 months and raised on average $625m, according to Preqin. This compares with funds closed in 2013 spending an average of 20 months in the market and raising $372m on average.

Leading funds, including Permira, Apax and Cinven, have raised €23.1bn for their latest flagship funds and have also attracted less money than before.

Carlyle has said it is aiming to raise $100bn by 2020 as it looks to benefit from investors' appetite for alternative investments. Private equity insiders have warned that the wall of cash flowing into private equity could lead it to lower returns as valuations increase.

### Personal & household goods



*Hedi Slimane, with Sir Elton John at a Hollywood party, will be bringing commercial success and a history of creative controversy to LVMH* — Michael Kovac/Getty

## Slimane takes the reins at Céline as creative director

**JO ELLISON** — PARIS

Nearly two years after leaving Saint Laurent, Hedi Slimane, one of the most influential designers of the 21st century, is returning to the fashion industry as the creative director of the LVMH-owned house of Céline.

Bernard Arnault, chairman of the LVMH group that bought the French luxury house Céline in 1996, has been in discussions with the French-born designer for nearly two years in an attempt to bring him into the LVMH fold.

Now 49, Mr Slimane was responsible for transforming sales at Saint Laurent during his three-year tenure at the Kering-owned house, taking house annual revenues of about $400m, and turning it into a billion-dollar brand.

Mr Arnault, who said revenues at Céline were approaching $1bn, is hoping the injection of Mr Slimane's creative vision, plus a rapid expansion of the brand's categories, will see that figure double.

The move is a return to the LVMH family for Mr Slimane who was highly influential as the designer of the luxury group's Dior Homme brand from 2000 to 2007.

"I am particularly happy that Hedi is back within the LVMH Group and taking the reins of our Céline Maison," said Mr Arnault. "He is one of the most talented designers of our time.

"Hedi will oversee and develop all creativity for both women's and men's fashion, but also for leather goods, accessories and fragrances."

Mr Slimane brings commercial success and a history of creative controversy with him. His early collections for Saint Laurent, with their youthful focus and emphasis on music and street cultures, were critically savaged by many in the fashion press who considered his vision crude.

The house's rapid growth, however, soon silenced critics. Mr Slimane's design aesthetic has subsequently led the way for many other designer houses hoping to tap millennial clients, who, along with their Generation Z counterparts, are expected to account for the majority of luxury purchases by 2025.

The appointment, at a house that has a reputation for grown-up fashion for the intellectual woman, will mark a radical new direction.

Mr Slimane, who is based in Los Angeles, will work with the house's London-based studio as well as the Paris atelier. He will show the first men's collection as part of a combined men's and women's show in September this year.

Working with Céline chief executive Séverine Merle, who took the role in September 2017, Mr Slimane will also direct all of the house's creative communications, design its new stores, and oversee all brand launches.

He starts officially at the beginning of February.

---

### Public Notice

**gorenje group**

**Invitation to Apply for Nomination for a Supervisory Board Member Position of Gorenje, d.d.**

The nomination committee of the Supervisory Board of Gorenje, d. d., one of Europe's leading manufacturers of home appliances, invites all interested candidates to submit their application for the position of member of the Supervisory Board of Gorenje, d.d.

Successful candidates, confirmed by the General Assembly, will assume their four-year term of office on July 21, 2018. Applications, including all required documentation, should be submitted to jure.marjanovic@gorenje.com no later than February 7, 2018, inclusive. All requirements and details as well as required application forms are available at **www.gorenjegroup.com**

### Contracts & Tenders



**GOVERNMENT OF MAHARASHTRA**
**OFFICE OF THE EXECUTIVE ENGINEER**
**PUBLIC WORKS DIVISION (NORTH) PUNE - 1**

NOTICE FOR HYBRID ANNUITY MODE [HAM] (ONLINE) TENDER
E-TENDER NOTICE No.38 FOR 2017-18 (SECOND CALL)

1. The Government of Maharashtra had entrusted to the development, maintenance and management of state highways and Major District Roads of State of Maharashtra. The authority had resolved to augment the existing roads in the state of Maharashtra by improvement thereof ("The Project") on "Hybrid Annuity" basis and has decided to carry out the bidding process for selection of (a private entity) as the Bidder to whom the Project may be awarded.

Brief particulars of the Project are as follows:

| Sr. No. | Hybrid Annuity Mode Package No. | Name of Work | Length (in Km.) | Estimated Project cost (Rs. in Crores) |
|---|---|---|---|---|
| 1 | PN-24 | A) Improvements to Poud Kolvan Lonawala road. MDR – 26 km 16/400 to 41/300 Tal. Maval Dist. Pune.<br>B) Improvements to MDR 26 to Jawan Shilimb Morve Ghusalkhamb to SH.110 Road KM 0/000 to 20/500 Tal Maval, Dist. Pune (Part Km 0/000 to 19/080).<br>C) Improvements to Pune Khadakwasala Donje Khanapur Ranjane Pabe to SH-106 Road SH 133 Tal Velhe Dist. Pune Km 14/200 to 45/500 (Part Km. 13/800 to Km. 44/920) & Khadakwasla Diversion Km. 0/000 to 1/060. | 76.16 Km. | 263.03 Crores |

2. All information of e_tendering is available on the following websites / Notice Board
   I. http://www.mahapwd.com (informatory Notice)
   II. http://mahatenders.gov.in
3. The complete bid document can be viewed / downloaded from e-procurement portal from 15/01/2018 to 30/01/2018 (up to 17.45 Hrs. IST). Bid must be submitted online only.
4. The e-procurement portal is given below: http://mahatenders.gov.in
5. e-tender schedule is as given below:

| Sr. No. | Event Description | Date |
|---|---|---|
| 1 | Invitation of RFP (NIT) (Download period of online tender). | Dt. 15/01/2018 at 10:00 Hrs. to Dt. 30/01/2018 at 17:45 Hrs. |
| 2 | Last date for receiving queries for pre- bid. | Dt. 23/01/2018 up to 11:00 Hrs. |
| 3 | Pre-Bid meeting. | Dt. 23/01/2018 at 12:00 Hrs In the Office of the Chief Engineer, P.W. Region Pune. |
| 4 | Authority response to queries for pre- bid meeting. | Dt. 27/01/2018 |
| 5 | Bid Lock. | Dt. 31/01/2018 at 17:45 Hrs. |
| 6 | Physical submission of Bid Security / POA etc. (as per clause 2.11.2 of RFP) | At any of the following places within 72 Hrs. after Bid Lock at office of the<br>1. Chief Engineer, P.W. Region, Pune.<br>2. Superintending Engineer, Public Work Circle, Pune.<br>3. Executive Engineer, Public Work (North) Division, Pune.<br>4. Executive Engineer, Public Work (South) Division, Pune. |
| 7 | Opening of Technical Bids. | On Dt. 05/02/2018 at 11:30 Hrs. in the office of the Superintending Engineer, Public Works Circle, Pune (Maharashtra). |
| 8 | Declaration of Eligible / Qualified Bidders. | Dt. 08/02/2018. |
| 9 | Opening of Financial Bids. | Dt. 08/02/2018 from 11:30 Hrs. to 17:55 Hrs. |

6. NOTE:-
a) Bid submitted through any other mode shall not be entertained. However, Bid Security, proof of online payment of cost of bid document, Power of Attorney and joint bidding agreement etc. as specified in Clause 2.11.2 of the RFP shall be submitted physically by the Bidder on or before **03/02/2018 (at 17:45 pm IST).** Please note that the Public Works Department reserves the right to accept or reject all or any of the Bids without assigning any reason whatsoever
b) Other terms and conditions are detailed in online e-tender form. Right to reject any or all online bid of work, without assigning any reasons thereof, is reserved with Department.

Outward No/AB/TC/225 for 2017-18 Dated 10/01/2018.
Office of the Executive Engineer, Public Works (North) Division, Pune
DGIPR/2017-2018/5447.

Sd/-
**Executive Engineer, Public Works (North) Division,**
**PUNE - 411 001.**

### Legal Notices

**IN THE HIGH COURT OF THE HONG KONG SPECIAL ADMINISTRATIVE REGION COURT OF FIRST INSTANCE**
MISCELLANEOUS PROCEEDINGS NO. 1982 OF 2017
IN THE MATTER OF THE SCHEME OF ARRANGEMENT (THE "SCHEME")
OF
**ASIA TELEVISION LIMITED** (THE "COMPANY")
AND
IN THE MATTER OF SECTIONS 670, 671, 673 AND 674 OF THE COMPANIES ORDINANCE (CAP. 622 OF THE LAWS OF HONG KONG)
NOTICE TO CREDITORS OF INTENTION TO DECLARE DIVIDEND

NOTICE IS HEREBY GIVEN that the administrators of the Scheme (the "**Scheme Administrators**"), Mr. Man Chun So and Mr. Yat Kit Jong of PricewaterhouseCoopers, intend to make a distribution to the Scheme Creditors by way of a dividend (the "**Distribution**") to the Scheme Creditors.

All Scheme Creditors of the Company must prove their debts by returning the Notice of Claim for Dividend Purposes and such other documents or other evidence necessary for the purpose of substantiating their claims on or before 4:00 p.m. (Hong Kong time) on 19 March 2018 (the "**Cut-off Date**") in order to be entitled to participate in the Distribution.

A duly completed Notice of Claim for Dividend Purposes is to be returned to the office of PricewaterhouseCoopers at 22/F Prince's Building, Central, Hong Kong by personal delivery, or by email to hk.atv.scheme@hk.pwc.com or by facsimile to +852 2289 5300 or by post, for the attention of Mr Yat Kit Jong/ Mr Man Chun So, the Scheme Administrators.

Once the Notices of Claim for Dividend Purposes have been submitted, they cannot be revised or amended (exception in response to request for such revised or further information by the Scheme Administrators). Scheme Creditors are encouraged to lodge their proofs of debt at the earliest possible opportunity. Notice of Claim for Dividend Purposes not delivered to the Scheme Administrators on or before the Cut-Off Date will be deemed by the Scheme Administrators and the relevant Scheme Creditor will be deemed to have waived his right to receive a dividend.

Dated 22 January 2018

Mr Man Chun So and Mr Yat Kit Jong
Scheme Administrators

---

**NOTICE OF LAW SUIT**
**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHARON WEINSTOCK, et al.,
Plaintiffs,    Case No. 1:17-cv-23202-RNS.

MOUSA MOHAMMED ABU MARZOOK, (a/k/a "Musa Abu Marzook," "Mousa Abu Marzouk," "Musa Abu Marzouk " "Abu Omar " or "Abu Umar")

Defendant.

**TO: MOUSA MOHAMMED ABU MARZOOK**

YOU ARE HEREBY NOTIFIED that the above-captioned law suit has been filed against you under Section 2333 of Title 18 of the United States Code, seeking money damages for wrongful death, personal injury and related torts arising out of a shooting on December 1, 1993, near Jerusalem, in which U.S. citizen Yitzhak Weinstock, was killed. The plaintiffs seek a judgment against you for compensatory damages in an amount to be determined at trial which are not less than $180,000,000; treble damages; and the plaintiffs' costs, expenses, and attorneys' fees.

Within 21 days after publication of this notice you must serve on the plaintiffs an answer to the complaint or a motion under Rule 12 of the United States Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorney, Asher Perlin, whose address is 4600 Sheridan Street, Suite 303, Hollywood, Florida, 33021, USA. You also must file your answer or motion with the court.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida, USA 33021

---

**BHEL**   **BHARAT HEAVY ELECTRICALS LIMITED**
(A Govt. of India Undertaking)
PPX-F&HE, HEEP, BHEL, RANIPUR, HARIDWAR-249403, INDIA
Ph: +91-1334-281478, Fax: +91-1334-226462, E-mail: harjesh@bhel.in
Tender (NIT) No. - F/T237/2017/5146/K/1 (36559)

Bids are invited in two parts, from original manufacturers for following item.

| Description of item | Size (TK x W x L) | Qty. |
|---|---|---|
| Titanium Clad Test Plate (Spec: HE57071, Rev: 00) | 18 x 2500 x 7000 mm | 160 Nos. |
| Titanium Clad Test Plate (Spec: HE57071, Rev: 00) | 12 x 2500 x 7000 mm | 596 Nos. |
| Titanium Clad Test Plate (Spec: HE57071, Rev: 00) | 8 x 2500 x 7000 mm | 186 Nos. |

**Last date to download:** 31 January 2018, **Opening Date:** 01 February 2018
For details & downloading of tender document, visit our websites www.bhel.com/www.bhelhwr.co.in/ www.tenders.gov.in All corrigenda, addenda, amendments, time extensions, clarifications, etc. will be hosted only on websites. **Note:** Registration process for items required by BHEL is always open at https://supplier.bhel.in Prospective suppliers may visit this site and apply for registration in the respective unit.    **Sr. Engineer (PPX-F&HE)**

---

### Notice to Advertisers

Calls to the Financial Times Advertising Department may be monitored.

Acceptance of any advertisement for publication will be subject to the then current terms and conditions of insertion of advertisements in FT publications.

A copy of the terms and conditions of insertion of advertisements in FT publications can be obtained from +44 (0)20 7873 3000, or viewed at www.FT.com/advertising

---

**Businesses For Sale**

Business for Sale, Business Opportunities, Business Services, Business Wanted, Franchises
Runs Daily

**Classified Business Advertising**
UK: +44 20 7873 4000 | Email:
acs.emea@ft.com