## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                          Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

### AFFIDAVIT OF STEVEN LOBLE

I, **Steven Frederick Loble, MAKE OATH** and **SAY AS FOLLOWS**:

1. I have an M.A. degree in law from the University of Cambridge and am a registered English solicitor and the Litigation Director with W Legal Limited ("W Legal"), an English law firm located at 47 Red Lion Street, London, WC1R 4PF, England.

2. The Registered Company Number for W Legal is 06649868.

3. I have been a practicing solicitor in England for 33 years, and am often retained by American law firms to assist in service of process relating to actions pending in United States Federal Courts.

4. On December 15, 2017, I received from plaintiffs' attorney, Asher Perlin, the summons and complaint in the above-captioned matter and a cover letter in both English and Arabic addressed to Mr. Mohammed Sawalha, who I was informed is a close associate of the defendant. Mr. Perlin requested that I have these papers served upon Mr. Sawalha on behalf of the defendant pursuant to this court's December 7, 2017 Order Granting Motion for Leave to Effect Service by Alternate Means (ECF No. 13), a copy of which was provided to me.

1

**The Law**

5. I am advised by Mr Perlin that pursuant to the Federal Rules of Civil Procedure Rule 4 "Unless federal law provides otherwise, an individual—other than a minor, an incompetent person, or a person whose waiver has been filed—may be served at a place not within any judicial district of the United States: (1) by any internationally agreed means of service that is reasonably calculated to give notice, such as those authorized by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents; (2) if there is no internationally agreed means, or if an international agreement allows but does not specify other means, by a method that is reasonably calculated to give notice: (A) as prescribed by the foreign country's law for service in that country in an action in its courts of general jurisdiction.

6. English law provides that service of originating process may be made pursuant to the English Civil Procedure Rules as follows,

> "6.3—**Methods of service**
>
> 6.3(1)
> > A claim form may (subject to Section IV of this Part and the rules in this Section relating to service out of the jurisdiction on solicitors, European Lawyers and parties) be served by any of the following methods—
> >
> > (a) personal service in accordance with rule 6.5;
> >
> > (b) first class post, document exchange or other service which provides for delivery on the next business day, in accordance with Practice Direction 6A;..."

7. Accordingly, it can be seen that personal service and service by first class mail constitute good service.

8. I retained process servers, ERI Recoveries Limited and Julian Rozario, a full member of the Association of British Investigators, whom I regularly employ to effect service of process.

9. I searched a number of publicly available data bases and identified the likely home address of Mr. Sawalha. Mr. Rozario informed me that his investigation produced the same results as mine had.

10. I requested that the process servers deliver the summons, complaint and cover letter to Mr. Sawalha at Flat 14, Hawker, Everglade Strand, The Hyde, London, NW9 5QJ, the address we had identified for Mr. Sawalha.

11. Mr. Rozario informed me that on **December 20, 2017, Ashley Sweet attempted** to serve Mr. Sawalha at the Flat 14 Hawker address and that a woman claiming to be Mr. Sawalha's wife confirmed that the address was in fact Mr. Sawalha's residence.

12. Mr. Rozario further informed me that Mrs. Sawalha called her husband and gave the phone to the process server, who informed Mr. Sawalha of the nature of the papers and proceeding. Mr. Rozario informed me that Mr. Sawalha advised that he would not accept the papers or make himself available for service.

13. On December 27, 2017 I placed true copies of the summons, complaint, and cover letter into plain envelopes and addressed it to Mr. Sawalha at both his home address and Finsbury Park Mosque of which he is, according to Companies House, the official register of companies, a director. I had the envelopes placed in the post with appropriate postage for delivery by first class mail to Mr. Sawalha at his home and the mosque.

14. I also requested that Mr. Rozario make a second attempt to serve Mr. Sawalha personally at his home address.

15. On December 29, 2017, Mr. Rozario informed me that on December 28, 2017 Ashley Sweet at Mr Rozario's direction attended at the Sawalha home at 9:26 am and successfully delivered the summons, complaint, and cover letter to Mr. Sawalha, personally.

16. Both the delivery by post *and* the personal service upon Mr. Sawalha at his home constitute effective service of process under English law. Either form of delivery would suffice independently of the other.

**SWORN** at  15 RED LION SQUARE
         LONDON WC1R 4QT

this 29 day of January 2018

Signed

Before me

Solicitor  RACHEL KWOK        Signed