UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                                  Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

### DECLARATION OF ASHLEY SWEET

I, Ashley Sweet, MAKE OATH and SAY as follows:

1. I am an operative with ERI Recoveries Limited. We specialize in various investigative services, including process serving.

2. I have worked in legal process serving since 2001

3. I was retained by Steven Loble, an English solicitor to serve the summons and complaint in the above-captioned matter along with a cover letter upon Mohammad Sawalha.

4. In accordance with my ordinary practices, I searched a number of publicly available data bases and identified the likely home address of Mr. Sawalha at Flat 14, Hawker, Everglade Strand, The Hyde, London, NW9 5QJ. Mr. Loble informed me that his investigation produced the same results as mine had.

5. On December 20, 2017, I attempted to serve Mr. Sawalha at the Flat 14, Hawker address.

6. A woman claiming to be Mr. Sawalha's wife confirmed that the address was in fact Mr. Sawalha's residence. However, she asserted that he was not home.

7. Mrs. Sawalha called Mr. Sawalha and gave the phone to me, allowing me to speak with Mr. Sawalha.

8. I informed Mr. Sawalha of the nature of the papers and the proceeding. Mr. Sawalha then advised that he would not accept the papers or make himself available for service.

9. I left the premises without delivering the papers.

10. On December 28, 2017 I returned to the Sawalha home at 9:26 am. The door was answered by an adult male estimated to be between 55-65 years old, standing approximately 5'9" tall with a medium build and short, black, greying hair.

11. The man confirmed that he was Mohammad Sawalha.

12. I attempted to hand the documents to Mr. Sawalha. But he refused to accept them.

13. I then informed Mr. Sawalha that he had been served and dropped the documents at Mr. Sawalha's feet.

14. Mr. Sawalha picked up the documents and threw them.

**SWORN** at
This 5th day of ~~January~~ February 2018

Signed

Before me  S Tatem
SANGEET TATEM

Solicitor

Signed  S. Tatem

Sangeet Tatem TEP
Solicitor & Notary Public
F Barnes Solicitors Limited
1-5 High Street
Romford
RM1 1JU

2