United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sharon Weinstock, individually, as the legal guardian of Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Rabbi Simon Dolgin, and Shirley Dolgin, and others, Plaintiffs,<br><br>v.<br><br>Mousa Mohammed Abu Marzook, Defendant. | Civil Action No. 17-23202-Civ-Scola |

### Order Granting Motion for Extension of Time and for Modification of Instructions for Alternative Service of Process

This matter is before the Court on the Plaintiffs' Motion for a 30-Day Extension of Time to File Proof of Service and for Modification of Instructions for Alternative Service of Process (ECF 21). Having carefully reviewed the Plaintiffs' motion and the record, the Court authorizes the Plaintiffs to post the Arabic-language Notice of Suit as an advertisement on Facebook, specifically targeting the geographical areas where the Defendant is likely to be found and the interest groups to which the Defendant is likely to belong, as an alternative method of service of the Summons and Complaint on the Defendant. *See WhosHere, Inc. v. Orun*, No. 1:13–cv–00526–AJT–TRJ, 2014 WL 670817, at *1, 3-4 (E.D. Va. Feb. 20, 2014) (granting plaintiff's motion to serve process on defendant in Turkey via Facebook and other modes of service); *Fed. Trade Comm'n v. PCCare247 Inc.*, No. 12-civ-7189PAE, 2013 WL 841037, at *4-5 (S.D.N.Y. March 7, 2013) (granting the plaintiff's motion to serve defendants in India via Facebook, among other modes of service). The Court also grants the Plaintiffs a 30-day extension of time to satisfy the requirements of alternative service set out in the Court's Order Granting Motion for Leave to Effect Service by Alternate Means (ECF 13) and this order.

Accordingly, the Court **grants** the Plaintiffs' motion (**ECF No. 21**) and further **orders** as follows, consistent with Federal Rule of Civil Procedure 4(f)(3):

(1) The Plaintiffs shall publish the Arabic-language Notice of Suit as an advertisement on Facebook, specifically targeting the geographical areas where the Defendant is likely to be found and the interest groups to which the Defendant is likely to belong.
(2) The Plaintiffs shall file proof of service in accordance with Federal Rule of Civil Procedure 4(l)(2)(B) on or before **March 23, 2018**. With respect to service by publication, the proof of service must indicate the dates of publication and include a copy or reproduction of the actual publication.

**Done and ordered** in chambers, at Miami, Florida, on February 26, 2018.

_____
Robert N. Scola, Jr.
United States District Judge