United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Sharon Weinstock, individually, as the legal guardian of Geula Weinstock, and as personal representative of the Estates of Yitzchak Weinstock, Dov Weinstock, Rabbi Simon Dolgin, and Shirley Dolgin, and others, Plaintiffs, <br><br>v. <br><br>Mousa Mohammed Abu Marzook, Defendant. | Civil Action No. 17-23202-Civ-Scola |

### Order Granting Motion for Extension of Time and Related Relief

This matter is before the Court on the Plaintiffs' Motion for a 21-Day Extension of Time to File Proof of Service and for Related Relief (ECF No. 26). On February 26, 2018, the Court authorized the Plaintiffs to post the Arabic-language Notice of Suit as an advertisement on Facebook, specifically targeting the geographical areas where the Defendant is likely to be found and the interest groups to which the Defendant is likely to belong, as an alternative method of service of the Summons and Complaint on the Defendant. (Order, ECF No. 25.) The Plaintiffs had until March 23, 2016 to file proof of service. (*Id.* at 2.) The Plaintiffs assert that they attempted to post the Notice of Suit as an advertisement on Facebook, but have been unsuccessful in doing so due to content length restrictions imposed by Facebook's advertising policy and a subsequent deactivation of the Facebook account. (Motion, ECF No. 26 at 2.) The Plaintiffs are currently waiting to have the relevant Facebook account reactivated. (*Id.*) The Plaintiffs state in their motion that they retained outside "digital marketing experts" to assist them in placing the advertisement on Facebook. (*Id.*)

The Plaintiffs now seek a 21-day extension to attempt to complete service as recommended by their retained digital marketing professionals. First, the Plaintiffs request authorization from the Court to create a separate webpage containing the Arabic-language Notice of Suit and use Google banner advertisements to draw viewers to that webpage. Second, the Plaintiffs seek authorization to use Facebook advertisements that are linked to a Facebook

page containing the Notice of Suit upon the reactivation of their Facebook account as a means of serving the Defendant.

Upon the Court's review of the record and the relevant legal authorities, the Court **grants** the Plaintiffs' motion (**ECF No. 26**) and further **orders** as follows, consistent with Federal Rule of Civil Procedure 4(f)(3):

(1) The Plaintiffs shall continue to attempt publish the Arabic-language Notice of Suit as an advertisement on Facebook, specifically targeting the geographical areas where the Defendant is likely to be found and the interest groups to which the Defendant is likely to belong;

(2) The Plaintiffs shall publish the Arabic-language Notice of Suit on a separate webpage that the Plaintiffs will create and use Google advertisements to draw the relevant audience to the separate webpage containing the Notice of Suit;

(3) The Plaintiffs shall publish the Arabic-language Notice of Suit on a Facebook page that the Plaintiffs will create and use Facebook advertisements to draw the relevant audience to the page containing the Notice of Suit; and,

(4) The Plaintiffs shall file proof of service in accordance with Federal Rule of Civil Procedure 4(l)(2)(B) on or before **April 24, 2018**. The proof of service must indicate the dates of publication and include a copy or reproduction of the actual publication.

**Done and ordered** in chambers, at Miami, Florida, on April 3, 2018.

_____
Robert N. Scola, Jr.
United States District Judge