UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                    Plaintiffs,

vs.                                     Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                      Defendant.
_____/

## DECLARATION OF JENNIFER KEMMETSON

I, Jennifer Klemmetson, declare pursuant to 28 U.S.C. §1746, as follows:

1.     I am the Content Marketing Manager at GetVisible, a digital marketing agency based in Los Angeles, California. GetVisible specializes in internet-based marketing and advertising.

2.     I was retained by attorney, Asher Perlin, to assist in the placement and tracking of the Arabic-language Notice of Suit as an advertisement on Facebook (the "Advertisement"). Exhibit A.

3.     Mr. Perlin provided me with access to the Facebook account that was named Weinstockvabumarzook and requested that I use that account to publish the Advertisement and Notice of Suit that had been previously uploaded.

4.     The Advertisement consisted of a reproduction of the Notice of Suit, which would appear as an advertisement on the Facebook pages of individuals that fit into the specified target group described below.

5.     Thus, even if viewers did not click on the Advertisement, the viewers whose screens displayed the Advertisement would have been exposed to the full text of the Notice of Suit.

6. When viewers would click on the Advertisement, the viewer's browser would display a larger version of the Notice of Suit, which was saved on the Weinsteinvabumarzook Facebook page.

7. Using tools provided by the Facebook ad manager interface, we were able to target the Advertisement to an audience consisting of Arabic-speaking men ages 30 and over located in Egypt, the Gaza Strip, Qatar, Lebanon, and Jordan.

8. The Notice of Suit/Advertisement was published by Facebook from April 3, 2018 until April 7, 2018.

9. On April 7, 2018, Facebook discontinued the Advertisement and sent a notification to the Weinstockvabumarzook page saying that the Advertisement did not comply with Facebook's advertising policies. See Exhibit B.

10. On April 16, 2018, I accessed the Weinstockvabumarzook Facebook Account, and printed the statistical summary that is attached hereto as Exhibit C.

11. Those statistics, which were provided by Facebook, show that the Advertisement appeared on viewers' screens 2,397,856 times. Of these, the number of unique viewers was 2,336,208. The total number of times an advertisement appears on screens is referred to as "impressions." The number of unique viewers that are shown an advertisement is referred to as the advertisement's "reach."

12. The Advertisement enjoyed a "post engagement" of 48,668. The weinstockvabumarzook Facebook page, itself, enjoyed a "page engagement" 55,944. A page or post's "engagement" represents the number of individuals who took some action involving the Advertisement or page. These actions could include, clicks on the Advertisement, likes, dislikes,

comments, shares, and other actions that demonstrate a viewer's engagement with an advertisement.

13. The Advertisement received 16,078 clicks, which, as explained above, would have opened a larger version of the Notice of Suit.

14. Definitions for all Facebook ad terms can be found here for further clarification: https://www.facebook.com/business/help/447834205249495. Exhibit D.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
April 23, 2018

_____
Jennifer Klemmetson