<div dir="rtl">

**إعلان دعوى**

**في محكمة الولايات المتحدة الإقليمية**

**لمقاطعة فلوريدا الجنوبية**

شارون وينستوك وآخرون

المدعين          رقم القضية: 1:17-cv-23202-RNS

ضد

موسى محمد أبو مرزوق
(وشهرته "موسى أبو مرزوق" أو "أبو عمر")

المدعي عليه

**إلى موسى محمد أبو مرزوق:**

**بموجب هذا الإعلان، فقد تم إعلامك** بأن الدعوى المبين تفاصيلها أعلاه قد تم رفعها ضدك بموجب المادة 2333, العنوان 18 من قانون الولايات المتحدة، وهي دعوى للمطالبة بالتعويض عن الأضرار اللاحقة نتيجة القتل الجائر والإصابة الشخصية والأضرار ذات الصلة الناشئة عن إطلاق النار الذي تم تنفيذه يوم 1 ديسمبر 1993 بالقرب من مدينة القدس، حيث لقى ايتسحاق وينستوك، المواطن الأمريكي، حتفه، ويطالب المدعون الحكم بإلزامك بدفع التعويض الجبري بالمبلغ الذي تحدده المحكمة ليس أقل من 180 مليون دولار أمريكي بنسبة ثلاثة أضعاف بالإضافة إلى التكاليف التي تكبدها المدعون والمصاريف وأتعاب المحاماة.

ويجب عليك تقديم إجابات شافية أو طلب رسمي للمدعين بشأن الشكوى خلال 21 يوماً من صدور وتقديم الإعلان بموجب القاعدة 12 من القواعد الفيدرالية للإجراءات المدنية، ويجب إعلان الرد أو الطلب إلى محامي المدعين، آشر برلين، وعنوانه 4600 شارع شريدان، جناح 303، هوليوود، فلوريدا، 33021، الولايات المتحدة، كما يجب عليك أيضاً إيداع ردك أو طلبك لدى المحكمة.

في حالة عدم ردك، سيتم صدور الحكم غيابياً ضدك عن التعويض المطالب به في الشكوى.

</div>

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida, USA 33021