

A Perlin <weinstockvabumarzook@gmail.com>

## Your active ad is disapproved

**Facebook Ads Team** <advertise-noreply@support.facebook.com>  Sat, Apr 7, 2018 at 9:18 AM
Reply-To: noreply <noreply@facebookmail.com>
To: Weinstock Abu Marzook <weinstockvabumarzook@gmail.com>

 Your ad isn't approved after a closer review

We have reviewed your ad more closely and have determined it doesn't comply with our Advertising Policies. This ad will not be active any longer until you edit it to comply with policy. You can click the ad name below to see why it wasn't approved and make edits.

⚠️ The following ad needs your attention (1)                      View Ads →

Account: **Weinstock Abu Marzook** › Campaign: **Asher Arabic** › Ad Set: **QA - 30+**
**Ad:** Default Name - Reach

This message was sent to weinstockvabumarzook@gmail.com. If you don't want to receive these emails from Facebook in the future, please unsubscribe.
Facebook, Inc., Attention: Community Support, 1 Hacker Way, Menlo Park, CA 94025