UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                  Plaintiffs,

vs.                                             Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                  Defendant.
_____/

### DECLARATION OF ASHER PERLIN

I, Asher Perlin, declare pursuant to 28 U.S.C. §1746, as follows:

1.     I am counsel of record for the plaintiffs in the above-captioned matter.

2.     I am more than 18 years of age.

3.     The Arabic-language translation of the Notice of Suit found in the attached declaration of Yaniv Berman was used as the Notice of Suit that we uploaded to the weinstockvabumarzook Facebook page, that we used as the Advertisement on Facebook (both of which are referred to in the Declaration of Jennifer Klemmetson, ECF No. 28), and that was uploaded to the weinstockvabumarzook.com webpage.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on

April 25, 2018

                                                            _____
                                                                 **Asher Perlin**