**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHARON WEINSTOCK, et al.,

                              Plaintiffs,

              vs.                                    Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                              Defendant.

————————————————————————/

**DECLARATION OF YANIV BERMAN**

I, Yaniv Berman, declare pursuant to 28 U.S.C. §1746, as follows:

1.      I am a professional translator with an M.A. degree in Middle Eastern Studies from the Hebrew University of Jerusalem (Israel). I read Arabic and English fluently, and I am capable of translating accurately between Arabic and English.

2.      The Arabic-language text attached hereto is a full and accurate translation of the English-language Notice attached hereto.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

April 24, 2018


                                                     Yaniv Berman

<div dir="rtl">

**إعلان دعوى**

**في محكمة الولايات المتحدة الإقليمية**

**لمقاطعة فلوريدا الجنوبية**

شارون وينستوك وآخرون

المدعين        رقم القضية: 1:17-cv-23202-RNS

ضد

موسى محمد أبو مرزوق
(وشهرته "موسى أبو مرزوق" أو "أبو عمر")

المدعي عليه

**إلى موسى محمد أبو مرزوق:**

**بموجب هذا الإعلان، فقد تم إعلامك** بأن الدعوى المبين تفاصيلها أعلاه قد تم رفعها ضدك بموجب المادة 2333, العنوان 18 من قانون الولايات المتحدة، وهي دعوى للمطالبة بالتعويض عن الأضرار اللاحقة نتيجة القتل الجائر والإصابة الشخصية والأضرار ذات الصلة الناشئة عن إطلاق النار الذي تم تنفيذه يوم 1 ديسمبر 1993 بالقرب من مدينة القدس، حيث لقى ايتسحاق وينستوك، المواطن الأمريكي، حتفه، ويطالب المدعون الحكم بإلزامك بدفع التعويض الجبري بالمبلغ الذي تحدده المحكمة ليس أقل من 180 مليون دولار أمريكي بنسبة ثلاثة أضعاف بالإضافة إلى التكاليف التي تكبدها المدعون والمصاريف وأتعاب المحاماة.

ويجب عليك تقديم إجابات شافية أو طلب رسمي للمدعين بشأن الشكوى خلال 21 يوماً من صدور وتقديم الإعلان بموجب القاعدة 12 من القواعد الفيدرالية للإجراءات المدنية، ويجب إعلان الرد أو الطلب إلى محامي المدعين، آشر برلين، وعنوانه 4600 شارع شريدان، جناح 303، هوليوود، فلوريدا، 33021، الولايات المتحدة، كما يجب عليك أيضاً إيداع ردك أو طلبك لدى المحكمة.

في حالة عدم ردك، سيتم صدور الحكم غيابياً ضدك عن التعويض المطالب به في الشكوى.

</div>

Asher Perlin, Esq.
4600 Sheridan Street Suite 303
Hollywood, Florida, USA 33021

<u>**NOTICE OF LAW SUIT**</u>

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

SHARON WEINSTOCK, et al.,

                          Plaintiffs,                      Case No. 1:17-cv-23202-RNS

     v.

MOUSA MOHAMMED ABU MARZOOK,
(a/k/a "Musa Abu Marzook" or "Abu Omar")

                         Defendant.

**TO MOUSA MOHAMMED ABU MARZOOK**:

**YOU ARE HEREBY NOTIFIED** that the above-captioned law suit has been filed against you under the United States Anti-Terrorism Act, 18 U.S.C. § 2333, seeking money damages for wrongful death, personal injury and related torts arising out of a terrorist shooting attack executed by the Hamas organization on December 1, 1993, near Jerusalem, Israel, in which Yitzchak Weinstock, a U.S. citizen, was murdered. The plaintiffs seek a judgment against you for compensatory damages in an amount to be determined at trial which are not less than $180,000,000; treble damages; and the plaintiffs' costs, expenses, and attorneys' fees.

      Within 21 days after publication of this notice you must serve on the plaintiffs an answer to the complaint or a motion under Rule 12 of the United States Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiffs' attorney, Asher Perlin, whose address is 4600 Sheridan Street, Suite 303, Hollywood, Florida, 33021, USA. You also must file your answer or motion with the court.

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.

                             Asher Perlin, Esq.
                             4600 Sheridan Street Suite 303
                             Hollywood, Florida, USA 33021