UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,
vs.                                                 Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

## DECLARATION OF KELLY ROBERTS

I, Kelly Roberts, declare pursuant to 28 U.S.C. §1746, as follows:

1. I am the Pay Per Click Marketing Manager at GetVisible, a digital marketing agency based in Los Angeles, California. GetVisible specializes in internet-based marketing and advertising.

2. I was retained by attorney, Asher Perlin, to assist in the placement and tracking of the Arabic-language Notice of Suit as an advertisement on a free-standing web page that would be viewed by, among others, viewers who would click on a series of banner advertisements that were posted through Google Ad Words.

3. Mr. Perlin provided me with an Arabic-language Notice of Suit (the "Notice"), and I had that Notice uploaded to a webpage at the address: http://weinstockvabumarzook.com. The Notice was the only item on the webpage. A printout of the webpage is attached as Exhibit A.

4. Banner advertisements featuring photographs of Abu Marzook were posted through Google Ad Words. When viewers would click on these banner advertisements, the viewer's browser would open the weinstockvabumarzook.com web page.

5. Using tools provided by the Google Ad Words interface, we were able to target the Advertisement to an audience consisting of Arabic-speakers men ages 30 and over located in "Palestine," Egypt, Qatar, Beirut (Lebanon), Oman, and Jordan.

6. The banner advertisements began running on April 9, 2018 and ran through April 13, 2018.

7. On April 23, 2018, I accessed the Weinstockvabumarzook.com Google Ad Words Account and viewed the statistical summary for the weinstockvabumarzook.com ad campaign. The statistics showed that the banner advertisements appeared on viewers' screens 2,385,140 times. The total number of times an advertisement appears on screens is referred to as "impressions."

8. The statistical summary also showed that the banner advertisements received 11,642 clicks. Each click translates into a viewing of the weinstockvabumarzook.com webpage containing nothing but the Notice.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
April 24, 2018

_____
**Kelly Roberts**