UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA


SHARON WEINSTOCK, et al.,

                           Plaintiffs,

            vs.                                 Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                           Defendant.

_____/


**PLAINTIFFS' MOTION FOR ACKNOWLEDGMENT OF COMPLETION OF
SERVICE OF PROCESS AND FOR RELATED RELIEF**

Plaintiffs respectfully move for a one-day extension of time, *nunc pro tunc*, to file proof

of compliance with the Court's December 7, 2017 Order Granting Motion for Leave to Effect

Service by Alternative Means (ECF No. 13), as modified by the Court on February 28, 2018 and

April 3, 2018, and for an Order acknowledging that service of process was effected as of no later

than April 13, 2018, and state as follows:

1.      On December 5, 2017, Plaintiffs filed their Motion Pursuant to Rule 4(f)(3) Fed.

R. Civ. P. for Leave to Effect Service by Alternate Means. ECF No. 12.

2.      On December 7, 2017, the Court granted that Motion with certain modifications,

and directed the Plaintiffs to serve the Summons and Complaint upon Defendant Mousa

Mohammed Abu Marzook by several alternative methods. ECF No. 13.

3.      As stated in Plaintiffs' February 21, 2018 Motion for Extension of Time (ECF

No. 21), Plaintiffs previously effected service by all prescribed methods except for the

publication of an Arabic-language Notice of Suit in the geographic areas in which it is

likely to be seen by the Defendant. See ECF No. 13. The Court subsequently modified

the Arabic-language publication requirement twice, first on February 27, 2018 and again on April 3, 2018. See ECF Nos. 25, 27.

4.      In its April 3, 2018 Order, the Court directed the Plaintiffs to continue to attempt to publish the Arabic-language Notice of Suit as an advertisement (the "Advertisement") on Facebook specifically targeting the geographical areas where the Defendant is likely to be found and the interest groups to which the Defendant is likely to belong (as previously ordered on February 27, 2018, ECF No. 25).

5.      Due to Facebook's initial refusal to publish the Advertisement (see ECF No. 26), on April 3, 2018, the Court additionally directed Plaintiffs to serve Defendant by publishing the Arabic-language Notice of Suit as a separate webpage and drawing viewers from the relevant audience to that webpage with advertisements posted through Google Advertising.  See ECF No. 27.

6.      The Court also authorized the Plaintiffs to post the Arabic-language Notice of Suit on a Facebook page and use Facebook advertising to draw viewers from the relevant audience to that Facebook page with Facebook advertisements.

7.      Plaintiffs have complied with all these forms of publication. And, as of April 13, 2017, Plaintiffs completed all forms of alternative service directed by the Court.

8.      Specifically:

• The December 7, 2017 Order (ECF No. 13) directed the Plaintiffs to deliver a copy of the Summons and Complaint to Mohammed Sawalha, a close associate and collaborator of the Defendant, who resides in London. As indicated in the Affidavits of English solicitor, Steven Loble (ECF No. 23) and process-server, Ashley Sweet (ECF No. 24), personal service upon Mr. Sawalha was effected on December 28,

2017.

- The December 5, 2017 Order also required the Plaintiffs to send the Summons and Complaint by email to Hamas and to four senior Hamas officials at the email addresses provided on Hamas's website and identified in the Declaration of Arieh Dan Spitzen, an expert retained by Plaintiffs to assist with the service of process upon Defendant (see ECF No. 12-3). As previously stated in Plaintiffs' Notice of Initiation of Service (ECF No. 16), the undersigned personally sent emails conveying the Summons and Complaint, accompanied by English and Arabic language cover notes, to Hamas and the four senior Hamas officials as directed in the Court's Order. Copies of those emails, and a declaration of accuracy from the translator were previously filed as an Exhibit to the Notice of Initiation of Service. ECF 16-1. There were no "bounce-backs."

- The Court directed the Plaintiffs to publish notice of this suit in both Arabic and English language general-subject newspapers with wide circulation in a geographic area in which it is likely that the Defendant will see it. On Monday, January 22, 2018, Plaintiffs placed the English-language Notice of Suit in the international print edition of the Financial Times, which enjoys wide circulation in several Middle Eastern countries, including Egypt, Qatar, Bahrain, Lebanon, Morocco, Oman and the United Arab Emirates[1]. It is also published in the United Kingdom and the United States.

---

[1] In support of their motion for leave to effect service by alternative means, Plaintiffs submitted the declaration of a Hamas expert, Arieh Dan Spitzen, who found that "Abu Marzook travels frequently … between various countries in the Middle East including Lebanon, Syria, Qatar, Iran and Egypt." ECF 12-3 at 5, para. 19. As explained in the declarations of Jennifer Klemmetson (ECF No. 28), and Kelly Roberts (ECF No. 30), plaintiffs' Facebook and Google advertisements targeted users in Egypt, Lebanon, Qatar and other areas in the Middle East. Iran and Syria were not offered as target options by Facebook or

Attached hereto as Composite Exhibit A are the front page of the January 22, 2018 UK edition of the Financial Times, and the interior pages of the respective editions in which the Notice of Suit appeared.

- After major Arabic-language newspapers A-Sharq AlAwsat and AlHayat both refused to run the Arabic-language Notice of Suit (see ECF No. 21), the Court authorized the publication of the Arabic-language Notice of Suit via a Facebook Advertisement (ECF 25) and through advertisements placed on Google and Facebook that were designed to draw viewers from the relevant audience to a webpage and to a Facebook page each containing the Arabic-Language Notice of Suit (ECF No. 27). As indicated in the April 25, 2018 Declarations of Jennifer Klemmetson (ECF No. 28), Asher Perlin (ECF No. 29), Yaniv Berman (ECF No. 29-1), and Kelly Roberts (ECF No. 30), the Plaintiffs have complied with the Court's April 4, 2018 Order.

9.      As explained in the declarations of Jennifer Klemmetson (ECF No. 28), and Kelly Roberts (ECF No. 30), the Arabic-language Notice of Suit appeared on the Facebook accounts of over 2 million male Arabic-speaking Facebook users in the relevant geographic area, nearly 50,000 of those Facebook users then visited the Facebook page containing the Notice, and/or otherwise affirmatively interacted with the Notice, and over 10,000 people in the target group visited the webpage containing the Notice by clicking on the Google ad.[2]

_____

Google, and the Financial Times is not officially distributed there.

[2] This is a far greater confirmed exposure than that received by a typical notice by publication in a print newspaper. For example, in 2017 the Miami Herald print edition had a daily circulation of 82,782 and a Sunday circulation of 142,389. See http://www.mcclatchy.com/our-impact/markets/miami-herald. Of those readers, it is reasonable to assume that only a small fraction read the legal notices.

10.     The service by publication process concluded on April 13, 2018, which is the last day on which the Google advertisement appeared. See Declarations of Jennifer Klemmetson (ECF No. 28), and Kelly Roberts (ECF No. 30).

11.     Due to various logistical (computer-related) difficulties resulting from counsel's travel schedule, the Declarations of Jennifer Klemmetson, Asher Perlin, and Yaniv Berman were not filed until just after midnight on April 25, 2018, and the affidavit of Kelly Roberts was not filed until later in the day on April 25, 2018. The Court had ordered that proof of service be filed by April 24, 2018. ECF No. 27. Counsel apologizes for this delay.

**WHEREFORE**, the Plaintiffs respectfully request that the Court enter an Order extending by one day their time, *nunc pro tunc*, to file proof of service of process in accordance with the Court's December 7, 2017, February 27, 2018, and April 3, 2018 Orders as modified in accordance with the request above. The Plaintiffs also request that the Court enter an Order acknowledging that service of process upon Defendant was completed as of April 13, 2018.

Respectfully submitted,

May 1, 2018

By:     _/s/ Asher Perlin_____
Asher Perlin, Esq.
Florida Bar No. 0979112
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel. 954-284-0900 ext. 102
Fax. 954-284-0747
Email: asherperlin@gmail.com
*Counsel for Plaintiffs*