UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                        Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## VERIFIED MOTION FOR CLERK'S ENTRY OF DEFAULT

Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 7.1(a)(1)(D) Plaintiffs request that the Clerk of the Court enter default against the Defendant, Mousa Mohammed Abu Marzook, and in support of this Motion state as follows:

1. On June 8, 2018, Judge Scola entered an Order finding that the Defendant was served with process in this action as of April 13, 2018. DE 32 at 2 (finding that "service was completed as of April 13, 2018").

2. Pursuant to Fed. R. Civ. P. 12(a)(1)(A)(i), the Defendant was required to file an answer or otherwise respond to the Complaint within 21 days service, i.e., no later than May 4, 2018.

3. The Defendant has failed to enter any appearance in this case; he has neither filed nor served upon plaintiffs or their counsel any answer, pleading or other court paper, and the time within which the Defendant was required to do so expired on May 4, 2018.

4. Fed. R. Civ. P. 55(a) provides that: "When a party against whom a judgment for affirmative relief is sought has failed to plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default."

5. Defendant Mousa Mohammed Abu Marzook has "failed to plead or otherwise defend" this action, and his time to do so has long passed. Accordingly, the clerk should now enter the Defendant's default pursuant to Rule 55(a).[1]

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 12, 2018

                              Plaintiffs, by their attorney,

By:   /s/ Asher Perlin
       Asher Perlin, Esq.
       Florida Bar No. 0979112
       4600 Sheridan Street, Suite 303
       Hollywood, Florida 33021
       Tel. 954-284-0900 ext. 102
       Fax. 954-284-0747
       Email: asherperlin@gmail.com

---

[1] Following entry of default pursuant to Rule 55(a), plaintiffs will begin appropriate proceedings for default judgment, pursuant to Rule 55(b)(2).