UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.

PLAINTIFF(S)

CASE NUMBER
1:17−cv−23202−RNS

v.

MOUSA MOHAMMED ABU MARZOOK,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Mousa Mohammed Abu Marzook**

as of course, on the date June 12, 2018.

**STEVEN M. LARIMORE**
CLERK OF COURT

By  /s/ *Autumn Sandoval*
Deputy Clerk

cc:  Judge Robert N. Scola, Jr
     Sharon Weinstock

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

CV−37 (10/01)