UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,
            Plaintiffs,
    vs.                                      Civ. No. 17-cv-23202-RNS
MOUSA MOHAMMED ABU MARZOOK,
            Defendant.
_____/

**SECOND MOTION FOR EXTENSION OF TIME
TO MOVE FOR DEFAULT JUDGMENT**

    Plaintiffs respectfully move this Court, pursuant to Local Rule 7.1(a)(1)(J), to extend from August 15, 2018 until September 5, 2018, Plaintiffs' time to move for default judgment. In support of this Motion, the Plaintiffs state as follows:

    1.  Defendant, Mousa Mohammed Abu Marzook, was served with process in this action as of April 13, 2018. See DE 32 at 2 (finding that "service was completed as of April 13, 2018").

    2.  The Defendant has "failed to plead or otherwise defend" this action, Fed.R.Civ.P. 55(a), and after his time to do so expired, the Clerk of the Court entered default against the Defendant on June 12, 2018.

    3.  On June 25, 2018 the Court ordered the Plaintiffs "to move for Default Judgment by July 9, 2018, consistent with Federal Rule of Civil Procedure 55(b)." DE 35.

    4.  On July 9, 2018, the Court granted the Plaintiffs' first Motion for Extension of Time to file their Motion for Default Judgment, allowing them to file their Motion for Default Judgment on or before August 15, 2018. DE 37.

    5.  The Plaintiffs require additional time to prepare and file their motion for Default Judgment. The Plaintiffs are the family members and estate of the decedent, and (except for lost future income recoverable by the decedent's estate) Plaintiffs' damages are all intangible damages arising from the impact on them of the decedent's murder. To prove Plaintiffs'

damages, their counsel are still in the process of gathering the necessary evidence and documentation, including declarations from the Plaintiffs themselves and from other relevant witnesses, expert affidavit testimony, and the like.

6. After the Court granted the Plaintiffs' first motion for an extension of time, one of Plaintiffs' expert witnesses suffered the untimely death of a close family member, as a result of which he had to travel abroad and has been unable to complete his report within the expected time frame.

7. Additionally, the process of assembling the damages evidence has been slowed by the fact that plaintiff Geula Weinstock, the decedent's sister, suffers from congenital mental impairment, and is unable to provide direct testimony regarding the impact on her of her brother's murder, which has required counsel to obtain this testimony from professional caregivers and family members. Counsel requires additional time to complete this task.

8. Finally, certain third-party witnesses who are submitting declarations in support of the Plaintiffs' motion have been away for summer vacations and Plaintiffs have not been able to obtain or finalize their declarations as anticipated.

**WHEREFORE**, Plaintiffs respectfully request a further extension of time until September 5, 2018 to file their Motion for Default Judgment.

Respectfully submitted August 10, 2018

Plaintiffs, by their attorney,

By:   /s/ Asher Perlin
Asher Perlin, Esq.
Florida Bar No. 0979112
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel. 954-284-0900 ext. 102
Fax. 954-284-0747
Email: asherperlin@gmail.com

2