UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

            Plaintiffs,

vs.                                  Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

            Defendant.
_____/

## THIRD MOTION FOR EXTENSION OF TIME
## TO MOVE FOR DEFAULT JUDGMENT

Plaintiffs respectfully move this Court, pursuant to Local Rule 7.1(a)(1)(J), to extend from September 5, 2018 until September 17, 2018, Plaintiffs' time to move for default judgment. In support of this Motion, the Plaintiffs state as follows:

1. Defendant, Mousa Mohammed Abu Marzook, was served with process in this action as of April 13, 2018. DE 32 at 2 (finding that "service was completed as of April 13, 2018"). The Defendant "failed to plead or otherwise defend" this action, Fed.R.Civ.P. 55(a), and after his time to do so expired, the Clerk entered default against the Defendant on June 12, 2018. On June 25, 2018 the Court ordered the Plaintiffs "to move for Default Judgment by July 9, 2018, consistent with Federal Rule of Civil Procedure 55(b)." DE 35.

2. Plaintiffs have twice requested extensions of time to file their motion for default judgment, due to the need to complete the preparation of plaintiffs' damages evidence and other default judgment submissions, which proved impossible to finalize within the anticipated time frame as the result of the witnesses' summer schedules, the fact that one of the plaintiffs is developmentally disabled, and the sudden death of a family member of an expert witness. The

1

Court granted these motions, and plaintiffs' motion for default judgment is currently due on or before September 5, 2018. DE 39.

3.      Plaintiffs unfortunately now find themselves in the position of needing an additional brief extension of 12 days, from September 5, to September 17, 2018. Over the past few weeks several important lay witnesses who were previously reticent about providing damages testimony in this case (because of the emotional difficulty involved) have come forward and asked to provide sworn declarations. Because of the importance of the testimony to showing a complete picture of plaintiffs' damages, plaintiffs are understandably anxious to include this evidence, and their counsel has been working assiduously to facilitate the witnesses' requests to put their statements into proper declaration form.

    **WHEREFORE**, Plaintiffs respectfully request a further extension of time until September 17, 2018 to file their Motion for Default Judgment.

Respectfully submitted September 4, 2018

                                        Plaintiffs, by their attorney,

            By:    /s/ Asher Perlin_____
                   Asher Perlin, Esq.
                   Florida Bar No. 0979112
                   4600 Sheridan Street, Suite 303
                   Hollywood, Florida 33021
                   Tel. 954-284-0900 ext. 102
                   Fax. 954-284-0747
                   Email: asherperlin@gmail.com