# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                       Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## MOTION, NUNC PRO TUNC, FOR LEAVE TO EXCEED THE PAGE LIMIT IN THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT WITH INCORPORATED MEMORANDUM OF LAW OR IN THE ALTERNATIVE TO FILE AN AMENDED MOTION FOR DEFAULT JUDGMENT

Plaintiffs respectfully move this Court, pursuant to Local Rule 7.1 for leave to exceed the page limit in their Motion for Default Judgment with Incorporated Memorandum of Law or in the alternative, to file an Amended Motion for Default Judgment with supporting documentation. In support of this Motion, the Plaintiffs state as follows:

1. Pursuant to the Defendant's default, and the Court's June 25, 2018 Order on Default Judgment Procedure (DE 35), the Plaintiffs last night filed their Motion for Default Judgment with Incorporated Memorandum of Law (the "Motion"). DE 44.

2. Due to oversight by undersigned counsel, the Plaintiffs' Motion exceed the 20-page limit on memoranda of law found in Local Rule 7.1(c).

3. Plaintiffs' Motion, as filed, is 43 pages long.

4. The length of the Motion is justified in this case because the Plaintiffs were required to proffer evidence supporting the Court's assertion of jurisdiction over the matter and over the defendant, as well as evidence supporting damages awards to each of the nine plaintiffs.

1

5. With the exception of the decedent, Yitzchak Weinstock, for whose estate the Plaintiffs are seeking damages of future lost earnings, each of the Plaintiffs suffered severe emotional harm as a result of the terrorist murder of the decedent, and each suffered in different ways.

6. Undersigned counsel also mis-read the Court's Order on Default Judgment Procedure and did not realize that Plaintiffs were to file a proposed order making findings of fact and conclusions of law in support of the entry of default judgment.

7. Accordingly, the Plaintiffs respectfully request leave, nunc pro tunc, to file the Motion that exceeds the 20-page limit contained in Local Rule 7.1(c).

8. In the alternative, the Plaintiffs request leave to file an amended motion complying with the page limit, while setting forth the bulk of the lengthy factual discussion of damages in the proposed order,

9. Due to the late hour at which I realized that Plaintiffs' Motion did not comply with the Court's procedures, the supporting declarations have not yet been filed. Those will be filed promptly after the Court rules on the instant motion.

**WHEREFORE**, Plaintiffs respectfully request that the Court authorize the Plaintiffs to exceed the 20-page limit in their Motion, or in the alternative to file an amended Motion that complies with the page limit, and in either event to file out of time their supporting documentation, including a proposed order granting the Motion or Amended Motion, as the case may be.

Respectfully submitted October 4, 2018

By: /s/ Asher Perlin  
Asher Perlin, Esq.  
Florida Bar No. 0979112  
4600 Sheridan Street, Suite 303  
Hollywood, Florida 33021  
Tel. 954-284-0900 ext. 102  
Fax. 954-284-0747  
Email: asherperlin@gmail.com