# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

            Plaintiffs,

vs.                                      Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

            Defendant.
_____/

## JUDGMENT

    For the reasons set forth in the accompanying Memorandum Opinion, it is hereby this __ day of _____, 2018,

    **ORDERED, ADJUDGED, AND DECREED** that this Court **GRANTS** Plaintiffs' Motion for Default Judgment against Defendant Mousa Mohammed Abu Marzook (a/k/a "Musa Abu Marzook," Mousa Abu Marzook," "Musa Abu Marzouk," "Abu Omar," or "Abu Umar"); and

    **IT IS FURTHER ORDERED, ADJUDGED, AND DECREED**: that Plaintiffs have a judgment as against Defendant, Mousa Mohammed Abu Marzook in the amounts specified below for a total compensatory damages award of $26,291,000, which is trebled automatically pursuant to the Antiterrorism Act, 18 U.S.C. § 2333(a) for a total award of $78,873,000. Specifically:

1. Sharon Weinstock and the Estate of Dov Weinstock shall each be awarded $5,000,000 in compensatory damages. These amounts are automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for total awards of $15,000,000 each to Sharon Weinstock and the Estate of Dov Weinstock.

2. Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, Chaim Weinstock, the Estate of Rabbi Simon Dolgin and the Estate of Shirley Weinstock shall each be awarded $2,500,000 in compensatory damages. These amounts are automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for total awards of $7,500,000 each to Moshe Weinstock, Geula Weinstock, Aryeh Weinstock, Chaim Weinstock, the Estate of Rabbi Simon Dolgin and the Estate of Shirley Weinstock.

3. The Estate of Yitzchak Weinstock shall be awarded $1,291,000 in compensatory damages, which is trebled automatically pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a) for a total award of $3,873,000 to the Estate of Yitzchak Weinstock.

**THIS IS A FINAL APPELABLE ORDER**.

/s/ ROBERT N. SCOLA  
United States District Judge