UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,
vs.                                                Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

### DECLARATION OF ASHER PERLIN IN SUPPORT OF
### THE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT
### WITH INCORPORATED MEMORANDUM OF LAW

Pursuant to 28 U.S.C. § 1746 Asher Perlin declares as follows:

1. I am lead counsel for Plaintiffs in this matter and submit this declaration in support of the Plaintiffs' Motion for Default Judgment with Incorporated Memorandum of Law.

2. Exhibit A is a true and accurate copy of U.S. Department of Justice Statement, August 20, 2004 ("Chicago and Washington, D.C., Area Men Among Three Indicted in Racketeering Conspiracy in U.S. to Finance Hamas Terror Abroad").

3. Exhibit B is a true and accurate copy of Second Superseding Indictment in *U.S. v. Abu Marzook, et al.*, 03-cr-978 (N.D. Ill.).

4. Composite Exhibit C contains true and accurate copies of Status Reports Pursuant to the Servicemembers Civil Relief Act ("SCRA") that I personally downloaded from the Department of Defense Manpower Data Center website. Due to the possibility that the Defendant could be listed under variations of his name, I performed numerous searches and found no record indicating that the defendant is protected under the SCRA. The conclusion that Defendant is not protected under the SCRA is unsurprising because, upon information

and belief, the defendant is a 67-year old fugitive under a federal indictment for participating in a racketeering conspiracy. See Exhibit D at note 1.

5.   Exhibit D is a true and accurate copy of a September 29, 2011 Memorandum and Order from *Ashqar v. United States*, Case No. 11 C 0569 (N.D. Ill.).

I declare under the penalty of perjury under the laws of the United States that the foregoing is true and correct.

October 9, 2018

                                        _/s/ Asher Perlin_____