UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                  Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## NOTICE OF FILING

Plaintiffs, through their undersigned counsel, give notice of the filing of the following declarations in support of their Amended Motion for Default Judgment with Incorporated Memorandum of Law (DE 46).

- Declaration of Jeremy Stern
- Declaration of Aryeh Dan Spitzen
- Declaration of Michael Berenblut
- Declaration of Dr. Sarah Pollak
- Declaration of Inbal Sharvit Zamir
- Declaration of Sharon ("Sharonbeth") Weinstock
- Declaration of Moshe Weinstock
- Declaration of Aryeh Weinstock
- Declaration of Mishael Weinstock
- Declaration of Yitzchak Shpatz
- Declaration of Emunah Shpatz

- Declaration of Tamara Kay Dolgin

- Declaration of Michael Dolgin

- Declaration of Saralee Glasser

- Declaration of Jess Dolgin

- Declaration of Baruch Luwisch

- Declaration of Tzirl Horowitz

- Declaration of Israel Harel

- Declaration of Jonathan Bachrach

- Declaration of Netanel Slomiansky

- Declaration of Gaylee Schif

- Declaration of Amiella Meltzer

Respectfully submitted October 9, 2018

                    Plaintiffs, by their attorney,

By:   /s/ Asher Perlin
Asher Perlin, Esq.
Florida Bar No. 0979112
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel. 954-284-0900 ext. 102
Fax. 954-284-0747
Email: asherperlin@gmail.com

2