UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                            Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## DECLARATION OF DR. SARAH POLLAK

I, Dr. Sarah Pollack, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am a medical doctor and was the primary physician of Geula Weinstock from her birth in 1978 until 2008.

3. Geula suffered from multiple problems, including growth delay, learning disabilities/developmental delay and a severe hearing impairment that required her to use a hearing aid from a very young age.

4. Geula attended a regular school through ninth grade while receiving constant, intensive remedial help.

5. She was a warm, cooperative and very pleasant and well-liked child with much charm.

6. When she was fifteen and one half years old, her older brother, Yitzchak, was murdered by terrorists. The shock of the tragedy and the magnitude of the loss took a terrible toll on the entire Weinstock family.

7. As far as Geula was concerned, at the end of the 1993-1994 school year she refused to continue in the excellent school she had been attending and was therefore transferred to another less favorable school.

8. It appeared likely that she refused to continue in her former school because she felt a need to distance herself from memories conjured up by the setting in which she had been when the tragedy befell the family.

9. During the following years Geula developed many behavioral difficulties such as severe

1

Scanned by CamScanner

anxiety, outbursts of anger, obsessive behaviors, and other manifestations that compounded her physical condition.

10. Because Geula does not express her feelings verbally, it is often difficult to understand what she is feeling. However her deep sadness and post-trauma symptoms after Yitzchak's death were and are apparent on many occasions.

11. Examples of these symptoms include tears welling up in her eyes when she hears music that her brother Yitzchak loved; her adamant refusal for many years to pass by the location Yitzchak had left from on the morning of the attack; and her obsessive viewing of television for hours on Israel's Memorial Day, just waiting to see her brother's name scroll by on the screen as the names of all of the terror victims who were killed are shown.

12. In addition to having been Geula's physician, I am also her neighbor and my daughter was her friend and classmate and therefore she spent a lot of time in our home and I knew her well. I continue to meet Geula on many occasions.

13. I have observed her difficulties over the years, and can confidently say that after her brother's murder, she suffered a definite deterioration in her emotional and behavioral state, and that she and her family continue to struggle with the painful manifestations of her emotional state.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/10/18
Date

Dr. S. Pollak
Dr. Sarah Pollak

2

Scanned by CamScanner