UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

Plaintiffs,

vs.                                                Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

Defendant.
_____/

## DECLARATION OF YITZCHAK SHPATZ

I, Yitzchak Shpatz, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. On the night of November 30, 1993, my daughter Emunah and I had spent the night at the Hadassah Hospital in Jerusalem with my young son, who was hospitalized with cancer.

3. Due to my son's medical needs we had rented a small car, to make the hour-long trip between our home in the town of Shiloh and the hospital easier.

4. When we rented the car, we decided to use it to help others—i.e., hitchhikers—and prayed that in the merit of doing so, my son would be cured. Many of the smaller towns in Israel are in remote locations where public transportation is limited, and hitchhiking for rides and picking up hitchhikers are therefore very common and accepted behaviors in Israel.

5. On the morning of December 1, 1993, my daughter Emunah and I left the hospital to travel home.

6. We arrived in the French Hill neighborhood, which is next to the Hadassah Hospital, at the northeastern edge of Jerusalem, and picked up three passengers at a hitchhiking station for those leaving the city heading north.

7. We did not know any of the hitchhikers personally, although my daughter, Emunah, recognized one of them, Shalva Ozanah, as a student in her college.

8. One of the other hitchhikers was Yitzchak Weinstock. And the third was a person whose name I do not know; he got out of the car just outside of Jerusalem, in the Atarot Industrial Zone.

1

9. We drove north on Highway 60. Emunah was sitting in the front passenger seat next to me. Shalva and Yitzchak sat in the back. Along the way, Emunah and Shalva struck up a conversation.

10. When we approached the Palestinian town of Al-Bireh, approximately 20 minutes outside of Jerusalem, the car's exhaust pipe broke.

11. The area did not seem dangerous to me as it was outside of the city. And, it would have been dangerous to continue driving with the exhaust pipe dragging under the car. Therefore, we stopped to attempt a simple, if temporary, repair.

12. I wanted to complete the repair as quickly as possible and to continue home.

13. Yitzchak got out of the car to help, and we checked to see what, exactly, had happened to the car. We searched on the ground on the side of the road for a wire to temporarily reconnect the pipe so we could continue on our way.

14. The car was a Fiat Uno, which is a very small car and the chassis sits low – close to the road. It was very difficult to work on the car while lying on the ground under the car.

15. At a certain point, Yitzchak and I both had to lie on our backs with our heads under the car.

16. When we had almost rigged the pipe back into place, I suddenly heard gunfire.

17. The shooters were directly behind us. We were on the side of the road and the terrorists' car pulled up close.

18. I could hear the sound of the car approaching and the gunfire continued and intensified as the car drew nearer and slowed almost to a stop. And, then the terrorists intensified their fire even more.

19. From the sound of the weapons (and my own military experience) I believe that there were at least two shooters in the car, each firing an automatic weapon. The gunfire was blazing.

20. Yitzchak and I froze in our place; we did not move. We were both under the car, and the safest thing to do was to remain there, close together.

21. The terrorists' car continued forward spraying our car with bullets. The terrorists' car passed ours and then drove away at high speed.

22. Throughout the shooting, I remained alert and it was clear to me what was happening.

23. I felt the bullets flying around me. I was injured, but not seriously.

2

24. I thought to myself, "What is happening to me? What is happening to the others?"

25. I saw that Yitzchak was injured. He let out a sigh, and lay on the ground. But, as long as the shooting continued, we could not do anything.

26. When the shooting finally ended, I saw that Yitzchak had been badly injured. He had a large wound next to his shoulder that was gushing blood.

27. I grabbled him with both hands, and applied pressure to the wound to try to stop the bleeding. At the same time, I flagged at cars to stop.

28. Another driver stopped to help. I explained the situation to him and asked whether he had any communication equipment. Unfortunately, he did not. He also had not been trained in first aid. I asked him to try to stop another car to try to find someone to help.

29. After a few more minutes a military jeep stopped and an army officer with the rank of Lieutenant Colonel got out of the vehicle. I explained to him what had happened and he radioed for additional forces and ambulances.

30. The officer handed me a first aid kit and told me he did not know how to use it. I applied a tourniquet and bandages to stop Yitzchak's bleeding.

31. At that point Emunah got out of the car and shouted to me, "The girl in the car has also been shot, and I don't know what to do!"

32. I asked the first driver who had stopped to replace me and to apply pressure to Yitzchak's wound so I could check on the young woman. At that time I did not know her name.

33. She had fallen to the floor of the car between the front and back seats. I lifted her onto the back seat. And, Emunah and I administered CPR until medical personnel arrived and took over.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/13/18
Date

Yitzchak Shpatz

3