UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

               Plaintiffs,

vs.                                   Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

               Defendant.

_____/

## DECLARATION OF EMUNAH SHPATZ

I, Emunah Shpatz, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. On the morning of December 1, 1993, at approximately 8:30 am my father and I were returning home from Jerusalem to our town, Shiloh, after spending the night visiting my brother who was then hospitalized in Jerusalem.

3. My father had rented a small car (a Fiat Uno) to make it easier to visit my brother.

4. As we left Jerusalem, we stopped at a "hitchhikers' station" in the French Hill neighborhood of Jerusalem to see whether anyone needed a ride in our direction.

5. Two hitchhikers entered the car, Shalva Ozanah and Yitzchak Weinstock.

6. As we drove north, suddenly, the car's exhaust pipe broke and began dragging along the road. We could hear it dragging heavily, and became concerned that a spark from the metal pipe could set off a fire under the car.

7. Hoping to reattach the exhaust pipe, my father pulled the car over just before we reached the entrance to Al-Bireh.

8. My father got out of the car and asked Yitzchak to help him, and the two of them slid the upper parts of their bodies under the car. My father was lying closer to the street and Yitzchak was lying next to him as they worked on the car.

9. I remained in the car, sitting in the front passenger seat, and made small talk with Shalva Ozanah, the other hitchhiker, who was sitting in the back seat. I recognized Shalva's face from the teachers' college where we had both studied. She had been two years ahead of me in school.

1

10. As we chatted, suddenly there was a burst of gun fire. I heard an enormous amount of shooting. But, at first, I did not grasp that the shooting was directed at us. It sounded more distant, as if were coming from the hills on the opposite side of the street.

11. Then, I heard Shalva scream and saw her fall back on the car seat, and I realized what was happening. I bent down as far as I could on the floor of the car; I put my hands over my head, and I prayed that I would not be shot.

12. The terrorists continued shooting non-stop. We later learned that at least two terrorists had opened fire with automatic weapons, and had had time to change their magazines. There were so many bullets found at the scene.

13. We were defenseless and the shooting seemed to last forever. But finally the shooting stopped.

14. I did not see the terrorists' car; at the beginning of the attack I was facing Shalva in the back seat; I only heard the shooting. I saw bullets all around me, and I was lightly injured in my left leg.

15. When the shooting ended, I got up to see how Shalva was. She had fallen to the floor of the back seat, and was lying face-down. I could not see her face. I called her name, but she did not answer.

16. I tried to turn Shalva over, and pick her up so she could lie on the back seat. But I could not pick her up. I then got out of the car to call my father for help. My father had served in a combat unit in the army and had learned first aid.

17. I saw that my father was treating Yitzchak, who was lying on the ground breathing very deeply. Yitzchak's shirt had been removed and I could clearly see him breathing. Yitzchak appeared to me to be conscious.

18. My father was trying to stop Yitzchak's bleeding, literally, by holding his hand over the wound near Yitzchak's neck or shoulder.

19. By this time another car pulled up and the driver got out to help. But, he said he had little knowledge of first aid. He stood next to the road, trying to flag other cars.

20. The other driver was able to stop an Israeli military vehicle that was carrying a fairly senior officer. While the officer also did not know much first aid, he had a first aid kit. The officer took out a tourniquet and bandages, and my father bandaged Yitzchak's wounds as well as he could.

21. The officer also radioed for help, using the communications system in the jeep.

22. My father and I returned to the car to treat Shalva. We performed CPR while waiting for the ambulance.

23. A number of ambulances and other Israeli emergency workers, including police and

military personnel, arrived. We stepped aside to allow the professionals to treat Yitzchak and Shalva.

24. Later, the emergency workers also treated my father and me. I had been shot in my left leg, and my father's back, head, and hands were full of wounds from fragments. We too were evacuated to the hospital.

25. To our great dismay, and despite our prayers for their recovery, both Yitzchak Weinstock and Shalva Ozanah died of their wounds. Our hearts are with their families.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

13.9.18  _____
Date         Emunah Shpatz