UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                    Plaintiffs,

vs.                                          Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                    Defendant.
_____/

### DECLARATION OF TAMARA KAY DOLGIN

I, Tamara Kay Dolgin, declare pursuant to 28 U.S.C. § 1746, as follows:

    1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

    2. I am a daughter-in-law of Rabbi Simon and Mrs. Shirley Dolgin, whose estates are plaintiffs in this action.

    3. I married into a dynamic, boisterous, warm and loving family of Americans, most living in Israel. Family gatherings were known for fun, great food and conversation that was lively, thoughtful and where each opinion expressed generated ten equally lively counter opinions. A young woman like me from Indiana had a lot to learn to keep up! And that wasn't lost on Yitzhak, young and sweet and lovingly sensitive to others.

    4. I have a clear recollection of Yitzhak as a 16-year old boy, strong and confident and often at the forefront of those family get togethers and "discussions" that left me feeling intimidated and completely out of the loop.

    5. After a particularly expressive loud exchange of ideas and thoughts at a family gathering (a typical "conversation" in our family), I found myself with Yitzhak in the aftermath of the noise and din of this family meal which left me feeling lost and confused - and looking like it. Yitzhak glanced at me (I was nearly 18 years older than him) and I could see that he felt all kinds of sorry for me, and his look told me that he understood it all.

    6. In earnestness, he asked me if I spoke French - in French. "Parlez vous Francais?" I said, "Yitzhak, do you speak French?!" His reply? "No, but I don't want you to feel alone. That's all the French I know. Don't feel bad. You're family. You'll get it."

    7. Sixteen years old. A young boy with his whole life in front of him, his brothers calling him to come play soccer, and he stayed behind with me to make sure I didn't feel alone. To

1

connect with me, his aunt by marriage, to let me know that he saw and understood my experience and that he was going to comfort me and make sure I didn't feel alone. He left behind a world of memories. This is mine.

8. Almost all of our family get togethers took place in my in-laws home in Jerusalem. My in-laws were Yitzhak's grandparents on his mothers' side. *Saba* and *Savta* (Grandpa and Grandma in Hebrew) lived in a big rambling beautiful home, American style, that they built when they moved to Israel in the early 70's. It was the only home for Saba and Savta the grandchildren knew.

9. Their home was the heart and hearth of the family. And for everyone in the family, in whatever stage of life and living their paths took them, Saba and Savta's house was home. The family grew and blossomed. Daughters spent early pregnancy days on the couch; grandchildren became engaged in their home. The cousins grew up together and spent many weekends staying over at Saba and Savta's just because their home was always fun. And it was from this home that Yitzhak left that fateful morning on his way to bid his friends a fond farewell after graduating from the post-high school program in Eli.

10. Saba and Savta's house was where Yitzhak wanted to be in the evening and night before he began the next chapter of his life. Because Saba and Savta, no matter what was going on in the country or whatever issues the family might be dealing with - they offered the constant of love and warmth and "it's all okay" from this family home.

11. My in-laws suffered the death of two daughters, one at the age of 14 from asthma and the other at age 36 from breast cancer. Despite these two heartbreaking tragedies, their presence for their other children, the spouses, and the grandchildren was loving and fun and protective and all giving. They did not show their grief although I know it was with them every minute of every day.

12. Yitzhak's murder changed that in a second. The home we all knew and loved, as a safe haven of sorts, became a home of sorrow and tears.

13. Yitzhak was such a good kid - mischievous and challenging, loving and daring and more than once, scared his parents and grandparents to the core with his rappeling and hiking mountains one day, camping out in the desert the next - and these were the days of no cell phones and no way to let everyone at home know that the adventuresome one was leaving the mountains for the desert for how many days? Not really sure. He'd walk in the door with a great big smile and full of stories - and that was when we knew he was okay. Not this day, not this time.

14. Yitzhak's murder - the MURDER of their grandson, broke my in laws, his Grandpa and Grandma, his Saba and Savta. Yitzhak's absence was palpable the minute we walked in the house. His grandparents had been dealt a blow, after the deaths of two of their own children and later in their lives when they were older and of course grieving still for their losses, from which they could not recover. We saw it in their faces and we heard the undeniable voice of unspeakable grief even in their loving and encouraging words to the grandchildren. My in-laws

were never the same.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/2/18    *Tamara Kay Dolgin* (signature)
Date        Tamara Kay Dolgin