UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                    Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## DECLARATION OF SARALEE GLASSER, M.A.

I, Saralee Glasser, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am a United States citizen and I currently live and work in Israel.

3. I am the sister of Plaintiff Sharon Weinstock and the daughter of Rabbi Simon and Shirley Dolgin, whose estates are plaintiffs in this action.[1]

4. My parents, Simon and Shirley Dolgin, endured a triple personal catastrophe, having suffered through the untimely deaths of two daughters and then their grandson, Yitzchak Weinstock.

5. My parents lost two daughters: one, Gaola, at the age of barely 14 after years of sickness, hospitals, special care homes; the other, Marcia, at the age of 35 after a 6-year battle with

---

[1] I am one of the heirs named in the wills of my late parents, Rabbi Simon A. ("Abraham Isaiah") Dolgin and the late Mrs. Shirely G. ("Shulamit") Dolgin. I hereby confirm, pursuant to Section 122 of Israel's Inheritance Law, 5725-1965, that my sister, Sharon ("Sharonbeth") Weinstock, was and is authorized by me to file and prosecute both the above-captioned civil action, and the matter of *Weinstock et al. v. Islamic Republic of Iran*, et al., 17-cv-23272 (S.D.Fla.), on behalf of the estates of my aforementioned late parents, and was and is authorized by me to take on behalf of the estates any and all actions and decisions she sees fit in her absolute discretion, in respect to both civil actions and to any further legal proceedings arising therefrom.

cancer, leaving a husband and three young children.

6. That would be enough to break any family, but our parents carried their pain within, and continued to lead active and fruitful lives.

7. They raised their family, cared for Marcia's children, and were good supportive parents and grandparents to their children and grandchildren.

8. They were strong individuals and a strong couple.

9. Our mother lived alongside her tragedies day-by-day. In privacy she'd look at old movies and photos of her lost daughters.

10. Our father fought his pain by keeping active and involved in the communities which he built as rabbi and educator. When he became ill with Parkinson's disease, he was stoic, but allowed his feelings—and tears—to show themselves more.

11. And then came the "straw-that-broke-the camel's back"—the horrible, tragic, cruel murder of their beloved grandson, Yitzchak.

12. Yitzchak was so close to them. He visited them often, especially when travelling to and from his yeshiva in Eli, over an hour away.

13. He often slept over at their home in Jerusalem, and actually he slept over at their home the night before he was killed. It was from their home that he left in the morning on his last journey; but only after receiving from his grandparents a special gift—an electric shaver and some extra cash.

14. Only an hour after he left their home that morning he was shot. And we were so afraid to tell our parents! We were afraid that they couldn't withstand another loss such as this.

15. And, for our parents, this loss was *more* than losing a child—it was watching their own child, Sharon, lose *her* child, and not being able to comfort her or themselves. Only they

knew Sharon's pain because they had been through it. This was their final defeat.

16. It was like seeing the last gasp of air finally come out of a balloon.

17. The doctors fought for 19 hours for Yitzchak's life, and as family and friends gathered at the hospital, we finally decided to go and get our mother to bring her to share these hours, and to try to support her as well.

18. We didn't know if this was the right thing to do, but it seemed unavoidable.

19. We hadn't told our father yet, as we hoped that maybe Yitzchak's situation would improve and it would not be necessary, for we feared that our father wouldn't recover from such news. We waited as long as we could, but it was inevitable that we would have to tell him. By early the next morning, Yitzchak had died and we had to go home and tell our father.

20. I don't recall exactly what words I used when I told my father of Yitzchak's death. But, I have the visual memory of approaching him where he was still lying on his right side in bed, and somehow informing him. Tears come to my eyes as I recall the vision, my pain at having to tell him, and visualizing his eyes widening in shock and his pained expression, saying something like "Oh my G-d, NO!" and then my mother coming into the room and us all of us just so speechless and unbelieving, trying to absorb the horrible news. It was the most heartbreaking moment, and we felt the last of my father's strength oozing out.

21. Life continued, as it does, but the extent of our parents' pain could not be soothed. This was just too much.

22. Following Yitzchak's death, Father's condition worsened. And as stress is known to cause Parkinson's symptoms to worsen, his decline continued, until he passed away in 2004. Mother bore her pain, but the spirit was conquered. She lost interest in activities that she

3

would have previously appreciated, she became less involved in others' problems, and she merely 'tolerated' life until her death in 2006.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Sept 16 2018         *Saralee Glasser*
Date         Saralee Glasser, M.A.