UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                     Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## DECLARATION OF BARUCH LUWISCH

I, Baruch Luwisch, declare pursuant to 28 U.S.C. § 1746, as follows:

I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

I am an Israeli citizen.

I am a rabbi engaged primarily in teaching Judaic studies. I was one of the principal teachers of Yitzchak Weinstock when he was a student at the post-high school *yeshiva* (religious academy), Bnei David, during the one and a half years prior to Yitzchak's murder.

As a student, Yitzchak was interested in finding truth. He took nothing for granted and asked penetrating questions designed to clarify whatever subject we were studying; Yitzchak demanded precise and clear answers, seeking to distinguish between hypocrisy and truth. He was a leader and a trail-blazer among the student body.

Yitzchak was charismatic and full of life. He loved hiking. He had no fear. Every cliff and every river was a new challenge for him. He took and passed courses in rappelling, scuba diving, and hang gliding. Yitzchak was an outstanding athlete who particularly excelled in basketball.

On a personal level, Yitzchak was giving and kind, in every sense of the word. His fine character

1

earned him many friends. Yitzchak was a natural leader, with an in-born ability to connect with friends and faculty.

Yitzchak often volunteered for all kinds of tasks. I specifically remember, among other things, that Yitzchak volunteered to help farmers with their agricultural work. He was also a volunteer member of a search and rescue team that his father established to rescue hikers who often lose their way on treks in the Judean Desert. He also volunteered in more modest ways. When my wife and I decided to move our family to a different town, Yitzchak was disappointed that I would no longer teach at Bnei David. Nonetheless, he voluntarily upgraded the electrical infrastructure in our new house, demonstrating his generosity as well as his expertise and initiative.

With his superior intelligence, charisma, leadership skills, kindness, generosity, confidence, and many talents, I and my colleagues on the staff of the Bnei David Yeshiva saw an extremely promising future for Yitzchak.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16/9/18
Date       Baruch Luwisch

9/16/18