UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

              Plaintiffs,

vs.                                 Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

              Defendant.

_____/

## DECLARATION OF TZIRL HOROWITZ

I, Tzirl Horowitz, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am a United States citizen and I currently live in Israel.

3. From approximately 1955 and until their deaths, I was a close family friend of Rabbi Simon Dolgin and Mrs. Shirley Dolgin, the maternal grandparents of Yitzchak Weinstock.

4. My family moved to the Dolgin's neighborhood in Los Angeles, California when I was 10 years old. I became close friends with three of their daughters, including the plaintiff, Sharonbeth Weinstock. The Dolgin daughters and I were close in age and we formed intimate friendships, that have lasted our entire lifetimes. We are like siblings.

5. Rabbi Dolgin was my family's Rabbi, and we turned to him for spiritual guidance on a regular basis. Rabbi Dolgin prepared me for my bat mitzva, when I turned 12 years old. He was the founder of an after-school religious studies program that I attended throughout high school. And for the entire time I lived in Los Angeles, I participated in Saturday morning services and other regular programs and activities at his synagogue.

1

6. As children, my sister and I would often sleep over at the Dogins' house and the Dolgin girls would often sleep at our house. Mrs. Dolgin was always very warm and giving to us. I saw Mrs. Dolgin as both a model mother and community leader. My admiration for her grew over the decades.

7. In the early 1960s I enrolled in a nursing school located in Jerusalem, Israel. And when Rabbi and Mrs. Dolgin came to Israel they went out of their way to look after my wellbeing, visit me, and pamper me as if I were their own daughter.

8. When I became an adult, and especially after my own mother died, my relationship with Mrs. Dolgin grew stronger. I no longer saw her as my friends' mother; she was my friend, independently of my relationship with her daughters.

9. Throughout my relationship with Mrs. Dolgin, I was always amazed at her quiet, unassuming acts of kindness and generosity, giving her time, energy, and money to others who had any emotional or financial need.

10. Following the terrorist attack in which Yitzchak Weinstock was shot, many friends and relatives of the Weinstock and Dolgin families gathered at the hospital where Yitzchak was undergoing surgery. I was among those who came to support the Weinstocks and Dolgins and to pray with them for Yitzchak's recovery.

11. As the surgery continued late into the night, Mrs. Dolgin grew tired and at approximately 1:00 am, she fell asleep while awaiting news from Yitzchak's doctors.

12. When the doctors emerged from the operating room with the terrible news of Yitzchak's death, someone gently woke Mrs. Dolgin. When someone told her what had happened, Mrs. Dolgin screamed in horror, "What have I done?!" She was talking to G-d, and blaming herself for her grandson's death. Seeing her in those moments was one of the most heartbreaking

2

experiences of my life.

13. Both Rabbi and Mrs. Dolgin had lived through other personal tragedies including the untimely deaths of two of their daughters, one when she was a child and a second, as a young adult. But the violent and sudden murder of their grandson was a horror from which neither of the Dolgins would ever recover.

14. They were both emotionally destroyed by Yitzchak's death.

15. Yitzchak had been the apple of their eye.

16. As a friend, I clearly saw that after Yitzchak's murder, the "fire" went out of Shirley Dolgin.

17. Rabbi Dolgin's health declined sharply after Yitzchak's death. He had previously been diagnosed with Parkinson's disease, but to my knowledge, it was pretty much under control. Yitzchak's death triggered a sharp decline. His health deteriorated rapidly until he could not function and was totally dependent upon others. This severe debilitation and resultant reliance upon others must have been particularly painful for a man who had dedicated his life to giving to others.

18. Yitzchak had developed a particularly close relationship with his maternal grandparents. He admired and adored his grandfather as a prominent scholar and community leader. The Dolgins saw similar qualities in Yitzchak. And Yitzchak spent time with the Dolgins whenever he could. In fact, he visited with them and stayed at their home the night before he was murdered.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_Sep. 3/18_  _Tziri Horowitz_ (signature)
Date         Tziri Horowitz

3