UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                      Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## DECLARATION OF ISRAEL HAREL

I, Israel Harel, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am an Israeli citizen. I was born in Romania, and moved to Israel with my family in 1948, when I was ten years old.

3. I first met Rabbi Simon (Abraham) Dolgin and his wife, Shirley, in the Autumn of 1963, when a Jewish youth organization, called Bnei Akiva, brought me to Los Angeles to teach Hebrew language and Jewish History.

4. At the time, Rabbi Dolgin was the Rabbi of Congregation Beth Jacob, a large and established Los Angeles synagogue. Rabbi Dolgin reached out to me in an effort to acclimate me with the community and to familiarize me with the youths I had come to teach.

5. I saw Rabbi Dolgin as a strong personality, and a charismatic leader.

6. As we became close friends, I never saw him display his emotions outwardly – even when tragedy struck, such as when their daughter Gaola died of a breathing illness when she was still a child, and when another daughter, Marcia, died as a young adult following a battle

1

with cancer.

7. My friendship with the Dolgins continued after I returned to Israel from Los Angeles in 1966. And with Rabbi Dolgin's every visit to Israel, we would meet and engage in long conversations.

8. Rabbi Dolgin moved to Israel with his family in 1971 and settled in Jerusalem. The friendship between us deepened. We would regularly meet to discuss everything from the most lofty matters to the difficulties of his acclimation in Israel.

9. My esteem for him rose due to his persistence and self-control, and I realized that Rabbi Dolgin should assume an active role in public Israeli life. I recommended Rabbi Dolgin to a number of influential leaders, who were amazed by his personality. And these leaders soon had Rabbi Dolgin appointed the Director General of the Ministry of Religious Affairs.

10. Rabbi Dolgin, as well as Mrs. Dolgin (whose wisdom and sensitivity I had also come to admire), were both very proud of their children and grandchildren. They often showed me pictures and shared with me stories about their family.

11. Rabbi and Mrs. Dolgin were particularly connected to their grandson, Yitzchak Weinstock, who frequently visited them, and always showed them respect.

12. On several occasions, when I visited the Dolgins, I found their grandson, Yitzchak studying the Talmud or Hebrew Bible with his grandfather. Rabbi Dolgin's eyes shone with pride when his grandson displayed his breadth of knowledge or a deep understanding of a particular matter.

13. During these visits, I came to know and to appreciate Yitzchak. And through Yitzchak, I also befriended Yitzchak's father, Dov Weinstock.

14. As soon as I heard on the radio about the terrorist attack in which Yitzchak Weinstock

2

was murdered, I rushed to the Dolgins' house in Jerusalem. This was the first time I had ever seen Rabbi Dolgin cry. He hugged me like he had never hugged me before. Rabbi Dolgin could not stop telling those gathered in his home about his wise, unique and beloved grandson.

15. Mrs. Dolgin, like her husband, was heart-broken.

16. I continued to visit the Dolgin home, and it became clear to me that the tragedy put them both into shock that they could not overcome.

17. Rabbi Dolgin could no longer function as before and appeared to have weakened. This once-powerful man, who until the tragedy had maintained a clear mind and a solid physique, began to allow himself to deteriorate. At once he looked like an old man. He lost what was until now the unflagging drive that had always characterized him. He lost his drive for life.

18. I can testify with absolute certainty that in the aftermath of the abominable murder of their beloved grandson, Rabbi and Mrs. Doglin each began an emotional and physical decline, which seriously impacted their lives and caused them to die broken hearted.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

09/03/2018
Date

Israel Harel