UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                       Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

## DECLARATION OF JONATHAN DAVID BACHRACH, ESQ.

I, Jonathan David Bachrach, Esq., declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old and I make this declaration based on personal, first-hand knowledge of the events and facts described.

2. I am a United States citizen and I currently live and work in New York.

3. I have been a close family friend of the Dolgin family since the early 1950's.

4. My father studied in the Skokie *Yeshiva* (Jewish religious seminary) in Chicago with Rabbi Simon Dolgin. The two were very close friends. In fact, my father was with Rabbi Dolgin on the night he met his future wife, Shirley Dolgin.

5. After World War II, both our families moved to Los Angeles, where Rabbi Dolgin established a synagogue and my family became members.

6. The Dolgins and the Bachrachs were as close as two families could be. I was good friends with all the Dolgin children. The eldest, Sarahlee, and I sat together every day at lunch at Fairfax High in L.A. Gaola, who was just a few days older than me, attended a special school for asthmatic kids in Denver. Nonetheless, we were partners in pranks when she would come home for holidays. Marcia, the youngest daughter, looked up to me as an

older brother. I was at the *bris* (circumcision ceremony) of Michael Dolgin, and we have been friends until today.

7. Plaintiff Sharonbeth Weinstock (née Dolgin) and I have been life-long friends, like siblings, through the years, first in Los Angeles, and then in Israel. Her late husband, Dov - nicknamed "Dubek" - used to take my wife and me jeeping around the Israeli countryside.

8. My children in Israel and Sharonbeth's son Moshe Weinstock and family are also very close - the third generation of friends-like-family.

9. Rabbi and Mrs. Dolgin were a profound influence on my life. The Rabbi always called on me to develop my spiritual side. After my mother passed away when I was sixteen, Mrs. Dolgin was like a second mother to me, giving me plenty of love and a stern doses of discipline when needed. I frequented her home on Weatherly Drive in Los Angeles.

10. I was there in 1962 when Gaola passed away at age 14 as a result of her severe asthma. I recall her funeral where her father, Rabbi Dolgin eulogized Gaola:

> How can it be that such a wonderful young lady would pass away at such tender years? Perhaps we can say that The Good Lord wanted Gaola, a saintly child, to join the hosts of angels singing in his heavenly choir.

"Gaylie," as she was called, was mourned by her parents all their lifetimes.

11. Marcia was a gentle and sweet, idealistic and selfless young woman, worrying more about others than about herself. Marcia married and raised her three children until she ultimately lost her battle with cancer at age 36.

12. Marcia's passing was slow, painful, and heartbreaking for Rabbi and Mrs. Dolgin. But they persevered.

13. The murder of their grandson, Yitzchak Weinstock, however, devastated his grandparents, Rabbi and Mrs. Dolgin. It was more than they could take. Although the Dolgins had already twice suffered the cruelest blow one can experience in life - the death of

a child, when the terrorists murdered Yitzchak, Rabbi and Mrs. Dolgin drank their worst, most bitter cup - the death of a child's child! Heaven forbid.

14. I recall one night in Israel some two years after the murder, I was driving Mrs. Dolgin to her home in the Ramat Eshkol neighborhood of Jerusalem. Along the way, we were reminiscing about the old days - remembering her daughters, Gaola and Marcia. I used to take Marcia and Michael ("Mashe") for trips to the San Gabriel Mountains outside L.A. to play and go sledding in the snow.

15. As Mrs. Dolgin and I we were chatting in the car that night, I asked her how she viewed her life, overall. "*Baruch Hashem*" [which roughly translates as, "thank G-d"] she said, "My husband and I accomplished a lot during our lifetime. But along the way we had to suffer our share of bitter sadness, too."

16. Mrs. Dolgin continued:

> Even now, I cannot get over the pain and sorrow that struck me when Sharonbeth came to tell me her son had been murdered by terrorists. Sharonbeth put her head on my shoulder and sobbed "Mommy, I cannot survive this! Tell me Mommy! Tell me how you survived Gaola's death! What did you do when Marcia died? How did you keep on living? Tell me now! Otherwise, I cannot go on!"

We drove on in silence after than for quite a while, both of us weeping quietly.

17. Yitzchak Weinstock was one of the dearest apples of Rabbi and Mrs. Dolgin's eye. A strong, determined young man, and an outstanding student. He seemed destined to contribute to his community like his parents and grandparents.

18. The Dolgins thought of Yitzchak as their best expression of everything to which they had dedicated their lives. They spoke of Yitzchak as if he were a young King David, bearing hope and promise.

19. The name Yitzchak is the original Hebrew for "Isaac." The root of the Hebrew name means "Laughter." At some point before Yitzchak's murder, Mrs. Dolgin told me that she

pinned all the hope of her final years on what she dreamed would be Yitzchak's future. "Jon David", she said to me, "I think Yitzhak is destined to make us all laugh at the troubles we have suffered in this world so far and we will go smiling into the future."

20. But after the terrorists cruelly slew our Yitzchak, I never saw Rabbi or Mrs. Dolgin smile again. I never again heard Sharonbeth, my lifetime friend, laugh. The light in their world was prematurely extinguished.

21. There can be no greater pain.

I declare under penalty of perjury that the foregoing is true and correct.

9-2-18
Date

Jonathan David Bachrach