SHARON WEINSTOCK, et al.,

           Plaintiffs,

vs.                                              Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

           Defendant.

_____/

## DECLARATION OF GAYLEE SCHIF

I, Gaylee Schif (née Slomiansky), declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am over twenty-one years old.

2. I am one of the heirs named in the wills of my late grandparents, Rabbi Simon A. ("Abraham Isaiah") Dolgin and the late Mrs. Shirely G. ("Shulamit") Dolgin.

3. I hereby confirm, pursuant to Section 122 of Israel's Inheritance Law, 5725-1965, that my aunt Sharon ("Sharonbeth") Weinstock was and is authorized by me to file and prosecute both the above-captioned civil action, and the matter of *Weinstock et al. v. Islamic Republic of Iran, et al.*, 17-cv-23272 (S.D.Fla.), on behalf of the estates of my aforementioned late grandparents, and was and is authorized by me to take on behalf of the estates any and all actions and decisions she sees fit in her absolute discretion, in respect to both civil actions and to any further legal proceedings arising therefrom.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

3/9/18            *Gaylee Schif*
Date             Gaylee Schif (née Slomiansky)