UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                 Plaintiffs,

vs.                                          Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                 Defendant.

_____/

**DECLARATION OF MIRIAM WEINSTOCK**

I, Miriam Weinstock, declare pursuant to 28 U.S.C. § 1746, as follows:

1. My name is Miriam Weinstock and I am forty-six years old.

2. I am married to Moshe Weinstock, the eldest son of the Weinstock family.

3. I work as an educational advisor (MA) and treat children through animal-assisted therapy (also known as a zootherapist).

4. This year I will be completing my psychotherapy studies at the Center for Psychological Services at the Hebrew University of Jerusalem.

5. At the time of Yitzchak Weinstock's murder I was twenty-one years old (almost twenty-two).

6. In the years prior to the murder, I was already practically a member of the household in the Weinstock home. Moshe and I had already been in a serious relationship for about a year and a half and we had decided to get married (something that was postponed by several months as a result of the murder).

7. Below, I will describe my perspective on the impact of the murder on every one of the family members.

1

**Sharon**:

8. Sharon was completely shattered. To me, she was like a shadow. After the initial crisis she returned to work-I don't remember how soon afterwards-and it seemed as though she had no additional strength to invest in her family. Upon her return home, she could not muster the energy to function like she did before the disaster and she would lie in bed for hours.

9. Her dysfunction manifested itself in her lack of emotional availability for her younger three children-Geula Bracha ("Gili"), Aryeh and Mishael-who were at critical stages of their development. This, I think, strongly affected their developmental processes. I will elaborate on each child separately.

10. At our wedding, although Sharon was happy that I was joining the family, she hardly participated. She barely danced and much of the time we did not know where she was.

11. I think that ever since the murder, the threshold of anxiety and worry that Sharon reached has affected her entire life. In the past her children would travel, do many things, including daring things, and she was not afraid at all. Since the murder she has been very fearful of everything, her life is filled with fear and is completely impacted by it.

**Dov**:

12. It appeared to me that Dov never recovered from the murder. For a very long period of time after the tragedy, he would drive around all night in his jeep. For years he did not sleep at night, his heart problems worsened significantly and he was constantly tormented. He would come frequently to our (Moshe's and my) home, a few blocks from his home, sit on the sofa, and unburden himself to me for hours.

13. All this led to complications with his work, life and family.  There is no doubt that the ordeal had a great effect on the atmosphere at home. He spoke about it a lot and he was tense and

irritable. It seemed to have a great effect on his health, his availability for the kids-which almost completely disappeared-and his functioning at home in general.

**Moshe**:

14. Moshe was in the midst of military service at the time of the murder. He was given a week at home to observe the traditional Jewish seven-day mourning period, but when he returned to the army he felt crushed and could not function, and returned home immediately.

15. Moshe was very tense and irritable during that period. It's important to mention that Moshe never sought treatment for his grief and it is clear that he is unable to touch upon the subject. The murder and the pain come up often in his life, yet it is very difficult for him to talk about or engage in these subjects. I think he is living in denial of the ordeal.

16. Despite the fact that Moshe lectures in front of many people, it took him several years to speak at Yitzchak's memorial service, for he carried much pain and unresolved issues that he had had with Yitzchak, which weighed heavily upon him.

17. In many ways, Moshe took over the responsibility for helping his parents. For example, a year and half after the murder, when Aryeh was in the process of transferring schools (he was not doing well at his own) Moshe, and not his parents, traveled to northern Israel in order to persuade the principle of the school there to accept his brother. Later Moshe and I moved to his parents' neighborhood, in order to support them emotionally. In fact, we had planned to live in a different city entirely once we were married, and the decision to instead live and raise our own family a few blocks from Moshe's parents is a direct result of Yitzchak's murder.

18. At one point Dov, Moshe's father, explicitly asked Moshe (who was then in his 20s) to "take over" as father of the family, because he (Dov) had lost the emotional strength to fulfil this role due to Yitzchak's death. Moshe respectfully turned down this request, but as a practical

matter, throughout the years Moshe did actually serve as the father of the family. For example, for years the family joined us at our home for Sabbath and holiday meals (which in most families would typically take place mainly at the grandparents' home). And all his siblings saw Moshe as the address during their times of crisis and he spent days and nights helping them.

**Gili**:

19. It appears to me that Gili was immensely harmed by the tragedy.

20. Gili, who was at the beginning of high school at the time, was a student with special needs that were characterized by severe learning disabilities and mildly poor cognitive functioning.

21. However, as stated previously, there was great tension at home during these years, and the mother, Sharon, was not functioning properly. It was evident that the parents' unavailability, combined with the tremendous tension in the home, strongly affected Gili, who was highly sensitive.

22. After the murder, she developed emotional disorders, a tendency towards severe outbursts and extreme behavioral problems that continue to plague her to this day.

23. There is no doubt that had Gili continued to receive attention, motherhood and good parenting as she had received prior to the murder, had the tension in the home not escalated, she would have continued to develop in a positive direction and her condition would not have deteriorated as much.

**Aryeh**:

24. At the time of the murder, Aryeh was approaching the end of his elementary school years.

25. Aryeh, who was already dealing with academic difficulties, was greatly harmed by the

Yitzchak's murder. He actually completely stopped functioning in school. That same year I was doing my mandatory clinical internship at the school he attended and there was not a single time that I did not see him in the corridors instead of class. He would wander around outside with friends, some of whom had problematic behavior, and his parents were totally unaware of this. So when an unusual event occurred that required intervention, the neighbors turned to me and not to his parents since they too understood that at that time, the parents could not contain Aryeh—who needed a lot of help to begin with—and who, after the disaster, did not receive a fraction of what he needed.

26. Even after beginning high school, Aryeh could not concentrate and he dropped out after a year. Moshe, as the eldest brother, went to beg the principal of a different school in northern Israel to accept Aryeh, an action that underscores the parents' difficulty in functioning for years after the murder.

**Mishael**:

27. Mishael, who, at the time of the murder, was in kindergarten and then began elementary school, spent hours outside the house at friends and his parents were not emotionally available for him.

28. On top of this, Dov would bring him along on his nighttime wanderings through the mountains and desert in his jeep, so Mishael also did not sleep properly at night-something that, I think, worsened his condition.

29. He would often go to sleep late at night and this interfered with his academic functioning. Either he would go to school exhausted and fall sleep in class, or he would arrive very late.

30. He also began wetting the bed again and would sometimes wet himself during the day.

31. He was emotionally isolated in coping with the loss of his brother and also, in fact, with

5

the loss of his parents who, although physically present, struggled to function as parents. I do not doubt that the severe anxiety disorders that Mishael suffered from as an adult began in those years.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

15/9/18      *Mimi*
Date           Miriam Weinstock