UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                          Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

[Proposed]
**ORDER**

      For the reasons set forth in Plaintiffs' Motion to Seal and Incorporated Memorandum of Law, it is hereby

      **ORDERED**, that Plaintiffs' Motion is GRANTED. The Clerk of the Court is directed to seal docket entries 48-1, 48-6, 48-7, 48-8, and 48-9 and to substitute in their places the redacted copies that Plaintiffs filed with their October 10, 2018 Motion to Seal and Substitute Redacted Documents.

      **SO ORDERED**

Date:

                                                              /s/ Robert N. Scola
                                                              United States District Judge