UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARONBETH DOLGIN WEINSTOCK, et al.,

    Plaintiffs,

vs.    Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

    Defendant.

_____/

## DECLARATION OF SHARONBETH DOLGIN WEINSTOCK

I, Sharonbeth Dolgin Weinstock declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am a United States citizen; I was born in Los Angeles, California, on ▓▓▓▓, 1947. Attached as Exhibit A is my Birth Certificate.

2. I currently reside in Israel.

3. I am the mother of Yitzchak Weinstock, and co-administrator of the Estates of Yitzchak Weinstock and Dov Weinstock. Yitzchak Weinstock, and co-plaintiffs, Moshe Yaakov Weinstock, Geula Bracha Weinstock, Aryeh Tzvi Weinstock, and Chaim Mishael Weinstock are my children from Dov Weinstock, my deceased husband. Rabbi Simon A. Dolgin and Mrs. Shirley G. Dolgin were my parents and the grandparents of Yitzchak Weinstock. Attached as Compound Exhibit B are my parents' Reports of Death of an American Citizen Abroad. My daughter Geula Bracha Weinstock ("Geula" or "Gili") is not legally competent, and my son Moshe Yakov Weinstock and I were appointed as her joint legal guardians by the Jerusalem Family Court in Israel on February 20, 2009. Attached as Exhibits C and D, respectively, are Yitzchak's and Geula's Certificates of Birth Abroad.

4. My father, a prominent rabbi in Beverly Hills, moved to Israel in 1971 with my mother and two younger brothers (my other two sisters and I were already in Israel). Subsequently, my father was offered a position in the Ministry of Religious Affairs as well as a pulpit in Jerusalem.

5. I had come to Israel a year before my parents to study. Shortly after I arrived, I met Dov Weinstock, and we were married in 1971.

6. My husband, Dov, earned a good living installing and repairing heaters; I worked at a hospital in Jerusalem as an occupational therapist. Our first son, Moshe, was born in 1972; then came Yitzchak, in 1974.

1

7. Soon after our daughter Geula was born, in 1978, we realized she had developmental disabilities. I stopped working for a year in order to deal with all the doctors' appointments and tests that she had to undergo. Our sons Aryeh and Mishael were born in 1979 and 1988, respectively. During those years, I gradually developed in my profession and was hired by the Ministry of Education to work in special education. By the mid-1980s I was functioning in a leading role in a newly established school for special education and eventually rose to the position of vice-principal in another school for special education. It was very challenging and satisfying work.

8. The last night that Yitzchak slept in our home I remember watching him sleeping in his bed, and thinking back to when I would watch him as a baby, sleeping in his bassinet and reflecting on what a beautiful young man he had grown into. I remember thinking that to grow from a child to a man was something miraculous.

9. I was at work at my school in Jerusalem on the morning of December 1, 1993, when a social worker came to tell me that there had been a terrorist attack and that Yitzchak was hurt, however she didn't tell me the severity of his condition. She drove me to the hospital, where my husband and some friends were waiting. That's when they told me that Yitzchak was in critical condition.

10. I caught a glimpse of Yitzchak just for a moment as they were wheeling him into surgery. We prayed and anxiously waited for news about his condition. We knew he was fighting for his life. They told us he had a chance. We had hope. None of us believed he wouldn't make it.

11. The doctors fought to save Yitzchak for 18 hours. But there was too much bleeding; his injuries were too massive. We later saw his coat—he had left it in the back seat of the car in which he was traveling when he climbed down an embankment on the side of the road, in search of something with which to bind the car's broken exhaust pipe. His coat was full of bullet holes. The surgeon came out of the operating room at around 1:00 am and then approached, trying to break the news slowly because he knew that Dov had previously had a heart attack.

12. I went into the operating room, by myself, to say goodbye to Yitzchak. I kissed him again and again and told him how much I loved him. I felt like I was leaving part of my heart with him. Dov came in, but couldn't bring himself to come close. Yitzchak's face was whole, uninjured, and so beautiful. It was the worst moment of my life. I felt like I was giving up part of me. He will always be part of me.

13. Nobody in our family had the strength to speak at the funeral. There was a memorial ceremony thirty days later at which I spoke. I recalled how Yitzchak used to go out of his way to help his grandparents, what a devoted son and brother he was, how he and his older brother Moshe performed a play at Geula's bat mitzva, how he introduced Aryeh to computers and advised him about what school to choose. I told about a time when my youngest son, Mishael, suffered a burn and Yitzchak picked him up and sang to him to soothe him. I spoke about his many beautiful characteristics, and the many volunteer activities in which he took part to help others and how proud and thankful I was to have a son like him. Later on there were many

Scanned by CamScanner

stories told to us of which we had not been aware, that described what a special boy he was

14. We were told how he initiated a charity project at his post-high school yeshiva. We were told by a boy who was in his late teens when his family moved to our neighborhood that Yitzchak took him under his wing, invited him to activities, and made him feel wanted and part of the group. We were told about how when there was a basketball game in school, Yitzchak would pull in the kids who felt left out. The stories kept pouring in.

15. When Yitzchak was killed, my whole world crashed down around me. Suddenly it took all my energy just to get up in the morning, and there were many days when I could hardly even do that. I remember one morning soon after the funeral, I needed to pick out clothes for my youngest son Mishael, who was five and a half. It was an ordinary task, the kind of thing I had done every single day for so many years. But suddenly, it took all the energy I could possibly muster to do it.

16. For about the next two years, I was totally out of it. I could hardly work, and at the end of the first year I left my job. I functioned like a robot, just going through the motions, trying to take care of the most basic things necessary to keep our household running, but nothing more. It was as if I had been hit by a steamroller. My mother-in-law and daughter-in-law both told me that I was "frightful" to look at, and they were right.

17. As a mother, you get up in the morning and you think about what your children are doing, what they need, where they are. All of a sudden, I was overwhelmed by the realization that I no longer knew where one of my children was. I couldn't bear that feeling; it was too much for me to handle. I spoke to rabbis and counselors. I read books about death and mourning, and spent hours every day, going through all of Yitzchak's papers and our photographs of him.

18. Our oldest son, Moshe was out of the house, but the three younger children were still at home. I remember one morning when I had to get them off to school. I made their lunches and as soon as they left the house, I collapsed into bed. But Aryeh had forgotten something and when he came back home and saw me in bed, I was terribly embarrassed; I didn't want him to see me like that. A counselor had told to me that parents are like the walls of a home, and if the parents fall, the home falls apart. This thought stuck in my mind. My husband, Dov, was unable, because of the shock and impact of Yitzchak's death, to participate in the home life. So it was on my shoulders to somehow keep our home going. I understood that the other children had a right to their lives and I tried to give that to them, but it was just so hard to do the simplest things, like making dinner each night.

19. The experience of losing a loved one was not new to me. Prior to Yitzchak's death, two of my sisters whom I deeply loved had passed away from illnesses, many years apart. But someone passing away over time from an illness is very different from the shock and suddenness of a child being murdered in a terrorist attack. It also impacted me differently because it was something that was done by somebody else, on purpose. It was an act of such viciousness and cruelty; the violence and brutality of what they did had an impact that was totally different than any other. To this day, it's extremely difficult for me to face the fact that this is what happened to my son.

Scanned by CamScanner

20. I felt a desperate need to do something meaningful in Yitzchak's memory. For this purpose I learned embroidery, and I embroidered religious items for our synagogue including a beautiful curtain for the Holy Ark and similar items. Late at night, while Dov was out driving, I would quietly (in order not to awaken the children) listen to spiritual music and meaningful sermons in the search for some comfort while sitting on the couch crying and embroidering.

21. Eventually, financial necessity compelled me to go back to work. I wouldn't say I was genuinely ready; but there was just no other choice, as the income Dov was bringing in was not sufficient to support our family. It was a matter of either going under, or pulling forward; for the sake of the family, I had to pull forward.

22. I recall mornings when I went to the bus stop to go to work, and images of the attack on Yitzchak would flash in my mind. The sounds of the shooting all felt so real; I couldn't comprehend that this had happened to Yitzchak. I no longer felt confidence in life; it seemed that if such a horror could happen to Yitzchak, any such thing could happen, at any time, and someone else could be murdered.

23. My husband Dov was a naturally charismatic and eloquent person, and during the days after the attack, he gave interviews to the news media about what happened. But he was just putting up a brave front. Soon the impact of Yitzchak's death hit him like a ton of bricks. He couldn't sleep at night, and he started driving around, all night long. He told me he was searching for the killers, but it really seemed that he was just driving aimlessly, mostly out in the desert, just trying to escape everything. There, it was quiet, it was empty; that's really what he wanted and needed.

24. This went on for more than a year. Dov would come back in the early hours of the morning, completely exhausted. He gained a lot of weight, and began smoking heavily. I was very worried about his physical condition; he already had one heart attack when he was just 37, and I was afraid he would drive himself to harm.

25. Dov became withdrawn from the children. Physically and emotionally, he was, for the most part, an absentee father. He was constantly tense and of course the sleep deprivation made him even more likely to have an angry outburst. We went together to several therapists, but Dov wasn't focused, he was too preoccupied and unable to be receptive to their suggestions.

26. When our oldest son, Moshe, had his first child, naturally he wanted to name him after Yitzchak. All of our children are named after beloved people in our extended family who had passed away. But Dov was very fearful, and therefore adamantly against naming the baby after Yitzhak. This caused a conflict with Moshe and eventually we went to the Chief Rabbi of Israel to seek a solution and ask for a blessing for the baby. As the Rabbi advised, Moshe did name the baby Yitzchak, with an added middle name, which also addressed Dov's feelings. But it took Dov a very long time to accept the baby's name.

27. Yitzchak's death affected our children in different ways. Nobody knew how to cope, we never sat down as a family to discuss it, and in those days no real counseling system for families

Scanned by CamScanner

<pre>in such circumstances was suggested.</pre>

28. Our oldest son, Moshe, and Yitzchak were extremely close. They shared a room, borrowed each other's clothing, had many of the same friends. Yitzchak looked up to Moshe and tried to emulate him. Yitzchak's death was a terrible blow to Moshe, but he tried to carry on with his life, which was the right thing to do, for example by going ahead with his marriage which took place six months after the murder. A mother ordinarily is very involved with her children's wedding, especially the first one, but I was unable to participate in the planning. It took all my energy just to attend the wedding. I remember it as a very trying experience, attempting to be happy for one son while in such deep grief over another.

29. Because of her disabilities, our daughter Geula does not express herself in the same ways as do other children. But the impact of Yitzchak's death on her was very obvious. After he was killed, she began having terrible behavioral problems that she never had before — outbursts, rigidity, obsessive behavior, throwing things. Before the attack, she had developmental problems and was slower in learning than the other children, but she got along well with others and was cooperative in school. After the attack, she completely changed; now the learning problems were compounded by serious emotional problems.

30. Geula refused to continue attending her special-needs class within the regular school in our area, where she had been progressing very nicely. It was extremely difficult to find another school that was appropriate for her, and ultimately we had to send her to a school in another city that worked with children with more severe disabilities. The distance created an entirely new and additional layer of complications in our lives.

31. Over the years, Geula attended a number of schools and residential programs. More recently, Geula lived for several years in a residential community for special-needs young adults. But eventually she began having problems there as well, and more recently she has been living at home again. She has experienced deep depression, and sleeps for long periods. Her reactions and difficulty in coping with difficult situations seem to trace back to the loss of Yitzchak. In fact, not long ago she began urging us to adopt a close boy friend of hers from that community and when I asked her why, she said, "I miss my brother."

32. When Geula hears or sees things that remind her of Yitzchak, it triggers emotional reactions. It can be something as small as a sweatshirt that reminds her of one that Yitzchak sometimes wore. A friend once mentioned that Yitzchak liked a certain popular song, and since then whenever she hears that song, she reacts very emotionally and sometimes starts crying. Every year on Memorial Day, the names of all those who have been killed in wars or terrorist attacks in Israel are shown on the television. Gili will often sit the entire day, sometimes for seven or eight hours straight and watch while Yitzchak's name will appear momentarily on the screen.

33. I didn't know at the time, but I learned much later, that our son Aryeh began having a lot of trouble in school right after the attack. He was in 8th grade. I was so depressed and out-of-it that I was not aware of his troubles. He was failing in his studies and started hanging around with some students who were behaving destructively, which in Aryeh's case, may likely have been a

<pre>5</pre>

<pre>Scanned by CamScanner</pre>

way of acting out his anger over Yitzchak's death. I wish I had been able to help him.

34. Aryeh had a mild asthma condition in the years prior to Yitzchak's death. After the attack, his condition worsened noticeably. During the following year Aryeh's doctor advised him to leave the Ohr Etzion school he was attending because she felt the whole environment was putting tremendous stress on Aryeh. She was referring to the fact that the school Aryeh was in was the one Yitzchak had attended. And Aryeh's whole identity in school was attached to Yitzchak—he was known as "Yitzchak's brother." He would be introduced to teachers who had been "Yitzchak's teachers," and so on. That was terrible for Aryeh.

35. Aryeh's wedding, like Moshe's, should have been a joyous celebration for me, but once again for me it was very sad. Yitzchak's death, then compounded by the passing of my husband Dov, made it impossible for me to enjoy the occasion. This was true for Mishael's wedding as well.

36. Yitzchak's death and its aftermath had a very traumatic affect on our son Mishael, who was then five and a half years old. Suddenly his whole family changed. His parents were depressed. His older brother was gone. Everything around him was filled with sadness and difficulty. He was deprived of a normal childhood.

37. The changes in Dov very much affected Mishael. For example, Dov had become very adamant and temperamental, and prior to Mishael's bar mitzvah he got into an argument with some of the neighbors about a political issue; as a result, Dov refused to have Mishael's bar mitzvah (a very significant event in a Jewish boy's life) in the main synagogue in the community as his friends had. Instead, it took place in a room in the school building. Mishael later told me how distressing that was to him.

38. Yitzchak had been very close with my parents. He would go to their home in Jerusalem and help them with various things. We often spent holidays and vacations together with my parents. And, Yitzchak slept at their home the night before he was murdered. They took Yitzchak's death very hard. A close friend said that the first time he ever saw my father "broken" was after the loss of Yitzchak, and this despite having lost two of his own daughters at young ages. His decline into Parkinson's Disease began almost immediately after the attack. It had become so bad by the time of Moshe's wedding, six months later, that he was unable even to sign Moshe's wedding certificate, as had been planned.

39. My parents were in such tremendous pain after the attack that I found it impossible to speak with them about it. They had already endured the pain of losing both a 13 year-old daughter, many years before, and a thirty-five year old daughter – a mother of three young children. I remember once finding my mother sitting alone in a darkened room, watching old home movies of one of my late sisters. Talking about Yitzchak with them felt like a hot iron, something that you just can't touch.

40. To this day, I am constantly in fear of terrible things happening. If I have an argument with one of my children, I will call my sister and tell her, "If something happens to me, tell him I love him and I'm not angry with him." When my car was attacked by rock-throwers two years

Scanned by CamScanner

ago, it triggered a flood of fears and traumatic memories.

41. Yitzchak was a beautiful child with a promising future, a whole life ahead of him that could have been. He scored high on his skills tests, and we considered sending him to special electronics training program. I have no doubt that he would have gone on to make important contributions in fields like engineering or computer science.

42. A day never goes by without me thinking about him. His loss is always with me; it's a void that can never be filled. Every family occasion is haunted by the knowledge that Yitzchak should be there, but isn't. I have become close to his friends, because it's as if they are a little part of him. But when I see them walking with their own children, I think to myself, "That is how Yitzchak should be, walking with his children." Of course I'm happy for them, but for me, every day of my life is another day without Yitzchak.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Oct 3, 2018    *Sharonbeth Dolgin Weinstock*
Date                Sharonbeth Dolgin Weinstock

Scanned by CamScanner

# EXHIBIT A

Case 1:17-cv-23202-RNS   Document 48-6   Entered on FLSD Docket 10/09/2018   Page 9 of 16

DISTRICT NO. 1901   REGISTRAR'S NO. 26774

1. FULL NAME OF CHILD: SHARON BETH DOLGIN
   MAIDEN SURNAME OF MOTHER: GORODEISKY
2. PLACE OF BIRTH: (A) COUNTY: Los Angeles  (B) CITY OR TOWN: Los Angeles
   (C) NAME OF HOSPITAL OR INSTITUTION: Cedars of Lebanon Hospital
   (D) MOTHER'S STAY BEFORE DELIVERY: 18 hrs   IN THIS COMMUNITY: 4 yrs
3. USUAL RESIDENCE OF MOTHER: (B) STATE: California  (C) COUNTY: Los Angeles  (D) CITY OR TOWN: Los Angeles
   (A) LENGTH OF RESIDENCE IN CALIFORNIA: 4 YEARS
   (E) STREET AND NUMBER: 2007 Harcourt Ave.
4. SEX: Female
5. TWIN OR TRIPLET: —
6. NUMBER OF MONTHS OF PREGNANCY: 9
7. DATE OF BIRTH: [redacted] 1947

FATHER OF CHILD
8. FULL NAME: SIMON ARTHUR DOLGIN
9. COLOR OR RACE: CAUCASIAN
10. AGE AT TIME OF THIS BIRTH: 32 YEARS
11. LENGTH OF RESIDENCE IN CALIFORNIA: 7 YEARS 6 MONTHS
12. BIRTHPLACE: Illinois
13. USUAL OCCUPATION: Rabbi
14. INDUSTRY OR BUSINESS: Beth Jacob Congregation

MOTHER OF CHILD
15. FULL MAIDEN NAME: SHIRLEY GORODEISKY
16. COLOR OR RACE: CAUCASIAN
17. AGE AT TIME OF THIS BIRTH: 25 YEARS
18. BIRTHPLACE: New York
19. USUAL OCCUPATION: Housewife
20. INDUSTRY OR BUSINESS: Home

21. CHILDREN BORN TO THIS MOTHER:
    (A) HOW MANY OTHER CHILDREN OF THIS MOTHER ARE NOW LIVING: 2
    (B) HOW MANY OTHER CHILDREN WERE BORN ALIVE BUT ARE NOW DEAD: 0
    (C) HOW MANY CHILDREN WERE BORN DEAD: 0
22. MOTHER'S MAILING ADDRESS FOR REGISTRATION NOTICE: 2007 Harcourt Ave., Los Angeles 16, California

23. I HEREBY CERTIFY, THAT I ATTENDED THE BIRTH OF THIS CHILD WHO WAS BORN ALIVE AT THE HOUR OF 8:14 PM ON THE DATE ABOVE STATED AND THAT THE INFORMATION GIVEN WAS FURNISHED BY Mrs. Shirley G. Dolgin RELATED TO THIS CHILD AS Mother
24. DATE RECEIVED BY LOCAL REGISTRAR: [redacted] 1947
25. REGISTRAR'S SIGNATURE: [signature]
26. GIVEN NAME ADDED: [signature]
    ATTENDANT'S OWN SIGNATURE: Harry [illegible] M.D.
    M.D., MIDWIFE OR OTHER: M.D.   DATE SIGNED: [redacted]
    ADDRESS: 1950 Wilshire Blvd.

27. (A) PREGNANCY, COMPLICATIONS OF: none
    (B) LABOR, COMPLICATIONS OF: none
    (C) WAS THERE AN OPERATION FOR DELIVERY? Yes   STATE ALL OPERATIONS: Episiotomy   INDUCED: No
    (D) WAS A PROPHYLACTIC DRUG USED IN THE BABY'S EYES? No   IF YES, STATE DRUG: AgNO₃ 1%
    (E) DID THE BABY HAVE ANY CONGENITAL MALFORMATION? No   DESCRIBE: —
    BIRTH INJURY? No   DESCRIBE: —
    (F) WAS A SEROLOGICAL TEST MADE FOR SYPHILIS IN THIS MOTHER? Yes
    IF SO, AT WHAT PERIOD OF GESTATION? 3 Mo.
    IF NOT, WHY NOT? —

STATE OF CALIFORNIA
DEPARTMENT OF PUBLIC HEALTH
CERTIFICATE OF LIVE BIRTH
FEDERAL SECURITY AGENCY
U. S. Public Health Service

# EXHIBIT B



U.S. Department of State
## Report of Death of an American Citizen Abroad

U.S. Embassy, Tel Aviv, Israel 05/17/2007
(Post & date of issue)

SSA No. ▮▮▮▮5018

Name in full  Shirley Gorodeisky Dolgin AKA Shulamit Dolgin        Age  85

Date and Place of Birth  ▮▮ 1921   New York, United States of America

Evidence of U.S. Citizenship  Regular Passport #▮▮▮4894 issued on July 22, 2004 in Jerusalem

Address in U.S.A.

Permanent or Temporary Address  ▮▮▮▮▮, Jerusalem

Date of death   December   9                                         2006
                (Month)    (Day)   (Hour)      (Minute)              (Year)

Place of death   Meir Hospital              Kfar Saba        Israel
                 (Number and street) or (Hospital or hotel)  (City)  (Country)

Cause of death  Not stated in Israeli death certificate registered and issued by
                (Including authority for statement - if physician, include full name and official title, if any)
the Ministry of Interior, Jerusalem, 01/10/07, and on file with the Embassy.

Disposition of the remains  Buried in Har Hamenuchot cemetery, Jerusalem

Local law governing disinterment of remains provides   After one year may be disinterred in accordance with lcoal health regulations

Disposition of the effects  In possession of children, Michael Dolgin, Sarah Lee Glasser, Sharon Beth Weinstock, Jess Dolgin

Person or official responsible for custody of effects and accounting therefore
As above

Traveling/residing abroad with relatives or friends as follows:
    NAME                                ADDRESS

Informed by telegram or telephone
    NAME                                ADDRESS                     DATE NOTIFIED

Copy of this report sent to:
    NAME                                ADDRESS                     DATE SENT
    Michael Dolgin              ▮▮▮▮ Kochav Yair, Israel            05/16/2007

Notification or copy sent to Federal Agencies:  SSA x   VA __   CSC __   Other _____
                                                                         (State Agency)

The original copy of this document and information concerning the effects are being placed in the permanent files of the Department of State, Washington, D.C. 20520

Remarks:
U.S. passport cancelled and returned to Mr. Michael Dolgin
                                                                (Continue on reverse if necessary.)

[SEAL]                                        _Geoffrey J. Martineau_ (signature)
                                              (Signature on all copies)

                    Geoffrey J. Martineau         of the United States of America.
                         Consul

DS-2060           For Additional Certified Copies, see http://travel.state.gov/passport/consular_records.html
Formerly OF-180
12-2003

(Side margin: Dolgin (Last name) / Shirley AKA Shulamit (First name) / Gorodeisky (Middle name) / 09-Dec-2006 (Date of death))

OPTIONAL FORM 180
(Rev. 12-91)
(FORMERLY FS-192)
DEPT. OF STATE
50180-103

Case 1:17-cv-23202-RNS Document 49-3 Entered on FLSD Docket 10/10/2018 Page 12 of 16

# Report of Death of an American Citizen Abroad

Tel Aviv, Israel,   14-Sep-2004

(Post date of issue)

SSA No.   ████8992

Name in full  SIMON ARTHUR AKA AVRAHAM Y DOLGIN     Age  89 YEARS

Date and Place of Birth  ████ 1915  ILLINOIS USA

Evidence of U.S. Citizenship  PASSPORT  ███0381 ISSUED MARCH 30, 1994,

Address in U.S.A.  _____

Permanent or Temporary Address Abroad  ████  JERUSALEM, ISRAEL 97703

Date of death  APRIL 19, 2004

Place of Death  SARAH HERZOG HOSPITAL, JERUSALEM
(Number and Street) or (Hospital or hotel)

Cause of death  NOT STATED IN ISRAELI DEATH CERTIFICATE
(Including authority for statement - if physician, include full name and official title, if any)

REGISTERED AND ISSUED BY THE MINISTRY OF INTERIOR, TEL AVIV, 06/16/04

Disposition of the remains  BURIED IN HAR HAMENUCHOT CEMETERY, JERUSALEM

Local law governing disinterment of remains provides that
AFTER ONE YEAR MAY BE DISINTERRED IN ACCORDANCE WITH LOCAL HEALTH REGULATIONS

Disposition of the effects  IN POSSESSION OF SPOUSE, MRS. SHIRLEY DOLGIN

Person or official responsible for custody of effects and accounting therefor  MRS. SHIRLEY DOLGIN

Traveling/residing abroad with relatives or friends as follows:

| NAME | ADDRESS |
|---|---|
| SHIRLEY DOLGIN | ████ JERUSALEM, ISRAEL 97703 |

Informed by telegram or telephone

| NAME | ADDRESS | DATE SENT |
|---|---|---|
| TAMARA K DOLGIN | ████ KOCHAV YAIR, ISRAEL | 13-SEP-2004 |

Copy of this report sent to:

| NAME | ADDRESS | DATE SENT |
|---|---|---|
| SHIRLEY DOLGIN | ████ JERUSALEM, ISRAEL 97703 | 14-SEP-2004 |

Notification or copy sent to Federal Agencies:  SSA  X   VA ___   CSC ___   Other _____
(State Agency)

The original copy of this document and information concerning the effects are being placed in the permanent files of the Department of State, Washington, D.C. 20520

Remarks:

(Signature on all copies)

[SEAL]

Lisa Bess Wishman
Vice Consul   of the United States of America.

Certified copies available from:   Correspondence Branch, Passport Services
Department of State, Washington, D.C. 20520. First Copy $20, additional copies $10.00.

# EXHIBIT C



DEPARTMENT OF STATE
FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad

of a Citizen of the United States of America

This is to certify that according to records on file in this Office

YITZCHAK WEINSTOCK

Sex _MALE_ was born at _JERUSALEM_

on _1974_

Report of birth recorded on _NOVEMBER 17, 1977_

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States of America at _JERUSALEM_

this _17TH_ day of _NOVEMBER_ 19_77_.

(SEAL)

WAYNE G. GRIFFITH
VICE CONSUL _of the United States of America_

WARNING: This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73

Scanned by CamScanner

# EXHIBIT D

# DEPARTMENT OF STATE
## FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad
## of a Citizen of the United States of America

This is to certify that according to records on file in this Office

**GEULA BRACHA WEINSTOCK**

Sex _FEMALE_ was born at _JERUSALEM_

on _1972_ Report of birth recorded on _APRIL 13, 1983_

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States of America at _JERUSALEM_

this _13TH_ day of _APRIL_ 19_83_

(SEAL)

HOWARD C. KAVALER

CONSUL of the United States of America

WARNING: This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73

Scanned by CamScanner