UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

        Plaintiffs,

vs.                                      Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

        Defendant.

**DECLARATION OF MOSHE YAAKOV WEINSTOCK**

I, Moshe Yaakov Weinstock declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am and was born a United States citizen; I was born in Jerusalem, Israel, on ▮▮▮ ▮▮▮ 1972, and my mother is a United States citizen. Attached as Exhibit A is a true copy of my U.S. birth certificate (Certificate of Birth Abroad).

2. I hold a PhD in Jewish philosophy from the Hebrew University in Jerusalem. Until August 16, 2018, I worked as the Head of Pedagogical Affairs in the Israeli Ministry of Education. In that role, I led the office that is responsible for formulating and implementing policy regarding compulsory education throughout the public-school system in Israel.

3. I left the Ministry of Education with one year of paid leave (designed to prevent conflicts of interest for those leaving senior government positions). I am using that year for further study, to publish a number of articles, and possibly to complete a book.

4. Of my four siblings, my late brother Yitzhak was the closest in age to me—just a year and a half younger. As a result, we naturally spent a lot of time together. Until I turned 14 and started attending boarding school, Yitzchak and I walked to school together every day, played together during recess, and had many of the same friends. We slept in the same room. We were always together; it was like being twins. It's hard for me to remember any time without him.

5. As teenagers, Yitzhak and I participated in wilderness activities that brought us even closer together. We often took long hikes with friends and schoolmates. During vacation breaks from school, our father would take us camping. We had many heart-to-heart talks and came to rely on each other.

6. I was the leader of a local youth group for religious kids called "Bnei Akiva," and he was one of the kids under my leadership. This organization became a major part of our lives, with meetings twice each week, several overnight hikes lasting a number of days and other trips throughout the year. I was Yitzhak's big brother, and he looked up to me; but I was also the youth group leader and didn't want to be perceived as favoring him. This resulted in a few instances in which I was stricter with him than I should have been. Later, I regretted it, but my regrets were too late. That became something which I have carried with me every day since his death.

7. During our late-teenage years, Yitzchak and I both dormed at school or were otherwise away from home much of the time. We were able to see each other when our schedules coincided so that we were both able to be at our parent's home for a Sabbath/weekend or during the holiday vacations. We took advantage of those opportunities to spend time together and he often asked me for brotherly advice. I was pleased to see what a mature and impressive person he was growing into and hoped I had been a good influence on him.

8. One weekend I was planning to come to my parents' home with my future wife, Miriam. By chance, her ex-boyfriend, who was friends with our family, was visiting our parents' home that day. To prevent an uncomfortable scene when we arrived home, Yitzchak went out to the junction at the entrance to our town and waited in the cold for two hours to alert us to the ex-

boyfriend's presence. That was just one example of his sensitivity and character that I loved and admired so much.

9. In the autumn of 1993, Miriam and I decided to become engaged. We didn't announce the engagement right away. We picked Thursday, December 2, to make the announcement. As it turned out, Yitzchak would be murdered the day before.

10. On December 1, 1993 Yitzchak planned to return to his post-high school yeshiva to see his former teachers. That day, I was in southern Israel doing my mandatory army service, far from Jerusalem when I heard a news report that there had been a terrorist attack in the region where Yitzhak was traveling. Someone informed me that Yitzhak had been wounded. When I called my parents' home phone nobody answered — and there were no cell phones in those days — so I rushed to Jerusalem, first to one hospital, then to another, before I found them. We were all very shocked and frightened.

11. All night long, we cried and prayed as Yitzhak fought for his life on the operating table. We clung to our slim hopes. But in the morning, they told us he had died. The memories of the hospital, the funeral, the horrible pictures in the newspapers of the scene of the attack, all kind of jumbled together. I was in shock and didn't know how to process my grief.

12. I thought that the way to deal with it was to throw myself back into activities in the army. But the minute I returned I couldn't handle it. I turned around and went home. I stayed home for several weeks, overwhelmed by confusion and anxiety. When I finally went back, I still wasn't ready for it, but I didn't know what else to do with myself. My friends became a de-facto support system, practically holding me together. They could see I was still in deep shock.

13. For many months after the attack, I was constantly anxious and tense. Miriam and I were trying to prepare for the wedding, but it was extremely difficult because I found myself becoming angry very easily and getting into arguments with my father and others. Miriam later told me that a whole period was like a nightmare for her.

14. We were married in June 1994, six months after the attack. My parents wanted us to delay the wedding because of Yitzhak's death, but Miriam and I had been waiting for such a long time, so we decided to go ahead with it. My parents insisted that we have as few guests as possible. They were so shattered by the loss of Yitzhak that they could not bring themselves to participate as if it were a normal wedding. We have many friends and relatives, but my parents invited only very few friends.

15. At the wedding itself, my mother did not want to join in any of the dancing. Miriam had to take her by the hands to get her to dance at all, even briefly. For most of the wedding, I didn't see my mother at all; she seemed to have secluded herself somewhere.

16. Soon after the attack, my brother Aryeh, who was then 14, began to have severe problems in school. He fell far behind in his studies. Aryeh wanted very much to attend Ohr Etzion High School, the same high school that Yitzchak had attended. Despite his decline in academic achievement following Yitzchak's murder, Aryeh was admitted to the Ohr Etzion high school.

17. However, Aryeh struggled in school and left Ohr Etzion after only one year. With our parents not really functioning as parents due to their grief, Aryeh was not enrolled in any school. I had to step up and act in their place. Ultimately, I drove to the town of Hispin, in the far north of the country, and convinced the principal to admit Aryeh as an act of charity.

18. These efforts to assist Aryeh normally would have been done by my father, but Yitzchak's death left him so devastated and dysfunctional, that I had to step in as a kind of surrogate father. This was extremely difficult for me because I myself was still very young – in my early 20s – and recently married. Additionally, Miriam and I were getting ready to have our own children. We were not prepared to assume a parental role for my younger siblings.

19. It was obvious that Aryeh was deeply haunted by Yitzchak's death. As soon as he finished his mandatory military service, Aryeh disappeared, traveling to various countries for long periods. We didn't see him for a very long time.

20. My sister Gili, who has learning disabilities and other special needs, had a very close relationship with me and Yitzchak when we were growing up. Yitzchak and I often played with her and babysat her. After Yitzchak's death, Gili began having frequent and very extreme emotional outbursts. She became irritable and nervous all the time. She was in a remedial program within a mainstream school, but she soon slipped down to lower educational levels. Finally, instead of being integrated into a regular school, Gili was forced to leave and go to an entirely special-needs school.

21. Our youngest brother, Chaim Mishael (whom we just call Mishael), was not-yet six years old at the time of the attack. I was getting married and Aryeh away at boarding school. That left Mishael basically alone. Our parents became unresponsive, so Mishael withdrew and became very introverted. He also began wetting his bed regularly.

22. For many months after the attack, Mishael could not fall asleep at bedtime, so my father would have to take him out and drive around, sometimes for many hours. In elementary school, my mother was constantly writing notes saying he's too tired to go to school or to be on time. There was no real parental influence in the home; nobody to make sure he went to school or anything else. By eleventh grade, he dropped out of school entirely and went off to become a goat shepherd in the Judea mountains.

23. It was very sad to see my mother, who was such a strong and good parent, completely fall apart as a result of the attack. For at least a month after Yitzhak's death, she just stayed in bed and slept or cried all the time. When I began my university studies, I paid all the costs; my parents were completely unable to deal with day to day responsibilities. It was as if they were shell-shocked. Years later my mother asked me, "Hey, how did you pay for college?" She had been completely oblivious at the time.

24. Yitzhak's death caused my father to go completely off the rails. Somebody in the police or army gave him photos of the terrorists suspected in the attack, and he started driving into Arab villages late at night, saying he was looking for them. This was of course extremely dangerous. He knew there was almost no chance of ever finding the terrorists; later he acknowledged that he had a kind of death wish. With the loss of Yitzhak, he lost his own will to live.

25. For years after the attack, my father was unable to sleep at night. His employer was extremely kind and did not object when my father would show up at work at 11:00 am and leave in the afternoon. He was a brilliant man who had obtained patents for a number of inventions, and before the attack he had worked hard and managed our family's finances. But after Yitzhak's death, he was completely unable to hold a regular job or attend to any of the family's needs.

26. The situation was so bad that my grandmother pleaded with my wife and me to move to the community of Alon Shvut, where my parents lived, to help take care of them. We had not intended to reside there, but because of my parents' circumstances, we had little choice.

27. Once we moved in, my father started coming over to our house frequently, just to sit around and talk. He was unable to talk about Yitzhak for years after the murder. It was as if he was in a daze. My father had some heart problems even before Yitzhak's death, but they became much worse afterwards.

28. The loss of Yitzhak hangs over our entire family to this day and affects many things. I continue to think about him all the time. Miriam and I decided to name our first son Yitzhak. My father was very uncomfortable about that and for many months could not bring himself to say the baby's name.

29. Since Yitzchak's murder a terrible feeling of pessimism seems to dominate our lives. My mother, siblings, and I all see the world in very bleak terms. In any situation, I tend expect the worst outcome. I realize that even the next generation is affected by this. As one small example, our son Yitzhak, who is named after my brother, was terrified that something awful was destined to happen to him just as happened to my brother.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

9/17/2018   *Moshe Weinstock*

Date        Moshe Yaakov Weinstock

# EXHIBIT A

Case 1:17-cv-23202-RNS   Document 40-4   Entered on FLSD Docket 10/09/2018   Page 4 of 5



# DEPARTMENT OF STATE
## FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad

of a Citizen of the United States of America

This is to certify that according to records on file in this Office

MOSHE YAAKOV WEINSTOCK

Sex ____MALE____ was born at ____JERUSALEM____

on ████████ 1972  Report of birth recorded on ____NOVEMBER 17, 1977____

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States of America at ____JERUSALEM____

this ____17TH____ day of ____NOVEMBER____ 19__77__.

(SEAL)

WAYNE G. GRIFFITH
VICE CONSUL of the United States of America

WARNING: This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73

Scanned by CamScanner