UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                        Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## DECLARATION OF ARYEH TZVI WEINSTOCK

I, Aryeh Tzvi Weinstock declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am and was born a United States citizen; I was born in Jerusalem, Israel, on ▮▮▮▮ 1979, and my mother is a United States citizen. Attached as Exhibit A is an authentic copy of my U.S. Birth Certificate (Consular Report of Birth Abroad).

2. I currently reside in Alon Shvut, Israel. I own and operate a company that runs all terrain vehicle (ATV) and jeep tours throughout the area.

3. I was extremely close with my late brother, Yitzhak. I looked up to him as an older brother, learned from him, and even imitated his manners and preferences. To put it simply, I adored him.

4. With an American mother and Israeli father, we had mixed cultural influences in our house. Yitzhak tended to be more "American" than Israeli in his ways, and personality, and I followed him in that. His tastes in music and sports were very American. Sometimes I would stay up with Yitzhak and his friends until 4:00 am—because of the time difference—watching broadcasts of NBA basketball games from the United States.

5. Yitzchak was considerate, fun to be around, and had a great sense of humor. I learned how to play basketball by watching Yitzhak and then playing with him. I took a rappelling course in the summer between 7th and 8th grade because he did. I went scuba diving with him, and we jogged together. Although it was not always easy to keep up with him, Yitzhak was always fun to be around. He was everything anybody could ever want from an older brother.

6. Yitzhak was amazingly smart. It seemed he could fix everything; I remember him creating his own stereo equipment from pieces of old, broken sets. So any time I had a question about anything, I would go to Yitzhak and he would answer or help me.

1

Scanned by CamScanner

7. One year around the holidays, we wanted to earn some money. Our grandfather had a number of willow trees outside of his house in Jerusalem. The willow branches are used in an annual Jewish religious ritual. I went with my older brothers, who pruned the branches from the trees, and we set up a table in town to sell them. But Yitzhak was shy, so I became the salesman. It made me feel very proud and grown-up to be able to be part of what my older brothers were doing.

8. Out in the hills near where we lived, there were some ancient, dried-up springs. Once, during a hike, Yitzhak and his friends discovered one that they eventually were able to excavate and revive into a working spring. Sometimes when they were working on it, I would bring them food from the house. That spring has since been renamed after Yitzchak.

9. I was in school, as a 7th grader, on the day of the terrorist attack, December 1, 1993. A neighbor told me Yitzhak had been wounded. The neighbor drove me to the hospital, but Yitzhak was in surgery, so we couldn't see him. Then I was taken to my grandmother's house, where I went to sleep. The single worst memory of my life was when my father came to the house in the morning and said to us, "It's over." I started shouting uncontrollably, and breaking things all over the house.

10. I started thinking about how we went to the synagogue the previous evening to pray for Yitzhak, and when I reached the passage where you are supposed to recite the full Hebrew name of the person's mother, I neglected to say our mother's middle name. In my childish mind, I thought that my slip-up was the cause of Yitzhak's death. For a long time after that, I blamed myself, thinking that if I had remembered the name, he would have survived his injuries.

11. I enrolled in the Ohr Etzion school, where Yitzchak had gone, wanting to follow in his footsteps. But after the first year, I started having constant panic attacks and had to be hospitalized several times. I couldn't focus on the work, and soon fell behind and was expelled. Then I was admitted to the Hespin school in the north, but I didn't do any better there. Once in a meeting with the school psychologist, he asked me why I thought was I was failing. I said to him, "Yitzhak studied, and that didn't help him. I know I'm going to die, whether I study or not."

12. Instead of graduating, I just traveled around. My dream had been to go the same post-high school yeshiva academy where Yitzchak had studied. I arranged for an admissions interview. But in the middle of the interview, I ran out. I just couldn't handle all the painful memories. I drifted around to other schools and communities. Those years, from 9th grade through 12th grade, have been almost completely blacked out of my memory.

13. Eventually I was drafted into the army. I volunteered for the elite Golani unit. I was very reckless during my army service. Many of my fellow-soldiers said that I had a death wish. They were right that I didn't care about my own safety. I was always volunteering for the most dangerous missions. Once, when my unit was pursuing some terrorists through their headquarters, I jumped into a room where we believed there might be terrorists hiding, by myself without any regard for the consequences. I didn't care if I died. I felt like I hand nothing to lose.

Scanned by CamScanner

14. During the course of my service, I suffered three ruptured disks in my back. I knew they should have been treated at the time, but I did nothing. Instead I pushed myself harder, and so the injury worsened. The result is that I suffered permanent injuries to my back. There are times now when it's so painful that I can't even walk.

15. When I completed my army service, I left Israel. For seven months, I traveled throughout the United States. Then I went to South America and spent seven months climbing mountains by myself, except for a brief period when my brother Moshe joined me. After that, I worked in Africa for a year, and then I went to Europe and traveled there for a while. During my travels, I was often reckless. For example, in 2005, I was paddling a canoe in a river in Switzerland when a flash flood struck. On a lark, I jumped out of the canoe into the water, and only grabbed onto a rope at the very last second. I realize now that it was all a futile attempt to escape the tragedy of losing Yitzhak.

16. For a very long time, I had no desire to marry, to settle down or have children. I thought there was no point in bringing children into this world, when they would inevitably suffer.

17. The impact of Yitzhak's death on my father was very obvious and dramatic. It felt like we lost a big part of our father along with our brother. When our father would go out driving at night, he too was trying to escape from our life. He would say things like, "I'm going to die here," which made me feel that he had the same death wish I had, or at least that he simply didn't care whether he died or not. He could no longer enjoy any aspect of life. For him, every day was another day of unhappiness.

18. Because we were both so angry and tense all the time, my father and I had many, many fights during the years after Yitzhak's death. There was one period of several years when we didn't speak to each other at all.

19. In those days, there were no support organizations for the families of terrorism victims. Later I learned that my younger brother Mishael spoke with some psychologists, but I never did nor did other family members. We didn't know how to handle the shock and the grief. It was as if we were taken from one life and just dropped into another.

20. My mother was deeply traumatized by Yitzhak's death. It seemed to me as if she was almost blacked-out for two years or more, before she finally started to regain her footing. My father, by contrast, never recovered at all. Instead, he steadily deteriorated in every way, until he suffered his fatal heart attack.

21. I look at my mother as an incredibly strong person—the strongest person I've ever known. She lost two of her sisters, then her son, and later her husband and parents and somehow has managed to keep going. Without her, my siblings and I could not have survived the loss of Yitzhak; especially my sister Gili, who needs daily care. But a tremendous sadness took over her life and all our lives. When you look at the photos from my wedding, you can see the sadness in my mother's face.

22. I chose to live in Alon Shvut after getting married, in order to be near my mother. We, or

Scanned by CamScanner

my siblings, have Sabbath meals with her every weekend. She holds herself together, but we can see that she is never able to feel genuinely happy; she cries even at happy moments. When there is happy news, she is unable to feel it; she is always thinking about how it could have been better if Yitzhak was still with us.

23. Before Yitzchak's murder, we were a family that was close and happy. Even as my brothers started moving out to boarding schools, we would still be together for the Sabbath. Those weekends were filled with laughter and friends, long walks and story telling. We took family vacations and camping trips, and would all stay in one big tent. There was a sense of togetherness that is hard to describe. That was all taken away from us with Yitzhak's death. Now there's always something in our hearts that hurts.

24. My whole perspective on life has changed, and not in a constructive way. I recall an instance when my wife was crying about something, and I admonished her, "Did somebody die? If not, there's nothing to cry about." That kind of hardness sometimes overtakes me.

25. This has affected the way I relate to my children, as well. I often caution them to be extra vigilant, and to be prepared for the worst-case scenario in every situation. Once my daughters were quarrelling and I instinctively said to them, "You shouldn't be fighting, because if something happens, you will regret it—you'll never be able to say you're sorry." I realized afterwards that I was letting my own feelings about Yitzhak distort what I teach my children. I need my wife to intervene and keep me from inundating them with pessimism and negativity. She tells me that the impact of Yitzhak's death is a constant in our lives, because even though I rarely speak about it, it forms a kind of undercurrent to everything I say and do.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

12/9/18
Date

Aryeh Tzvi Weinstock

Scanned by CamScanner

# EXHIBIT A

# DEPARTMENT OF STATE
## FOREIGN SERVICE OF THE UNITED STATES OF AMERICA

# Certification of Birth Abroad
of a Citizen of the United States of America

This is to certify that according to records on file in this Office

**ARYEH TZVI WEINSTOCK**

Sex ____MALE____ was born at ____JERUSALEM____

on ▮▮▮▮▮▮▮▮▮▮ Report of birth recorded on ____APRIL 13, 1983____

In Witness Whereof, I have hereunto subscribed my name and affixed the seal of the Consular Service of the United States of America at ____JERUSALEM____

this ____13TH____ day of ____APRIL____ 19__83__

(SEAL)

____HOWARD C. KAVALER____
CONSUL _____ of the United States of America

**WARNING:** This certificate is not valid if it has been altered in any way whatsoever or if it does not bear the raised seal of the office of issuance.

Form FS-545
1-73



Scanned by CamScanner