UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                           Plaintiffs,

vs.                                       Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                           Defendant.

                                                     /

## DECLARATION OF CHAIM MISHAEL WEINSTOCK

I, Chaim Mishael Weinstock declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am and was born a United States citizen; I was born in Jerusalem, Israel, on [redacted] 1988, and my mother is a United States citizen. Attached at Exhibit A is a true copy of my U.S. birth certificate (Certificate of Birth Abroad).

2. I am the brother of the late Yitzchak Weinstock. I currently reside in Israel. I have a degree in computer science and work as a computer programmer.

3. On the day of the terrorist attack in which my brother Yitzchak was murdered, December 1, 1993, I was in kindergarten, and the father of one of my friends took me to their house. I played there until the evening, and then was taken to the home of another neighbor. I *remember* that I was taken to the waiting room of the hospital where the rest of my family was waiting for news of Yitzchak's condition. However, I am not sure whether this memory is accurate; it's possible that I never went to the hospital that night.

4. After the attack I was overwhelmed by feelings of confusion and stress that lasted a very long time afterwards. I remember my parents' expressions and reactions at the time of the attack, and I preserved that feeling in me for years afterwards, up until I was in the 4th or 5th grade. It was like I kept living that grieving period without end.

5. Very soon after Yitzchak's death, I began suffering from a sleeping disorder and bed wetting (which lasted until I was 10-years old). I also started having trouble at school. My mother sent me to speak with several different therapists. I only lasted a few sessions with each of them. They all said I was suffering from post-traumatic stress disorder because of Yitzchak's death.

6. Beginning in about 3rd grade, and continuing until 8th grade, I was depressed most of the time. I slept a lot and was barely interested in anything. I missed a lot of school; I would

Scanned by CamScanner

show up late to class, and leave when I wanted. The teachers made special allowances for me, because they knew I was Yitzhak's brother.

7. I had some friends in those years, but in general I had very limited interest in the world around me. I was awake and active for only five or six hours a day. I remember during those years, feeling scared of reality. It seemed as if our lives were very unstable. I felt afraid all the time.

8. There was one point, around 7th grade, when I started to develop a life outside of our home, especially by playing sports. For example, I joined the local basketball league. While other parents would come to the games, mine didn't; they just couldn't do normal things like that. But I also had a feeling that I didn't want them in my 'other' life. I had the same feeling when my father started organizing youth group meetings at a natural spring near our home that Yitzhak had made accessible and landscaped; I didn't want to be part of something with my parents, beyond the home. I had this feeling of confusion and alienation.

9. For high school, I enrolled in a school in a different town, and lived in the dorms. During the first two years, I was able to cope, but then my participation dwindled significantly and I decided that studying was not for me. I started drifting, finding work for a few months here and there, usually on a farm or as a mover. Then my father's health started to deteriorate, and I moved back home.

10. At that time, in my late teens, I couldn't even conceive of still being alive at age 20 or 21. But that feeling did not bother me at all; I felt it was part my destiny, just another part of life. My brother Aryeh told me he had the same thoughts. I recall once going on a hike, and someone warning me that a certain plant might be poisonous; so I deliberately ate it. I think that came from the same fatalistic attitude.

11. I thought at the time and I still strongly believe today that my negative emotional states of mind and behaviors, described above, were reactions to Yitzchak's murder, and to my family's response to the murder.

12. As the youngest child, I was home the most in the years following the attack, and I saw the impact on my parents every single day. My mother was constantly tired. For years, I remember how she would sit and embroider for hours at a time. When I came home from school, she would be asleep. It was like she was present in my life, but not present at the same time. There was an atmosphere of tension and sadness, a heavy, dark cloud over her. She took care of the basic things, such as paying the bills, making the meals, and other aspects of the daily routine. But emotionally, she was never there. We couldn't possibly talk to her about Yitzhak; that was out of the question.

13. My father was completely unable to cope. I knew that he told my oldest brother, Moshe, that as the oldest son, he should step in and deal with family matters; of course, Moshe had his own wife and children and couldn't take on that kind of responsibility.

14. After Yitzhak's death, my father had trouble controlling his temper and often would

Scanned by CamScanner

become frustrated and angry at Gili in particular. But most of the time, he simply wasn't there. I was very aware of his absence. It took many years before he was able to speak about Yitzhak at all.

15. My father drove me around at night when I had a lot of trouble sleeping. That was comforting to me. He also told me later that sometimes he would drive to Arab villages to "hunt for the terrorists." But it always seemed to me that he just wanted to escape.

16. I saw that my brother Aryeh suffered a lot from Yitzhak's death. He is by nature a passionate person, but his personality became very extreme and unstable after the attack. He was constantly arguing with my father, and it was obvious to me that these fights were because of the loss of Yitzhak.

17. My sister Gili only had a limited understanding of what happened to Yitzhak. But his absence definitely created a lot of chaos in her mind. To this day, if you say the word "Yitzhak" near her, she will start crying. She knows who you're talking about.

18. For me, the loss of Yitzhak created an overwhelming feeling that my brothers and parents had something very deep in common that I was not a part of. They knew Yitzhak, they lost Yitzhak. I had been too young to really know him. I didn't even attend his funeral; my mother thought it would be too hard on me. This gap was very significant for me; it made it extremely hard to connect with my siblings. Suddenly there was this huge difference between me and them and it created a distance between us that I could not bridge. I spoke openly with them about everything—except about Yitzhak. I couldn't even remember the murder. It was as if I had been born into a family where there was an earlier tragedy that I had nothing to do with. I felt like an outsider in my own family; I didn't feel the connection that everyone else felt.

19. For a number of years, I spent a lot of time trying to imagine what Yitzhak was like, and how it would have been to be his brother. I tried to absorb every detail about him that I could. I realize now that I was developing a kind of derivative identity, as "the brother of Yitzhak the victim," instead of an identity of my own. This began around 7th grade and has continued to be a major struggle for me to this day.

20. These experiences have put me in kind of a survival mode, where I am constantly aware of the dangers around me and the possibility of something bad happening. Even with something as simple as my wife, Sarah, going into the shower, I feel like at any moment, she could slip and get hurt. If one of my children suffers some very small injury, I start thinking that could in fact be serious. Every day, I think that I'm going to suddenly receive a phone call telling me that something bad has happened to someone in my family. I have seen several therapists to deal with this, but did not find them helpful.

21. One night, very soon after Sarah and I were married, I woke up in the middle of the night and felt as if I was paralyzed. I was rushed to the hospital, where it was diagnosed as a severe anxiety attack. Since then, I have periodically suffered these kinds of attacks in various forms, sometimes involving difficulty breathing, sometimes other symptoms. Often these

Scanned by CamScanner

attacks involve very vivid and disturbing flashbacks. I have had sessions with a therapist about this and I know these attacks have their origins in the circumstances following Yitzhak's death, but I still have not been able to stop them from happening.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

16/9/2018 _Chaim Mishael Weinstock_
Date        Chaim Mishael Weinstock

4

Scanned by CamScanner

# EXHIBIT A



Scanned by CamScanner