UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                                                                          Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.
_____/

### NOTICE OF NINETY DAYS EXPIRING

Plaintiffs respectfully notify this Court, pursuant to Local Rule 7.1(b)(4) that more than ninety days has expired since the Plaintiffs filed their Amended Motion for Default Judgment and Incorporated Memorandum of Law (the "Motion"). Because defendant Abu Marzook has defaulted, Plaintiffs believe that the Motion was fully briefed for purposes of Rule 7.1(b)(4) on the date it was filed.

      i.       Plaintiffs filed their Amended Motion for Default Judgment and Incorporated Memorandum of Law on October 9, 2018. DE 46. As indicated in the certificate of service, a copy of the Motion was sent to Defendant pursuant to the Court's Order on Default Judgment Procedure on the same date.

      ii.      Defendant Abu Marzook has failed to defend this matter and the clerk entered default against Abu Marzook on June 12, 2018. DE 34. Moreover, Abu Marzook as indicted by a federal grand jury and the Department of Justice declared him to be a "fugitive from justice." See Motion at 2 and supporting documentation. Assuming that the Defendant had 14 days within

which to respond to the Motion, such response would have been due on October 23, 2018[1]. No response was filed.

    iii.    No reply was filed.

    iv.    No hearing has been set or held on this Motion.

**Additionally**, on October 10, 2018, Plaintiffs filed a Motion to Seal and Substitute Redacted Documents and Incorporated Memorandum of Law (DE 49) (the "Motion to Seal"), pursuant to which they requested that the Court seal certain documents that had not been properly redacted. Plaintiffs submitted with their Motion to Seal redacted documents and requested that the Court substitute the redacted documents for the unredacted documents. The Motion to Seal has also been pending for more than 90 days. Due to Defendant's default, no response is anticipated. No reply is due. And, no hearing has been set.

Respectfully submitted February 5, 2019

                                    Plaintiffs, by their attorney,

By:    /s/ Asher Perlin
Asher Perlin, Esq.
Florida Bar No. 0979112
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
Tel. 954-284-0900 ext. 102
Email: asherperlin@gmail.com

---

[1] The Court's Order on Default Judgment Procedure stated that if the Defendant did not move to set aside the clerk's default or otherwise respond to the lawsuit, Default Judgment may be entered. Defendant has not responded in any way to these proceedings.