# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                                         Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK, a/k/a "MUSA ABU MARZOOK," "MOUSA ABU MARZOOK," "MUSA ABU MARZOUK," "ABU OMAR," or "ABU UMAR,"

                Defendant.
_____/

[Proposed]
**<u>JUDGMENT</u>**

For the reasons set forth in the Final Default Judgment entered on April 3, 2019 (DE 51), it is hereby this __ day of _____, 2019,

**ORDERED, ADJUDGED, AND DECREED** that this Court **GRANTS** Plaintiffs' Motion for Default Judgment against Defendant Mousa Mohammed Abu Marzook (a/k/a "Musa Abu Marzook," "Mousa Abu Marzook," "Musa Abu Marzouk," "Abu Omar," or "Abu Umar"); and

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiffs have a judgment against Defendant, Mousa Mohammed Abu Marzook (a/k/a "Musa Abu Marzook," "Mousa Abu Marzook," "Musa Abu Marzouk," "Abu Omar," or "Abu Umar"), in the amounts specified below, for a total compensatory damages award of $26,291,000, which is trebled automatically pursuant to the Antiterrorism Act, 18 U.S.C. § 2333(a) for a total award of $78,873,000.  Specifically:

1. Sharon Weinstock is awarded $5,000,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $15,000,000 to Sharon Weinstock.

2. The Estate of Dov Weinstock is awarded $5,000,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $15,000,000 to the Estate of Dov Weinstock.

3. Moshe Weinstock is awarded $2,500,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Moshe Weinstock.

4. Geula Weinstock is awarded $2,500,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Geula Weinstock.

5. Aryeh Weinstock is awarded $2,500,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Aryeh Weinstock.

6. Chaim Mishael Weinstock is awarded $2,500,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to Chaim Mishael Weinstock.

7. The Estate of Rabbi Simon Dolgin is awarded $2,500,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to the Estate of Rabbi Simon Dolgin.

8. The Estate of Shirley Dolgin is awarded $2,500,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $7,500,000 to the Estate of Shirley Dolgin.

9. The Estate of Yitzchak Weinstock is awarded $1,291,000 in compensatory damages. This amount is automatically trebled pursuant to the Antiterrorism Act, 18 U.S.C. §2333(a), for a total award of $3,873,000 to the Estate of Yitzchak Weinstock.

**THIS IS A FINAL APPELABLE ORDER**.

/s/ ROBERT N. SCOLA
United States District Judge