# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 1:17-23202-Civ-SCOLA

| | |
|---|---|
| SHARON WEINSTOCK, *et al.*, | ) ) ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) ) ) |
| MOUSA MOHAMMED ABU MARZOOK, | ) ) ) ) |
| *Defendant*. | ) ) |

## NOTICE OF APPEARANCE

The Clerk of Court will please enter the appearance of Michael F. Knapp, Trial Attorney for the U.S. Department of Justice, as counsel on behalf of non-party the Office of Foreign Assets Control in the above-captioned matter.

Dated: May 31, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General, Civil Division

JACQUELINE COLEMAN SNEAD
Assistant Branch Director, Federal Programs Branch

/s/ *Michael F. Knapp*
Michael F. Knapp
Trial Attorney
United States Department of Justice
Civil Division
Federal Programs Branch
P.O. Box 883
Washington, DC 20044
Tel: (202) 305-8613
michael.knapp@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on May 31, 2019, I served the within notice on all counsel of record by filing it with the Court by means of its ECF system.

/s/ Michael F. Knapp