UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| SHARON WEINSTOCK, et al., <br><br> Plaintiffs, <br><br> - v. - <br><br> MOUSA MOHAMMED ABU MARZOOK, <br><br> Defendant. | Civil Action No. 17-23202 |
| SHARON WEINSTOCK, et al., <br><br> Plaintiffs, <br><br> - v. - <br><br> ISLAMIC REPUBLIC OF IRAN, et al., <br><br> Defendants. | Civil Action No. 17-23272 |

**CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER**

WHEREAS, the above-referenced plaintiffs-judgment creditors ("Plaintiffs") are seeking discovery in their effort to enforce judgments this Court entered in their favor against (a) Mousa Mohammed Abu Marzook (Abu Marzook) on April 15, 2019, (b) the Islamic Republic of Iran ("Iran") on May 2, 2019, and (c) Hamas -- Islamic Resistance Movement ("Hamas") on May 17, 2019 (the "Judgments"); and

WHEREAS, as part of their discovery and enforcement efforts, the Plaintiffs have served subpoenas *duces tecum* dated June 19, 2019 as to case no. 17-23202, and July 2, 2019 as to case no. 17-23272 (the "Subpoenas") on Bank of America, N.A. (the "Bank") seeking documents and information regarding assets which may be subject to execution in satisfaction of the Judgments.

WHEREAS, the documents and information sought may contain customer financial information or other confidential information; and

WHEREAS, the Bank is prepared to produce the documents and information responsive to the Subpoenas subject to a protective agreement and order; and

WHEREAS, the Plaintiffs and the Bank have executed and jointly agree to the entry of the Protective Agreement and Order filed herewith as Exhibit A (the "Protective Agreement and Order");

WHEREAS, Counsel for the Bank is not admitted to practice before this Court but has authorized counsel for Plaintiffs to file this motion and the parties' Protective Agreement and Order for entry by the Court.

**NOW THEREFORE**, the Plaintiffs and the Bank respectfully request that the Court enter the Protective Agreement and Order as an order of this Court.

Respectfully submitted

October 2, 2019

**/s/ Asher Perlin**
Law Office of Asher Perlin
Florida Bar No. 0979112
4600 Sheridan Street, Suite 303
Hollywood, Florida 33021
(954) 284-0900 ext. 102
asherperlin@gmail.com
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on October 2, 2019, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Filing.


               By: /s/ Asher Perlin
                  Asher Perlin
                  Florida Bar No. 979112