# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

_____

SHARON WEINSTOCK, *et al.*,

        *Plaintiffs*,

v.                                 Civil Action No. 1:17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

        *Defendant*.

_____

## STIPULATED NOTICE OF SUBSTITUTION OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

By stipulation, please substitute the appearance of Leslie Cooper Vigen of the U.S. Department of Justice, Civil Division, Federal Programs Branch, for Michael F. Knapp as counsel of record for non-party Office of Foreign Assets Control in the above-captioned matter.

Date: February 11, 2020

                                                                         Respectfully submitted,

| | |
|---|---|
| */s/ Asher Perlin* | */s/ Leslie Cooper Vigen* |
| Asher Perlin, Esq. | LESLIE COOPER VIGEN |
| Florida Bar No. 0979112 | Trial Attorney (D.C. Bar. No. 1019782) |
| 4600 Sheridan Street, Suite 303 | United States Department of Justice |
| Hollywood, Florida 33021 | Civil Division, Federal Programs Branch |
| Tel. 954-284-0900 ext. 102 | 1100 L Street, NW |
| Fax. 954-284-0747 | Washington, DC 20005 |
| Email: asherperlin@gmail.com | Tel.: (202) 305-0727 |
| | Fax: (202) 616-8470 |
| *Counsel for Plaintiffs* | Email: Leslie.Vigen@usdoj.gov |
| | |
| | *Counsel for Non-Party Office of Foreign Assets Control* |