UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

SHARON WEINSTOCK, et al.,

                Plaintiffs,

vs.                              Civ. No. 17-cv-23202-RNS

MOUSA MOHAMMED ABU MARZOOK,

                Defendant.

_____/

## AFFIDAVIT PURSUANT TO 31 C.F.R. § 1.11

Pursuant to 31 C.F.R. § 1.11, the undersigned states the following:

1. I am over eighteen years of age, competent to testify to the facts and matters set forth herein, and am not a party to this action.

2. I am an attorney for the plaintiffs in the above-captioned action (the "Plaintiffs").

3. On December 30, 2019, the Plaintiffs served a subpoena in connection with the above-captioned action (the "Subpoena") on the Office of Foreign Assets Control ("OFAC"), 1500 Pennsylvania Avenue, NW, Washington, D.C. 20220. A true and correct copy of the Subpoena is attached hereto as Exhibit A. The Subpoena requests that OFAC produce information to the Plaintiffs, as more fully set forth therein.

4. I submit this affidavit in compliance with 31 C.F.R. § l.11(d)(3)(i), in order to obtain a decision from OFAC as to whether the production of information pursuant to the Subpoena will be authorized.

5. On April 3, 2019, the U.S. District Court for the Southern District of Florida entered a Final Default Judgment against Mousa Mohammed Abu Marzook and in favor of the Plaintiffs, awarding damages totaling $78,873,000.00 (the "Final Default Judgment").

6. A true and correct copy of the Final Default Judgment is attached hereto as Exhibit B.

7. The Plaintiffs seek from OFAC the information described in the Subpoena in order to assist them in satisfying the Final Default Judgment.

8. The Plaintiffs served the Subpoena on OFAC because other evidence reasonably suited to the Plaintiffs' needs is not available from any other source. The information requested is (a) relevant and material to the Plaintiffs' enforcement efforts, (b) genuinely necessary to assist in the Plaintiffs' enforcement efforts, (c) unavailable from other sources, (d) reasonable in its scope, and (e) not unduly burdensome.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 30, 2019

/s/ Asher Perlin
Asher Perlin