UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

Case No.: 17-cv-23202-SCOLA

SHARON WEINSTOCK, individually,
as the legal guardian of plaintiff Geula Weinstock,
and as personal representative of the Estates of
Yitzchak Weinstock, Dov Weinstock,
Rabbi Simon Dolgin, and Shirley Dolgin;
MOSHE WEINSTOCK, individually,
as the legal guardian of Geula Weinstock,
and as personal representative of the Estates of
Yitzchak Weinstock and Dov Weinstock;
GEULA WEINSTOCK;
ARYEH WEINSTOCK;
CHAIM WEINSTOCK;
ESTATE OF YITZCHAK WEINSTOCK;
ESTATE OF DOV WEINSTOCK;
ESTATE OF RABBI SIMON DOLGIN; and
ESTATE OF SHIRLEY DOLGIN,

    Plaintiffs,

v.

MOUSA MOHAMMED ABU MARZOOK,
(a/k/a "Musa Abu Marzook," "Mousa Abu Marzouk,"
"Musa Abu Marzouk," "Abu Omar," or "Abu Umar"),

    Defendant.
_____/

## NOTICE OF REASSIGNMENT

PLEASE TAKE NOTICE that the undersigned Assistant United States Attorney is counsel of record for the U.S. Department of Treasury's Office of Foreign Assets Control, a non-party, in the above-captioned cause. Prior counsel, Michael Knapp and Leslie Vigen, are no longer counsel of record.

Respectfully submitted,

**MARKENZY LAPOINTE**
**UNITED STATES ATTORNEY**

<u>**Amy L. Soto**</u>
AMY L. SOTO
Assistant United States Attorney
Florida Bar No. 124858
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9368
Email: amy.soto@usdoj.gov